ORIGINAL

1   BRANDON BAUM, State Bar No. 121318
    MAYER BROWN LLP
2   Two Palo Alto Square
    3000 El Camino Real
3   Palo Alto, California 94306
    Email: bbaum@mayerbrown.com
4   Telephone:    (650) 331-2080
    Facsimile:    (650) 331-4580
5
    DAVID H. KRAMER, State Bar No. 168452, dkramer@wsgr.com
6   CAROLINE E. WILSON, State Bar No. 241031, cwilson@wsgr.com
    WILSON SONSINI GOODRICH & ROSATI
7   Professional Corporation
    650 Page Mill Road
8   Palo Alto, CA 94304-1050
    Telephone:    (650) 493-9300
9   Facsimile:    (650) 565-5100

10  Attorneys for Defendants
    YOUTUBE, INC., YOUTUBE, LLC, and
11  GOOGLE INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                  SAN JOSE DIVISION

15

16  VIACOM INTERNATIONAL INC., ET AL.        )   CASE NO. MISC.:
                                             )
17            Plaintiffs,                     )   [Case No. 07-cv-02103 (LLS) in the
                                             )   U.S.D.C., S.D.N.Y]
18       v.                                   )
                                             )   **DECLARATION OF BRANDON
19  YOUTUBE, INC., ET AL.                    )   BAUM IN SUPPORT OF MOTION
                                             )   TO COMPEL PRODUCTION OF
20            Defendants.                      )   DOCUMENTS PURSUANT TO
                                             )   SUBPOENA DUCES TECUM TO
21                                            )   BAYTSP.COM, INC.
                                             )
22                                            )
    _____        )   [Case No. 07-cv-03532 (LLS) in the
23  THE FOOTBALL ASSOCATION PREMIER          )   U.S.D.C., S.D.N.Y.]
    LEAGUE LIMITED, ET AL.,                  )
24                                            )
              Plaintiffs,                     )
25                                            )   Date:     November 24, 2008
         v.                                   )   Time:     9:00 a.m.
26                                            )   Courtroom: Eight
    YOUTUBE, INC., ET AL.                    )   Judge:    James Ware
27                                            )
              Defendants.                      )
28                                            )

DECLARATION OF BRANDON BAUM
CASE NO. MISC.:

1    I, Brandon Baum, declare as follows:

2    1.    I am a Partner in the law firm of Mayer Brown LLP ("Mayer Brown"), counsel of record

3    for defendants YOUTUBE, INC., YOUTUBE, LLC, and GOOGLE INC., ("YouTube"), and am

4    admitted to practice before this Court. I make this declaration in support of the motion to compel

5    third-party BayTSP.com, Inc.'s ("BayTSP") compliance with YouTube's subpoena *duces tecum*.

6    I have personal knowledge of the facts set forth herein and if necessary, I could and would

7    competently testify to these facts.

8    2.    Meet and confer letters were exchanged between counsel for BayTSP and counsel for

9    YouTube on at least November 7, 2007, January 18, 2008, February 8, 2008, February 13, 2008,

10   February 15, 2008, February 20, 2008, February 27, 2008, March 24, 2008, March 26, 2008,

11   March 28, 2008, April 2, 2008, April 23, 2008, May 2, 2008, May 8, 2008, May 9, 2008, May

12   13, 2008, May 14, 2008, May 21, 2008, May 28, 2008, May 29, 2008, May 30, 2008, June 4,

13   2008, June 9, 2008, and June 10, 2008—and dozens of meet and confer emails have also been

14   exchanged through and including August 2008.

15   3.    Meet and confer teleconferences between counsel for BayTSP and counsel for YouTube

16   were held on at least November 27, 2007, December 4, 2007, December 18, 2007, January 7,

17   2008, January 30, 2008, and May 12, 2008.

18   4.    Attached hereto as **Exhibit A** is a true and correct copy of the subpoena *duces tecum*

19   issued to BayTSP's counsel on September 27, 2007 in the underlying action, *Viacom Int'l Inc., v.*

20   *YouTube, Inc.*, S.D.N.Y. Case No. 1:07-cv-02103 (LLS).

