# BAY::TSP
### track. secure. protect.

Solutions | Industry Focus | Press Room | About Us

## Solutions

- Internet Content Tracking
- Online Video Tracking
- Content Authentication Platform
- Enforcement Services
- Pre-Release Detection
- RADAR High Level Detection
- Auction Services
- Brand Protection

Home / Solutions / Brand Protection

# Brand Protection

## Brand and Trademark Protection Services

BayTSP provides Internet tracking, enforcement notification services, and monitoring to help our customers effectively combat the illegal distribution and use of their intellectual property on P2P and public networks.

## Online Tracking

When digital content is pirated, BayTSP can locate and identify the individuals who are posting and sharing that content and assist the copyright holders in having the content removed from the Internet.

BayTSP's approach begins with patent-pending search technology that monitors all aspects of the internet. On the public networks, BayTSP searches for misuse of brands in Web sites, text and document files, links and meta-tags. In addition, BayTSP can search for image files such as logos or other trademarked content using our unique image fingerprinting technology. BayTSP also monitors the content in Usenet groups, public Web sites, auction sites (i.e., eBay), Internet Relay Chat (IRC) channels, and chat groups where individuals comment on a company's name or brand. The search results are filtered to remove any false positives and then the information is collected into a database that is accessible worldwide.

## Auction Monitoring

BayTSP auction service monitors eBay, worldwide, for counterfeit or bootleg items and notifies you immediately. BayTSP can automatically send removal notices and has a "Blind Buy" program that allows us to send you questionable items for inspection.

## Account Management and Reporting

Account management and reporting are done though our Customer Information Management System (CIMS) software application. Customers can manage the sending of removal notices manually, or use rules-based engines to automate "Take Down" notices. Reports can be generated by any metric and used to track reduction progress or trends. A number of preconfigured charts are available, such as infraction results by brand, country, and type of network. Also notice effectiveness data and infraction counts are available to correlate trends. Customers only need a current Windows-based PC or notebook with access to the Internet to manage the information provided by BayTSP.

In addition, customers can request "evidence packages" that include a digital copy of the infringing content and background materials needed to take additional legal steps.

## Sustained Protection

One of the most effective aspects of BayTSP's technology is the sustainability of the service levels. Our ability to find infractions is consistent regardless of the number of infractions found.

BayTSP's systems continually monitor the infringers for compliance with the Take Down notice, and record when it was removed. BayTSP establishes "case files" for infringers and can track them long-term to make sure they don't use copyrighted material at a later date.

## Customer Success Stories

A processing firm affiliated with a large credit card company found that some merchants were accepting payment for forbidden types of merchandise, and the credit card company was at risk. BayTSP was able to find on the merchant sites the types of products disallowed by the contracts and enable the processing company to continually monitor for merchant violations.

A large computer company discovered the source of false rumors about high product failure rates. As a result, the company was able to stop the erosion of sales in one of their most profitable product categories.

A tractor company found out that many Internet search requests for service or parts to repair their equipment were directed to a network of unauthorized dealers. Through BayTSP's services they were able to eliminate the illegal use of their name and direct service inquires their way.


What we do at BayTSP
"Tracking-Security-Protection" for your digital assets.


Access BayTSP white paper and document library


Request A Demo
Click here

Read the 2006 Internet Piracy Review
Click here

A very large software company called BayTSP to track down the source of a code leak. Within hours the source had been located, as well as all other sites that contained copies. The software company used this data to swiftly plug the leak and close down the new sources.

Solutions | Industry Focus | Press Room | About Us
©2008 BayTSP, Inc | Phone:408.341.2300 | Toll Free:1.877.922.9877