# BAY::TSP
### track. secure. protect.

Solutions | Industry Focus | Press Room | About Us

## Solutions

**Internet Content Tracking**

**Online Video Tracking**

**Content Authentication Platform**

**Enforcement Services**

**Pre-Release Detection**

**RADAR High Level Detection**

**Auction Services**

**Brand Protection**

Home / Solutions / Online Video Tracking

## Online Video Tracking

### Tracking Video: Viral Video Tracking Services

BayTSP's latest tracking tool for Web-based video posting and sharing sites allows quick identification and removal of your copyrighted content.

### Online Tracking

It is inevitable that televised shows will be pirated, but those who are sharing that content can be quickly located and identified. When pirated content appears online, rights holders around the world work with BayTSP to have it removed.

BayTSP's approach begins with patent pending search technology that monitors peer-to-peer networks, video sharing sites, Usenet groups, public FTP sites, auction sites and Internet Relay Chat (IRC) channels for individuals offering television shows and movies for viewing or download. When a potential infringement is found, it's checked to confirm that it is an unauthorized copy of the client's content.

### Video Sharing Sites: The Latest Challenge

BayTSP's newest monitoring system – Bay Video Manager (BVM) – scans YouTube, Google Video, Yahoo Video and others for copies of unauthorized video and audio. BVM can identify infringing content even if the individual who uploaded it edited the file to make it more difficult to locate. The system also monitors a growing number of social networking systems like MySpace, where users link to infringing content posted on the various video hosting websites. MySpace alone accounts for 83% of traffic to social network websites, followed a distant second by Facebook, with 7%, according to the San Francisco Chronicle (2006).

**Video Sites Covered:**
- YouTube.com
- Video.MySpace.com
- Video.Yahoo.com
- Video.Google.com
- DailyMotion.com
- Metacafe.com
- Veoh.com
- *Additional sites being added

### The Enforcement Process

Bay Video Manager searches by keywords, hit counts and the date the video was uploaded. BVM displays results in a table format and includes a thumbnail image of the infringing video. Videos are categorized by title and the results include a drop down menu that lists multiple titles and infringements for each title. BayTSP reviews the results and individually validates each infringement as an authentic copy of the client's intellectual property.

When a file is confirmed as an infringement, the file and identifying data are imported into BayTSP's Customer Information Manager System (CIMS).

### CIMS: Flexible Notice Sending & Reporting

CIMS allows clients to review individual infringements or establish automated processes that direct the system to send DMCA-compliant takedown notices to the video hosting site.

Clients have access to automated reporting capabilities to monitor and report on the progress of infringement removal. The database is accessible worldwide and reports can be generated by any metric to track reduction progress including infringement results by title, country, ISP, and location found.

In addition each BayTSP client has a personal Customer Service Manager (CSM) who works with them to tune the monitoring and enforcement service to attain maximum effectiveness.

### Evidence Download Packages

BayTSP offers a separate service that downloads evidence packages that can be used for potential litigation. Each package typically includes a copy of

**What we do at BayTSP**
"Tracking-Security-Protection" for your digital assets.

**Access BayTSP white paper and document library**

**Request A Demo**
Click here »

**Read the 2006 Internet Piracy Review**
Click here »

the infringing video downloaded from the hosting site and information on the individual who posted it.

This report and a disk are sent to the client, a technical lab, or a legal firm as determined by the client's preferences. Packages are prepared with "chain of evidence" documentation and shipped by courier or overnight delivery.

## Litigation Support Services

One of the most effective aspects of BayTSP's technology is its dependability. Evidence collected by BayTSP has supported several successful civil prosecutions. BayTSP can also provide expert witness testimony to support its methods and technology for identifying individuals who infringe on client intellectual property.

Solutions | Industry Focus | Press Room | About Us
©2008 BayTSP, Inc | Phone:408.341.2300 | Toll Free:1.877.922.9877