# BAY::TSP
track. secure. protect.

Solutions | Industry Focus | Press Room | About Us

# Press Room

News
Events
Resources

Home / Press Room / News

## News

| Date | Source | Title |
|---|---|---|
| 5/31/08 | TorrentFreak | Will BitTorrent Sites Become Obsolete? |
| 5/28/08 | ZDNet Asia | P2P music sharing needs regulation to work |
| 5/14/08 | TorrentFreak | Understanding Anti-Piracy Enforcement |
| 5/06/08 | Los Gatos Weekly Times | Digital fingerprint technology testing by BayTSP |
| 4/30/08 | Los Angeles Times Bit Player blog | More on the RIAA's latest loss |
| 4/28/08 | Silicon Alley Insider | Viacom's YouTube Cop: YouTube's Still Breaking The Law, All The Time |
| 4/21/08 | BayTSP Press Release | BayTSP, NTT begin joint field trial of NTT's Robust Media Search Technology on BayTSP's Content Authentication Platform |
| 4/14/08 | New York Times | Video piracy, rampant elsewhere, drops from sight in New York |
| 1/23/08 | Digital Music News | Sony, Universal Layering Watermarks Into Amazon MP3s |
| 1/11/08 | AVN | Stagliano Speaks Out At AEE Piracy Seminar - Evil Angel owner on piracy settlement: 'It's not a happy ending' |
| 11/13/07 | CAP Intro Video | At the 2007 Streaming Media West show BayTSP introduced a short video outlining the advantages of the new CAP - Content Authenication Platform - for video website and content owners. To view the video chose one of the following: |

CAP video in Flash format (requires Flash plugin, low bandwidth, all browsers)

CAP video in High Quality DivX format (requires DivX plugin and IE6 or Firefox)

CAP video in HD Quality DivX format (requires DivX plugin - Very large!)

Link to DivX plugin here

A datasheet with more information on the CAP can be downloaded here. Contact us for more information at info@baytsp.com

| Date | Source | Title |
|---|---|---|
| 11/5/07 | Los Angeles Times | Making Money From File Sharing |
| 8/28/07 | Ars Technica | BayTSP CEO flies to Singapore to support anime crackdown |
| 8/17/07 | Broadcast Engineering | BayTSP launches digital fingerprinting, watermarking solution |
| 8/16/07 | Guardian Unlimited | From fingerprints to visual DNA |
| 8/8/07 | BayTSP | BayTSP reveals new Content Control System |

During the BayTSP 4th Annual Client conference in Los Gatos, CA for content owners and anti-piracy experts, the new Content Authentication Platform (CAP) was demonstrated by BayTSP CEO Mark Ishikawa.

BayTSP's Content Authentication Platform (CAP) is an innovative system that utilizes multiple fingerprint and watermark technologies to monitor for and prevent


Received a take down notice from us?
Click here »

What we do at BayTSP
"Tracking-Security-Protection" for your digital assets.


Access BayTSP white paper and document library


Request A Demo
Click here »

Read the 2006 Internet Piracy Review
Click here »

copyrighted materials from being illegally shared on the Internet. In addition to using these recognition technologies, the platform allows content owners to manage copyrighted materials from one location, using customized business processes that are applied wherever the content appears, providing a platform to build new business opportunities.

Trial operations with UGC websites and content owners are already in process.

A datasheet with more information in the CAP can be downloaded here. Contact us for more information at info@baytsp.com

| Date | Source | Title |
|---|---|---|
| 4/7/07 | Lawfuel | Blades Of Glory - How Viacom Researched YouTube Videos for Its $1 Billion Lawsuit |
| 4/4/07 | KGO TV | Hollywood cracking down on movie piracy |
| 3/19/07 | The San Francisco Chronicle | Firms working to halt pirates |
| 3/9/07 | The Post | Company tracks down file-sharers |
| 2/25/07 | KTVU | Bootleggers beware |
| 2/12/07 | Des Moines Register | High-tech jobs abound in Iowa. Why aren't workers filling them? |
| 2/6/07 | Internet Daily | Unsurprisingly, Viacom Videos Again on YouTube |
| 1/25/07 | Computerworld | Why pirated Vista has Microsoft champing at the BitTorrent |

Solutions | Industry Focus | Press Room | About Us
©2008 BayTSP, Inc | Phone:408.341.2300 | Toll Free:1.877.922.9877