The LawFuel News Network:    International Edition   |   Australia and New Zealand Edition



**Bankruptcy Law Info**
Learn More About Bankruptcy Laws &
Procedure. Online Evaluation.

**Lawsuit Cash Advance Fast**
Up to $500,000 settlement funds. Get Cash
Fast. No credit check.


**THE NEW ZEALAND LAW REPORT**
Find out what's happening
Free report by LawFuel Research

> PRESS RELEASES
- Deals
- People
- Prosecutions
- Lawsuits
- Awards/Rankings
- Announcements

REGIONAL RELEASES
- All Regions
- North America
- UK & Europe
- Oceania
- Asia
- South America
- Africa

NEWS RELEASES
- Australia & NZ
- Submit Release
- Member Login

LAWFUEL SERVICES
- LawFuel TV
- Law Directory
- LawFuel Jobs Network

HOT FILES
- Hot Gossip

LAW STARS
- Current Law Star Nominees

ABOUT LAW FUEL
- Contact Us

Help/Support
Advertising Info

**vehicle Repossessed?**
Settle deficiency balances for less Reduce debt and be debt free fast.
repo.bills.com
Referral Ads by Google

**LAWFUEL - The LA Times reports that Viacom went to great expense to ...**

Posted on Saturday, April 07, 2007

> Lawsuits

LAWFUEL - The LA Times reports that Viacom went to great expense
to detail the posting of its products on YouTube.

> All Regions

Sumner Redstone, Viacom Inc.'s 83-year-old chairman, got the call
Monday at the Four Seasons Resort Costa Rica telling him that the
company he controls was declaring war on Internet giant Google Inc.
after months of failed talks.

> Source: LawFuel.com

Vacationing with his wife Paula, Redstone was informed by Chief Executive Philippe Dauman that the media
company would be suing Google the following day for more than $1 billion.

Redstone was all for it — Viacom had failed for months to persuade Google to pay what it believed it was owed
for allowing clips from its cable channels such as Nickelodeon, MTV and Comedy Central to be posted without
permission on Google's popular YouTube website.

"Any company or any person who illegally misappropriates our product has to be stopped," Redstone said. "And
this lawsuit is a way of stopping them."

The lawsuit, filed Tuesday in U.S. District Court in New York, culminated months of careful preparation by
Viacom to build the most serious case Hollywood has brought yet against Silicon Valley over paying for TV
shows and movies that Web technology has made so easy to copy and view.

The lawsuit also introduces Google unwittingly to the entertainment industry's hardball ways in which companies
think nothing of going to court to settle differences. Viacom, and Redstone in particular, over the years has
been among the industry's most tenacious companies in disputes.

Google Chief Executive Eric Schmidt told an investment conference that he discovered being a player in the
media industry means "you are sued to death." In a statement, the Mountain View, Calif.-based company said it
was confident it "respected the legal rights of copyright holders and believes the courts will agree."

To lay the groundwork, Viacom hired workers and contractors to scour every corner of YouTube's site at a cost
General Counsel Michael D. Fricklas put at "tens of thousands of dollars a month."

Using "crawler" software for its reconnaissance, BayTSP reviewed some 1.8 million videos for keywords such as
"Beavis and Butthead" from Viacom's MTV, "SpongeBob SquarePants" from Nickelodeon and "Jon Stewart" from
Comedy Central's "The Daily Show." More than 150,000 clips were identified as improper, which Viacom
estimated had been viewed 1.6 billion times.

But Viacom didn't want to shoot and miss in filing its claim. So it had to painstakingly verify whether clips were
improperly copied, might be considered fair use or were even relevant to its lawsuit.

For example, was a clip featuring comedian Jon Stewart in the title lifted from Comedy Central's "The Daily
Show," or did it come from one of his outside appearances? Snippets of a video from MTV meshed with an
amateur one could be considered fair use. And a clip with Comedy Central's "Stephen Colbert" in the title might
simply be an amateur stand-up desperate for the attention of viewers.

As a result, dozens of workers had to spend hours effectively being paid to watch YouTube.

Digg This     Furl This     Add to Newsvine     Add to Reddit

SEARCH LAWFUEL
Search here...   GO!
◉ News    ○ Press Releases

SIGN UP NOW!
For LawFuel.com's
LEGAL INSIDER
Email Newsletter
Get the inside word!

Get 294 issues of The Wall Street
Journal for Less then $.67 per issue

**Lawsuit Cash Advance**
Get $500,000 in 48
Hours. Fast Legal
Funding. No Credit
Check
www.LegalFundsnow.com

**Ask A Lawyer Online Now**
12 Lawyers,
Experts Are Online!
Ask A Question.
Get An Answer
ASAP
Law.JustAnswer.com

**Collection Harassment**
Sue abusive debt
collectors. Free
legal consultation!
www.consumercounselgr

**Stop Foreclosure Now**
7 Programs That
Stop Foreclosure.
Saving Lives, One
House at a Time.
www.advantagemitigation


Hot Blawgs
- LawJobsPipeline
- Blawgs - Legal Blogs
- Above The Law
- Sentencing Law & Policy
- What About Clients?
- California Divorce and Family Law

