**MARIA ELLINIKOS**
415.765.9560/fax: 415.765.9501
mellinikos@akingump.com

May 2, 2008

Brandon Baum, Esq.
Josh Masur, Esq.
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Re: *Viacom International, Inc. v. YouTube, Inc.*, No. 1:07-cv-2103 (S.D.N.Y.) and *Premier League v. YouTube*, No. 1:07-cv-3582

Dear Brandon and Josh:

Following-up on my letter dated April 23, BayTSP agrees to produce information stored in its proprietary databases that is responsive to YouTube's subpoena and will not seek reimbursement from YouTube for any costs associated therewith. However, due to the large volume of information, it is unduly burdensome to produce this information in the formats requested by YouTube. BayTSP will therefore produce this information in a native file format.

We are in the process of finalizing a list of search terms to apply to the collected data. Please provide us with any search terms YouTube would like BayTSP to include by May 9, 2008. We will be able to provide an estimated date of production after we determine how much data requires review.

Sincerely,

/s/ Maria Ellinikos

Maria Ellinikos

6226190 v1

Dockets.Justia.com