Hernandez, Christine

**From:** Hemminger, Steve [Steve.Hemminger@alston.com]
**Sent:** Thursday, August 21, 2008 11:55 AM
**To:** Baum, Brandon
**Cc:** Rowinski, Julie; Jivani, Kamran
**Subject:** RE: BayTSP

Hi Brandon,

I have been traveling this week. As I explained the volume of documents has been greater than anticipated and hence taken much longer to review than anticipated. We hope to have completed BayTSP's privileged review and be able to present them to you for inspection in the next several weeks. However, we have been instructed by Viacom to allow them to review the documents prior to production for a privilege review.

Regards.

Steven D. Hemminger
Alston + Bird, LLP
2 Palo Alto Sq., Suite 400
3000 El Camino Real
Palo Alto, CA 94306

Phone: 650.838.2000
Fax: 650.838.2001
e-mail: steve.hemminger@alston.com

---

**From:** Baum, Brandon [mailto:BBaum@mayerbrown.com]
**Sent:** Monday, August 18, 2008 4:06 PM
**To:** Hemminger, Steve
**Cc:** Rowinski, Julie; Baum, Brandon
**Subject:** RE: BayTSP

Steve,

While I'm glad you kept the case, we really need a date certain and for you to specify exactly what we'll receive on that date certain as we've been told previously (not by you, but by Maria) that we would have documents in May, and then that we would have documents in July.

Brandon

---

**From:** Hemminger, Steve [mailto:Steve.Hemminger@alston.com]
**Sent:** Monday, August 18, 2008 2:42 PM
**To:** Baum, Brandon
**Cc:** Rowinski, Julie
**Subject:** RE: BayTSP

Dear Brandon,

We have working diligently on the review of the documents. One of the issues we have run into is that the collection process has collected too many documents that are wholly irrelevant to the litigation, slowing down our review. We have reviewed several hundred thousand documents of the approximately 1 million processed to date. Further, the transfer to Alston has unfortunately also slowed the process.

I will provide a further update as we complete the transfer of the documents to Alston.

Steven D. Hemminger
Alston + Bird, LLP
2 Palo Alto Sq., Suite 400
3000 El Camino Real
Palo Alto, CA 94306

Phone: 650.838.2000
Fax: 650.838.2001
e-mail: steve.hemminger@alston.com

---

**From:** Baum, Brandon [mailto:BBaum@mayerbrown.com]
**Sent:** Monday, August 11, 2008 4:55 PM
**To:** Hemminger, Steve
**Cc:** Rowinski, Julie; Baum, Brandon
**Subject:** RE: BayTSP

Thanks Steve,

When we left off, we had been promised production in July. It is now August. Please advise regarding status.

Brandon

---

**From:** Hemminger, Steve [mailto:Steve.Hemminger@alston.com]
**Sent:** Monday, August 11, 2008 1:47 PM
**To:** Baum, Brandon
**Cc:** Rowinski, Julie
**Subject:** BayTSP

10/6/2008

Dockets.Justia.com

Dear Brandon,

Just a quick note to let you know that I have left Akin Gump and am now a partner with Alston & Bird, LLP. BayTSP has elected to move the Youtube matter over to me at Alston & Bird. In the future please direct all communications to me using the below information.

Steven D. Hemminger
Alston + Bird, LLP
2 Palo Alto Sq., Suite 400
3000 El Camino Real
Palo Alto, CA 94306

Phone: 650.838.2000
Fax: 650.838.2001
e-mail: steve.hemminger@alston.com

**************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof.  Thank you.

IRS CIRCULAR 230 NOTICE. Any tax advice expressed above by Mayer Brown LLP was not intended or written to be used, and cannot be used, by any taxpayer to avoid U.S. federal tax penalties. If such advice was written or used to support the promotion or marketing of the matter addressed above, then each offeree should seek advice from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

**************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof.  Thank you.

**************************************************
IRS Circular 230 disclosure:  To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any

NOTICE:  This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee.  If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited.  If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof.  Thank you.

10/6/2008