ORIGINAL

1  BRANDON BAUM, State Bar No. 121318
   MAYER BROWN LLP
2  Two Palo Alto Square
   3000 El Camino Real
3  Palo Alto, California 94306
   Email: bbaum@mayerbrown.com
4  Telephone:  (650) 331-2080
   Facsimile:  (650) 331-4580
5
   DAVID H. KRAMER, State Bar No. 168452, dkramer@wsgr.com
6  CAROLINE E. WILSON, State Bar No. 241031, cwilson@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
7  Professional Corporation
   650 Page Mill Road
8  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
9  Facsimile:  (650) 565-5100

10

   Attorneys for Defendants
11 YOUTUBE, INC., YOUTUBE, LLC, and
   GOOGLE INC.
12

                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN JOSE DIVISION
15

16 VIACOM INTERNATIONAL INC., ET AL.   )  CASE NO. MISC.: CV08-80211 MISC JF PVT
17                                      )
           Plaintiffs,                  )  [Case No. 07-cv-02103 (LLS) in the
18                                      )  U.S.D.C., S.D.N.Y]
       v.                               )
19                                      )  **DECLARATION OF CAROLINE E.
   YOUTUBE, INC., ET AL.                )  WILSON IN SUPPORT OF
20                                      )  MOTION TO COMPEL
           Defendants.                  )  PRODUCTION OF DOCUMENTS
21                                      )  PURSUANT TO SUBPOENA DUCES
                                        )  TECUM TO BAYTSP.COM, INC.**
22                                      )
                                        )
23 ─────────────────────────────────────)
                                        )  [Case No. 07-cv-03532 (LLS) in the
24 THE FOOTBALL ASSOCATION PREMIER      )  U.S.D.C., S.D.N.Y.]
   LEAGUE LIMITED, ET AL.,              )
25                                      )
           Plaintiffs,                  )
                                        )  Date:       November 24, 2008
26     v.                               )  Time:       9:00 a.m.
                                        )  Courtroom:  Eight
27 YOUTUBE, INC., ET AL.                )  Judge:      James Ware
                                        )
28         Defendants.                  )
                                        )

DECL OF CAROLINE E. WILSON                                    3499424_3.DOC
CASE NO. MISC:

Dockets.Justia.com

I, Caroline E. Wilson, declare as follows:

1. I am an associate at Wilson Sonsini Goodrich & Rosati, counsel for Defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "YouTube"), and am admitted to practice before this Court. I have personal knowledge of the facts stated herein, and would and could testify thereto if called as a witness.

2. On October 2, 2008, I ran a search for "BayTSP" and "Bay TSP" within the documents produced thus far by YouTube in the New York actions. That searched returned 5,545 documents that generally reflect BayTSP's takedown notices to YouTube and YouTube responses to those notices. Also on October 2, 2008, I ran a search for "BayTSP" within the documents that Viacom International, Inc. ("Viacom") has thus far produced in the New York actions. That search returned 129 documents consisting mainly of internal e-mail references by Viacom employees to BayTSP's policing activities on the company's behalf.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a document collected from YouTube's electronic files.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a document collected from YouTube's electronic files.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document collected from YouTube's electronic files.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document collected from YouTube's electronic files.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document collected from YouTube's electronic files.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document collected from YouTube's electronic files and produced.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document collected from YouTube's electronic files.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document collected from YouTube's electronic files. The password for a user account shown in the document has been redacted to preserve the security of the account.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document collected from YouTube's electronic files.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document collected from YouTube's electronic files.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document collected from YouTube's electronic files. The password for a user account shown in the document has been redacted to preserve the security of the account.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document collected from YouTube's electronic files.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document collected from YouTube's electronic files.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a Wall Street Journal article entitled "YouTube Magic: Now You See It, Now You Don't," which was published on August 8, 2007.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a Boston Herald article entitled "Web Striking Fear Into TV: Networks take on YouTube.com," which was published on March 4, 2006.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an article entitled "VH1 Debuts mobile series 'Celebhead'," which was published by Online Reporter on December 9, 2006.

19. Attached hereto as **Exhibit 17** is a true and correct copy of an article entitled "Letterman YouTube Video Outdraws CBS Clip," which was published by Advertising Age on September 30, 2008.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an article entitled "Failed NBC pilot to have revival with Web episodes," which was published by The Atlanta Journal-Constitution on July 22, 2006.

21. In order to upload video clips to YouTube.com, a user must register for an account and affirmatively accept the service's Terms of Use. Attached hereto as **Exhibit 19** is a true and correct copy of YouTube's Terms of Use, which are located at http://www.youtube.com/t/terms. After creating a YouTube account, a registered user may sign into her account to upload videos directly from her computer simply by selecting the file she wishes to upload.

22. Attached hereto as **Exhibit 20** is a true and correct copy of an article entitled "Best Inventions 2006," which was published by Time Magazine on November 13, 2006, and is available at http://www.time.com/time/2006/techguide/bestinventions/inventions/youtube.html. The article notes that YouTube contain highly varied content:

> The minute people saw YouTube they did its creators a huge favor: they hijacked it. Instead of posting their home movies, they posted their stand-up routines and drunken ramblings and painful-looking snowboarding wipeouts. They uploaded their backyard science projects, their delivery-room footage and their interminable guitar solos. They sent in eyewitness footage from the aftermath in New Orleans and the war in Baghdad—from both sides. They promulgated conspiracy theories. They sat alone in their basements and poured their most intimate, embarrassing secrets into their webcams. YouTube had tapped into something that appears on no business plan: the lonely, pressurized, pent-up video subconscious of America.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an article entitled "NBC finds formula for fighting piracy," which was published by CNET News on September 23, 2008 and is available at http://news.cnet.com/8301-1023_3-10048949-93.html?tag=mncol.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on this the 16th day of October, 2008, at New York, New York.

*[Signature]*
CAROLINE E. WILSON

DECLARATION OF CAROLINE E. WILSON           -4-                           3499424_3.DOC
CASE NO. MISC.: