| | |
|---|---|
| To: | "copyright@youtube.com" <copyright@youtube.com> |
| From: | "mtvn-no-reply@copyright-compliance.com" <mtvn-no-reply@copyright-compliance.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2006-10-07 04:55:10 CST |
| Subject: | Notice ID: 158-4316 Notice of Unauthorized Use of Viacom Property |

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Notice ID: 158-4316
Notice Date: 7 Oct 2006 03:49:35 GMT

YouTube, Inc.

Dear Sir or Madam:

BayTSP, Inc. ("BayTSP") swears under penalty of perjury that Viacom has authorized BayTSP to act as its non-exclusive agent for copyright infringement notification. BayTSP's search of the protocol listed below has detected infringements of Viacom copyright interests on your IP addresses as detailed in the attached report.

BayTSP has reasonable good faith belief that use of the material in the manner complained of in the attached report is not authorized by Viacom, its agents, or the law. The information provided herein is accurate to the best of our knowledge. Therefore, this letter is an official notification to effect removal of the detected infringement listed in the attached report. The attached documentation specifies the exact location of the infringement.

We hereby request that you immediately remove or block access to the infringing material, as specified in the copyright laws, and insure the user refrains from using or sharing with others Viacom's materials in the future (see, 17 U.S.C. 512).

We urge you to take immediate action to stop this infringing activity and inform us of the results of your actions.

Please respond indicating the actions you have taken to resolve this matter. The provided link has been assigned to this matter
http://webreply.baytsp.com/webreply/webreply.jsp?customerid=158&commhash=a92343ec4b5a4e770dc8af5861f9b55e. For email correspondence, please reference the above Notice ID in the subject line
mailto:mtvn@copyright-compliance.com?subject=RE%3A%20Notice%20ID%3A%20158%2D4316%20Notice%20of%20Unauthorized%20Use%20of%20Viacom%20Property.

Nothing in this letter shall serve as a waiver of any rights or remedies of Viacom with respect to the alleged infringement, all of which are expressly reserved. Should you need to contact me, I may be reached at the following address:

Mark Ishikawa
Chief Executive Officer
BayTSP, Inc.
PO Box 1314
Los Gatos, CA 95031

v: 408-341-2300
f: 408-341-2399
copyright-compliance@baytsp.com

*pgp public key is available on the key server at ldap://keyserver.pgp.com

Note: The information transmitted in this Notice is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, reproduction, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from all computers.

This infringement notice contains an XML tag that can be used to automate the processing of this data. If you would like more information on how to use this tag please contact BayTSP.

```
-----BEGIN PGP SIGNATURE-----
Version: 8.0

iD8DBQFFJyUdCj4ZAMxO5ecRAoWWAKDuHm6vcRGbYo1SrkF7XGUuBZ+GaQCgmSem
hUvdR9PdQSfdTwzNc9lhX6c=
=LqLp
-----END PGP SIGNATURE-----
```

---