To: "misty@youtube.com" <misty@youtube.com>
From: "heather gillette" <heather@youtube.com>
Cc:
Bcc:
Received Date: 2006-10-09 07:19:32 CST
Subject: FW: New Management Accounts for BayTSP

Misty,

Could you please create new CVP accounts for the BayTSP with the below usernames?

Moca1i1v

Eki1p1s

Cm1o1c

T1m1c

Thanks!

Heather

From: Arian Hormozi [mailto:arianh@baytsp.com]
Sent: Monday, October 09, 2006 10:13 AM
To: heather@youtube.com
Cc: Courtney Nieman
Subject: New Management Accounts for BayTSP

Heather,

We have begun to do searching and enforcement for Viacom including their partners, in this we need some new accounts for video searching. They are as follows:

Viacom

Spike TV

Comedy Central

CMT (Country Music Television)

Thanks for all the help on this, I know it's been quite the deluge. :-)

-Arian