| | |
|---|---|
| To: | "Heather Gillette" <hgillette@google.com> |
| From: | "Chris Schmalz" <chriss@baytsp.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-01-23 07:42:14 CST |
| Subject: | RE: Dreamgirls High Priority Takedown |

Thanks for the quick takedown :]

-------------------------------------------

Chris Schmalz

Team RADAR

BayTSP, Inc.

Phone: (408) 341-2371

AIM: BayTSP Chris S

-------------------------------------------

Be sure to visit www.baytsp.com/weblog
<outbind://47-0000000089EF563C23D976419ADEDE8378007AC80700DD1ADF5F6447A7
49A9D8B0667CBDA27E000001C9D41B0000034C5155B7C5354EA7E34B5A79CD1B53000000
02AF3D0000/www.baytsp.com/weblog> for the latest P2P news...

The information contained in this email message may be confidential and
is intended only for the parties to whom it is addressed. If you are not
the intended recipient or an agent of same, please notify us of the
mistake by telephone or email and delete the message from your system.
Please do not copy the message or distribute it to anyone.

-----

From: Heather Gillette [mailto:hgillette@google.com]
Sent: Monday, January 22, 2007 11:37 PM
To: Chris Schmalz
Cc: copyright@youtube.com; supportrep@youtube.com
Subject: Re: Dreamgirls High Priority Takedown


These are down Chris, thanks for alerting us!

On 1/22/07, Chris Schmalz <chriss@baytsp.com> wrote:

Please remove the following:


DREAMGIRLS - "Love You I Do" - Jennifer Hudson

http://www.youtube.com/watch?v=GKIJtUjti3I

Added January 21, 2007

>From drsd2kill

DREAMGIRLS - Dreams music montage

http://www.youtube.com/watch?v=EHkmVIA-AXE

Added January 21, 2007

>From drsd2kill

And I am Telling You

http://www.youtube.com/watch?v=ogRGErA16B8

Added January 19, 2007

>From gerogejet

-------------------------------------

Chris Schmalz

Team RADAR

BayTSP, Inc.

Phone: (408) 341-2371

AIM: BayTSP Chris S

-------------------------------------

Be sure to visit www.baytsp.com/weblog for the latest P2P news...

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.

---

Supportrep mailing list
Supportrep@youtube.com
https://sjl-mbox1.sjl.youtube.com/mailman/listinfo/supportrep

_____