| | |
|---|---|
| To: | "heather gillette" <heather@youtube.com> |
| From: | "Courtney Nieman" <courtneyni@baytsp.com> |
| Cc: | "Deana Arizala" <deanaa@baytsp.com> |
| Bcc: | |
| Received Date: | 2007-02-07 21:42:07 CST |
| Subject: | Copyright Tool for Viacom |

Heather,

I would like to request a CVT account for Viacom to be sued for urgent take downs like the one that Deana just emailed to Support Rep. I appreciate the time an effort to get back to me with this account.

Courtney Nieman
Manager Client Services
BayTSP, Inc.
408-341-2314
AIM: BayTSPCanne
Have you checked out BayTSP's Piracy news web log?
http://www.baytsp.com/weblog

---

The information contained in this email message may be confidential and is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone (408-341-2300) or email and delete the message from your system. Please do not copy the message or distribute it to anyone.