| | |
|---|---|
| To: | "Heather Gillette" <hgillette@google.com> |
| From: | "Courtney Nieman" <courtneyni@baytsp.com> |
| Cc: | |
| Bcc: | |
| Received Date: | 2007-02-12 06:41:37 CST |
| Subject: | RE: Please remove immediately - South Park |

Heather,

Nope - I am the last person to find out the names of accounts - It will have to wait until the morning. I appreciate your patience. Apparently we are both working late. I'll check with you or your staff in the morning.

Good night

Courtney Nieman

-----Original Message-----
From: Heather Gillette [mailto:hgillette@google.com]
Sent: Sunday, February 11, 2007 10:35 PM
To: Courtney Nieman
Subject: Re: Please remove immediately - South Park

I don't have access to that. Do you know the username? If you do, then you can request the password on the site by going to this link:

http://www.youtube.com/forgot


On 2/11/07, Courtney Nieman <courtneyni@baytsp.com> wrote:
> Heather,
>
> What is the login for the Viacom account? I would have done that -
> but couldn't find it anywhere. I have the ones for the networks and
> for Paramount, but I can't find the one for Viacom. Sorry, this one
> came as a rush.
>
>
> Courtney Nieman
>
> -----Original Message-----
> From: Heather Gillette [mailto:hgillette@google.com]
> Sent: Sunday, February 11, 2007 10:26 PM
> To: Courtney Nieman
> Cc: supportrep@youtube.com
> Subject: Re: Please remove immediately - South Park
>
> Courtney,
>
> You need to follow the regular protocol for alerting us about
> potentially infringing content and not email supportrep@youtube.com.
> If you email copyright@youtube.com or better yet, us the CVP tool you
> will receive 24/7 support. This alias of supportrep@youtube.com will
> not be available in a matter of days.

```
>
> Thank you,
>
> Heather
>
> On 2/11/07, Courtney Nieman <courtneyni@baytsp.com> wrote:
> > Please remove these links immediately:
> >
> > http://youtube.com/watch?v=PZIRZ9ANukI
> > http://youtube.com/watch?v=_Dmi09ruMbg
> > http://youtube.com/watch?v=I9UgO0g8mIQ
> >
> > These are all Southpark property of Comedy Central
> >
> >
> > Courtney Nieman
> > Manager Client Services
> > BayTSP, Inc.
> > 408-341-2314
> > AIM: BayTSPCanne
> > Have you checked out BayTSP's Piracy news web log?
> > http://www.baytsp.com/weblog
> >
> > _____
> > The information contained in this email message may be confidential
> > and is intended only for the parties to whom it is addressed.  If
> > you are not the intended recipient or an agent of same, please
> > notify us of the mistake by telephone (408-341-2300) or email and
> > delete the message from your system.  Please do not copy the message

> > or
> distribute it to anyone.
> >
> >
> > _____
> > Supportrep mailing list
> > Supportrep@youtube.com
> > https://sjl-mbox1.sjl.youtube.com/mailman/listinfo/supportrep
> >
>
>
>
```