To: "Micah Schaffer" <micah@youtube.com>
From:
Cc: "heather gillette" <heather@youtube.com>
Bcc:
Received Date: 2006-08-03 19:48:51 CST
Subject: FW: Paramount Take Downs

Do you remember any takedowns from Paramount?

Thanks,

Heather

---

From: Courtney Nieman [mailto:courtneyni@baytsp.com]
Sent: Monday, July 31, 2006 6:08 PM
To: heather gillette
Subject: Paramount Take Downs

Heather,

I was demonstrating the YouTube tool to one of our sales people. I searched for BARNYARD and randomly select 7 or 8 titles for a list. I did not check any titles in the list. I meant to click on Remove from List, but instead I clicked on Flag Videos. Now the instructions state that I "check the box to the left of the video." then click on Flag Videos. Since I did not check any boxes, I believe that nothing will come of my little demonstration.

If you receive any takedown as a result of this, please ignore it. We are not taking down any YouTube videos/movies on behalf of Paramount at this time.

Hope I haven't caused you any confusion

------------------------------------------
Courtney Nieman
Manager Client Services, BayTSP, Inc.
408-341-2314 (direct)
408-341-2300 (main)
408-341-2399 (fax)
------------------------------------------
Please mark your calendars for the Annual Users Conference, August 9-11, 2006.

<http://www.baytsp.com/marketing/Conference_2006.pdf>
http://www.baytsp.com/marketing/Conference_2006.pdf

The information contained in this email message may be confidential and

is intended only for the parties to whom it is addressed. If you are not the intended recipient or an agent of same, please notify us of the mistake by telephone or email and delete the message from your system. Please do not copy the message or distribute it to anyone.