| | |
|---|---|
| To: | "'Micah Schaffer'" <micahs@google.com>, "'Jennifer Sida'" <jen@youtube.com> |
| From: | "Joanna Ging" <jging@youtube.com> |
| Cc: | "youtube-support-leads@google.com" <youtube-support-leads@google.com>, "scimino@google.com" <scimino@google.com> |
| Bcc: | |
| Received Date: | 2007-03-16 22:12:33 CST |
| Subject: | RE: [YouTube-support-leads] FW: Paraccount Disabled |

Thanks a lot for your help Micah!

Joanna Ging

Media Coordinator

Office: (650) 827-6159

Phone: (415) 728-4053

Email: jging@youtube.com

---

From: Micah Schaffer [mailto:micahs@google.com]
Sent: Friday, March 16, 2007 3:10 PM
To: Jennifer Sida
Cc: Joanna Ging; youtube-support-leads@google.com; scimino@google.com
Subject: Re: [YouTube-support-leads] FW: Paraccount Disabled

Courntey from BayTSP verbally gave permisison to reinstate over the phone, with a formal retraction email to follow. This account was included in a whitelist BayTSP was given by Viacom, however it wasn't put into place until after the 100k removal and she is looking into how the Norbit video was removed.

I've reinstated the channel, it may take some time for all of the videos to function properly again. One day, max.

Micah

On 3/16/07, Jennifer Sida <jen@youtube.com> wrote:

thanks for looking into this.

On 3/16/07, Joanna Ging <jging@youtube.com> wrote:

Thanks Micah!

Just want to let you know that this account is in fact belong to Paramount Pictures. When can we get their channels back live?

Joanna Ging

Media Coordinator

Office: (650) 827-6159

Phone: (415) 728-4053

Email: jging@youtube.com

From: Micah Schaffer [mailto:micahs@google.com]
Sent: Friday, March 16, 2007 2:54 PM
To: Joanna Ging
Cc: youtube-support-leads@google.com
Subject: Re: [YouTube-support-leads] FW: Paraccount Disabled

The account received 3 DMCA removals from Viacom, two were part of the 100k removal for Jack Ass trailers, the most recent was March 2 for "Norbit - Trailer #1".

I will contact BayTSP (Viacom's DMCA agent) and suggest that they retract the claims.

Micah

On 3/16/07, Joanna Ging <jging@youtube.com> wrote:

Hey SQUAD,

I know you guys are all out and having fun in the conference but if someone get a chance to come across this email, please look into the account below for my client.

It is urgent that we get their channel back up ASAP. Thanks!

Please let me know if you need any other info.

Joanna Ging

Media Coordinator

Office: (650) 827-6159

Phone: (415) 728-4053

Email: jging@youtube.com

---

From: Tipton, Kristina - Paramount [mailto:Kristina_Tipton@Paramount.com <mailto:Kristina_Tipton@Paramount.com> ]
Sent: Friday, March 16, 2007 1:39 PM
To: Joanna Ging
Cc: Bordo, Sara - Paramount; Chiang, Catherine - Paramount
Subject: FW: Paraccount Disabled
Importance: High

Hi Joanna,

As discussed, here is the account that is down for us:

Username: Paraccount

**REDACTED**

This was also reported to our sales team, but please let us know what we can do to figure out what happened and what we can do to get this back up.

Thanks so much!

Kristina Tipton

Paramount Pictures

Interactive Coordinator, Promotions & Publicity

323-956-8453

---

Highly Confidential

G00001-00519047

From: Bordo, Sara - Paramount
Sent: Friday, March 16, 2007 1:32 PM
To: 'Sam Cimino'; 'Suzie Reider'; ' <mailto:jeben@youtube.com> jeben@youtube.com'
Cc: Tipton, Kristina - Paramount
Subject: Paraccount Disabled
Importance: High


Our studio user account for some reason was disabled. Can someone get this live again asap and let us know what occurred? Thanks


User is: Paraccount


Sara Bordo

Executive Director

Motion Picture Interactive Marketing

Paramount Pictures

323.956.8499 t

323.862.1107 f

---

YouTube-support-leads mailing list
YouTube-support-leads@google.com <mailto:YouTube-support-leads@google.com>
https://mailman.corp.google.com/mailman/listinfo/youtube-support-leads
<https://mailman.corp.google.com/mailman/listinfo/youtube-support-leads>


--
Jen Sida
Sales Representative

jen@youtube.com
phone: 650.827.6163
fax: 650.648.1331

---