| | |
|---|---|
| To: | "harappa-bd@google.com" <harappa-bd@google.com> |
| From: | "Sarah Kate" <snelson@google.com> |
| Cc: | "Kati Sarai-Colburn" <katalin@google.com> |
| Bcc: | |
| Received Date: | 2006-11-14 22:52:58 CST |
| Subject: | [Harappa-bd] DMCA Request Affects Premium Partner |

Hello,

We received a DMCA from Viacom with a request for the removal of 19 Spongbob URLs. However, when I looked them up, they were uploaded by joe.ruffolo@nick.com and are marked Premium. Before I noticed, I took down two links, but immediately reinstated them so they should stay up. Still, Mark probably received two email notifications that we took down a video, just fyi.

Any suggestions on what to do in this case? Perhaps we can reach out to the partner and have them get in touch with their copyright team?

For reference, I've pasted the DMCA request below.

Thanks,
Sarah Kate


---------- Forwarded message ----------
From: mtvn-no-reply@copyright-compliance.com
<mtvn-no-reply@copyright-compliance.com>
Date: Nov 10, 2006 1:41 PM
Subject: Notice ID: 158-4508 Notice of Unauthorized Use of Viacom Property
To: amac@google.com


-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Notice ID: 158-4508
Notice Date: 10 Nov 2006 21:41:05 GMT

Google

Dear Sir or Madam:

BayTSP, Inc. ("BayTSP") swears under penalty of perjury that Viacom has authorized BayTSP to act as its non-exclusive agent for copyright infringement notification. BayTSP's search of the protocol listed below has detected infringements of Viacom copyright interests on your IP addresses as detailed in the attached report.

BayTSP has reasonable good faith belief that use of the material in the manner complained of in the attached report is not authorized by Viacom, its agents, or the law. The information provided herein is accurate to the best of our knowledge. Therefore, this letter is an official notification to effect removal of the detected infringement listed in the attached report. The attached documentation specifies the exact location of the infringement.

We hereby request that you immediately remove or block access to the
infringing material, as specified in the copyright laws, and insure
the user refrains from using or sharing with others Viacom's materials
in the future (see, 17 U.S.C. 512).

We urge you to take immediate action to stop this infringing activity
and inform us of the results of your actions.

Please respond indicating the actions you have taken to resolve this
matter. The provided link has been assigned to this matter
http://webreply.baytsp.com/webreply/webreply.jsp?customerid=158&commhash=2853ad2f088a1bdcd0cfed4fe87858ef.
For email correspondence, please reference the above Notice ID in the
subject line mailto:mtvn@copyright-
compliance.com?subject=RE%3A%20Notice%20ID%3A%20158%2D4508%20Notice%20of%20Unauthorized%20Use%20of%20Viacom%20Property.

Nothing in this letter shall serve as a waiver of any rights or
remedies of Viacom with respect to the alleged infringement, all of
which are expressly reserved. Should you need to contact me, I may be
reached at the following address:

Mark Ishikawa
Chief Executive Officer
BayTSP, Inc.
PO Box 1314
Los Gatos, CA 95031

v: 408-341-2300
f:  408-341-2399
copyright-compliance@baytsp.com

*pgp public key is available on the key server at ldap://keyserver.pgp.com

Note:  The information transmitted in this Notice is intended only for
the person or entity to which it is addressed and may contain
confidential and/or privileged material.  Any review, reproduction,
retransmission, dissemination or other use of, or taking of any action
in reliance upon, this information by persons or entities other than
the intended recipient is prohibited.  If you received this in error,
please contact the sender and delete the material from all computers.

This infringement notice contains an XML tag that can be used to
automate the processing of this data. If you would like more
information on how to use this tag please contact BayTSP.

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address:  64.233.160.1
DNS:
File Name: Spongebob Squarepants - Scaredy Pants/I Was a Teenage Gary - 013
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=6622968570678866231&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - MuscleBob Buffpants, The Unfriendly Ghost - 011
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=4688059810688892745&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Hooky/Mermaid Man II - 020
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=-1853855900215512568&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Mermaid Man and Barnacle Boy/Pickles - 006
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=87397921936500038653&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Valentine's Day/The Paper - 016
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=6205542573282663657&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video

IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Bubblestand/Ripped Pants - 002
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=-5900120018269290132&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - The Chaperone/Employee of the Month - 012
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=-6166979958711315009&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Nature Pants/Opposite Day - 009
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=6402244348648017862&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Naughty Nautical Neighbors/Boating School - 004
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=4868893033251102065&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Sleepy Time/Suds - 015
File Size: 1500
Timestamp: 10 Nov 2006 03:27:38 GMT

Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=-1143335897761156091&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Fools In April/Neptune's Spatula - 019
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=7492736424550662078&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - SpongeBob 129/Karate Choppers - 014
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=6878471644641535870&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Arrgh!/Rock Bottom - 017
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=-3665326343195635267&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Texas/Walking Small - 018
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=35183886044849747998&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508

Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Sandy's Rocket/Squeaky Boots - 008
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=2459661263597706441&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Jellyfishing/Plankton - 003
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=7106042653936315322&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Hall Monitor/Jellyfish Jam - 007
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=8677702719314437368&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Help Wanted/Reef Blowers/Tea at the
Treedome - 001
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=-1950064490564516764&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Culture Shock/F.U.N. - 010

File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=855075922757059018&amp;q=Spongebob+Squarepants
Username (if available):

Evidentiary Information:
Notice ID: 4508
Asset: Spongebob Squarepants - Clips
Protocol: Google Video
IP Address: 64.233.160.1
DNS:
File Name: Spongebob Squarepants - Pizza Delivery/Home Sweet Pineapple - 005
File Size: 1440
Timestamp: 10 Nov 2006 03:27:38 GMT
Last Seen Date: 10 Nov 2006 06:12:27 GMT
URL: http://video.google.com/videoplay?docid=-3996722232557533660&amp;q=Spongebob+Squarepants
Username (if available):

-----BEGIN PGP SIGNATURE-----
Version: 8.0

iD8DBQFFVPIICj4ZAMxO5ecRAvlXAKCaPx3Y3W6O7TpkNABg9tcF75iVTACfYYpy
xd5k26G986Vxs8OdmtSvMwk=
=u2nd
-----END PGP SIGNATURE-----