| | |
|---|---|
| To: | "cliff@google.com" <cliff@google.com> |
| From: | "jpruess@google.com" <jpruess@google.com> |
| Cc: | "Micah Schaffer" <micah@youtube.com>, "Julie Havens" <jhavens@youtube.com> |
| Bcc: | |
| Received Date: | 2007-02-12 22:53:49 CST |
| Subject: | Re: MoTv1 Account Suspended |

Hi Cliff

They need to file a DMCA counter-notice with us, which we send on to the party that sent the takedown (Viacom). I found an email from them and will respond to it with the requirements for that counter-notice right away. The information is also on our website at http://youtube.com/t/dmca_policy under "Counter-Notification." You can tell them that we can't legally reinstate the video unless they go through that process or the takedown is retracted. If they have a relationship with Viacom or any of its subsidiaries, it would be great if they harassed Viacom about this.
I will also separately be sending a request to our friend over at BayTSP to review the takedown of that url. Please do not communicate that to them.

Sorry about all this

-jacob


On 2/12/07, Cliff Samaniego <csamaniego@google.com> wrote:
> Thanks Micah. Jacob, what is the process to figure out who actually owns
> the rights to the content in question? Also, how do we inform them of
> their 3 offenses and reasoning for suspending their account?
>
> Cliff
>
>
>
> On 2/12/07, Micah Schaffer <micah@youtube.com> wrote:
> > The video "Master P - Where U From" was claimed as infringing by
> > Viacom in their recent DMCA notice. Additionally two prior videos from
> > AVN Expo were rejected for Terms of Use violation (sexually explicit
> > content).
> >
> > CC'ing Jacob to help out. Jacob could you jump in here? Thanks.
> >
> > Micah
> >
> > ---------- Forwarded message ----------
> > From: Cliff Samaniego <csamaniego@google.com >
> > Date: Feb 12, 2007 1:50 PM
> > Subject: MoTv1 Account Suspended
> > To: Micah Schaffer <micah@youtube.com>, Julie Havens <jhavens@youtube.com
> >
> >
> > Hi Micah, Julie,
> >
> > One of my partner's accounts was suspended and they have no idea why.