21   5.    Attached hereto as **Exhibit B** is a true and correct copy of "Response of Third-Party

22   BayTSP.com, Inc. to YouTube, Inc.'s, YouTube LLC's and Google, Inc.'s Subpoena", served on

23   November 7, 2007 in the underlying action, *Viacom Int'l Inc., v. YouTube, Inc.*, S.D.N.Y. Case

24   No. 1:07-cv-02103 (LLS).

25   6.    Attached hereto as **Exhibit C** is a true and correct copy of Viacom's First Amended

26   Complaint, filed April 24, 2008 in the underlying action, *Viacom Int'l Inc., v. YouTube, Inc.*,

27   S.D.N.Y. Case No. 1:07-cv-02103 (LLS).

28   7.    Attached hereto as **Exhibit D** is a true and correct copy of "FAQ" webpage from the

DECLARATION OF BRANDON BAUM                    -1-                          3503204_1.DOC
CASE NO. MISC.:

1   BayTSP website. This copy was obtained on June 16, 2008 from BayTSP's website at

2   http://www.baytsp.com/faq.html.

3   8.     Attached hereto as **Exhibit E** is a true and correct copy of "Brand Protection" webpage

4   from the BayTSP website. This copy was obtained on June 16, 2008 from BayTSP's website at

5   http://www.baytsp.com/solutions/index.html.

6   9.     Attached hereto as **Exhibit F** is a true and correct copy of "Online Video Tracking"

7   webpage from the BayTSP website. This copy was obtained on June 16, 2008 from BayTSP's

8   website at http://www.baytsp.com/solutions/online_video_tracking.html.

9   10.     Attached hereto as **Exhibit G** is a true and correct copy of Viacom's Initial Disclosures

10   Pursuant to Fed. R. Civ. P. 26(A)(1) filed July 19, 2007 in the underlying action, *Viacom Int'l*

11   *Inc., v. YouTube, Inc.*, S.D.N.Y. Case No. 1:07-cv-02103 (LLS).

12   11.     Attached hereto as **Exhibit H** is a true and correct copy of "News" webpage from the

13   BayTSP website. This copy was obtained on June 16, 2008 from BayTSP's website at

14   http://www.baytsp.com/pressroom/index.html.

15   12.     Attached hereto as **Exhibit I** is a true and correct copy of "Blades of Glory - How

16   Viacom Researched YouTube Videos for Its $1 Billion Lawsuit" webpage from the

17   LawFuel.com website. This copy was obtained on June 16, 2008 by clicking through the link on

18   BayTSP's website shown in Exhibit M and being redirected to LawFuel's website at

19   http://lawfuel.com/show-release.asp?ID=11565.

20   13.     Attached hereto as **Exhibit J** is a true and correct copy of a letter from Baum to Ellinikos

21   dated May 13, 2008, which describes, *inter alia*, "You have agreed to attempt to produce the

22   responsive database records no later than May 9, 2008, but if you cannot meet that deadline, you

23   have agreed to produce sample records with headers by May 19, 2008 so that we can make

24   preparations to use the records upon receipt, with the complete production to follow during the

25   week of May 26, 2008 when you return from holiday."

26   14.     Attached hereto as **Exhibit K** is a true and correct copy of a letter from Ellinikos to

27   Baum dated May 2, 2008.

28   15.     Attached hereto as **Exhibit L** is a true and correct copy of a letter from Ellinikos to Baum

DECLARATION OF BRANDON BAUM
CASE NO. MISC.:

3503204_1.DOC

1    dated May 14, 2008.

2    16.    Attached hereto as **Exhibit M** is a true and correct copy of a letter from Baum to

3    Ellinikos dated June 9, 2008.

4    17.    Attached hereto as **Exhibit N** is a true and correct copy of a letter from Ellinikos to Baum

5    dated June 10, 2008.

6    18.    Attached hereto as **Exhibit O** is a true and correct copy of an email from Hemminger to

7    Baum dated August 21, 2008.

8    19.    Attached hereto as **Exhibit P** is a true and correct copy of the Civil L.R. 37-2 Appendix

9    for the underlying action, *Viacom Int'l Inc., v. YouTube, Inc.*, S.D.N.Y. Case No. 1:07-cv-02103

10    (LLS).

11         I declare under penalty of perjury under the laws of the State of California and the United

12    States of America that the foregoing is true and correct.

13         Executed on this the *16*th day of October, 2008, at Palo Alto, California.

14

15                                      BRANDON BAUM

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

3503204_1.DOC