To:            "Cliff Samaniego" <cliff.s@google.com>
From:         "jpruess@google.com" <jpruess@google.com>
Cc:            "Micah Schaffer" <micah@youtube.com>
Bcc:
Received Date:   2007-02-15 02:27:51 CST
Subject:       Re: JWT: YouTube Accounts

---

Hi Cliff

The video on dancesoul31's account was claimed by Viacom in the mass takedown. We of course welcome counter-notifications for those. You can refer them to http://youtube.com/t/dmca_policy for instructions and I can assist with any further specific questions they have. (As usual, I will also proactively ask our friend at BayTSP for a retraction of the takedown of those videos.)

As for the spanking video, we probably won't be able to reinstate it, but I'll check with Micah.

-jacob


On 2/14/07, Cliff Samaniego <cliff.s@google.com> wrote:
> Micah, Jacob,
>
> Can you help with this partner? They've had several videos that have been flagged for policy or copyright violations.
>
> This one seems rather innocuous, but was rejected for inappropriateness (no nudity or profanity)
>
> Banned from TVII lovebites "Spanking" episode
> http://www.youtube.com/watch?v=WhPHOvaSHdI
> Rejected for content inappropriate
> file: Spanking.mp4
>
> This one was banned for copyright:
>
> Dance of a thousand planes
> http://www.youtube.com/watch?v=40_HTpLue4U
> User: dancesoul31
> file: JDancing.mov
>
> Thanks,
>
> Cliff
>
>
>
> ---------- Forwarded message ----------
> From: jonathan.fusco@jwt.com  <jonathan.fusco@jwt.com>
> Date: Feb 14, 2007 11:01 AM
> Subject: Re: YouTube Accounts
> To: cliff.s@google.com
> Cc: david.rosenberg@jwt.com
>
>
>

**REDACTED**

>
> Hi Cliff -
>
> Thanks for the assistance with the Nursery account. We've actually just uploaded a few more pieces of content to that account recently. We're also in the middle of swapping the embeds on our Nursery website to include YouTube players rather than Google Video players.
>
> As for lovebites....The account we are using for lovebites episodes is "lovebitestv" (login: lovebitestv   We're working on getting all the episodes up there now - our goal is to have them all in there by week's end. There will be about 90 pieces of original lovebites content up there when it's all said and done so we're very excited.
>
> Actually had a question regarding that account - there's a video that was already in the channel entitled "Banned from TV! lovebites 'Spanking' episode" which has been rejected as "content inappropriate." It's one of the 5 episodes that were "Too Hot for TV" from the shooting of the show - they did not air on TBS. The content is still fairly tame, however, and there is no nudity, profanity etc... Actually, none of the other Too Hots posted have not been flagged in the same way. Is there a reason this particular episode was flagged and rejected? I just want to make sure we were handling content like this in the proper way.
>
> On a slightly similar note, one of our account teams here (jetBlue) has another video through the account "dancesoul31"   that was recently taken down after being flagged for copyright infringement. The video is titled "Dance of a Thousand Planes." That video was actually shot by us with an animator from one of our shoots and uses a song from our current jetBlue campaign so we do own the rights. For issues such as this, is there someone within your group that we could work with or is this something we could look to you for guidance on?
>
> Thanks very much,
>
> - Jon
>
>
> _____
> Jon Fusco
> JWT--NY
> Emerging Media
> 466 Lexington Avenue - 3rd Flr.
> New York, NY 10017
> (212) 210-7327
>
> "Cliff Samaniego" <cliff.s@google.com>
>
>
>
>
>
>
>
> "Cliff Samaniego" <cliff.s@google.com>
> Sent by: csamaniego@google.com
>
> 02/09/2007 01:04 PM
>
>
> To
> Jonathan Fusco/NY/JWT@JWT
>
>
> cc

> David Rosenberg/NY/JWT@JWT
>
>
> Subject
> Re: YouTube Accounts
>
>
> Hi Jonathan,
>
> Great to meet you. I've switched the Nursery account to a director's account:
> http://www.youtube.com/profile?user=TheNursery
>
> Can you create a separate account for Lovebites and send me your login
> information? I'll be able to switch it as soon as you provide the
> login.
>
> At the present time, we do not have a bulk upload method. We're
> working on this and will have a solution in the future.
>
> Thanks,
>
> Cliff
>
> On 2/9/07, jonathan.fusco@jwt.com < jonathan.fusco@jwt.com> wrote:
> >
> >
> > Hello Cliff -
> >
> > Hope you're doing well. David had spoken to me about your conversation
> > regarding creating YouTube Director accounts for both The Nursery and for
> > lovebites and I wanted to follow up to see if there was anything I could do
> > to facilitate this transition. I handle the uploading of the content and the
> > managing of our accounts.
> >
> > As you probably know, The Nursery has an existing account however we have
> > not yet created a lovebites account. Before I went ahead and created it, I
> > wanted to check with you to see if it was necessary to set up the Director
> > account prior to upload or if we could just begin uploading content now and
> > convert later. Also, I was wondering if there might be a bulk upload tool
> > with YouTube similar to the one that existed with Google Video that could
> > help expedite the uploading of 85 episodes of lovebites.
> >
> > If there's anything in addition I'd need to do to facilitate please let me
> > know. Looking forward to continuing to work together...
> >
> > Best,
> >
> > - Jon
> >
> > _____
> > Jon Fusco
> > JWT--NY
> > Emerging Media
> > 466 Lexington Avenue - 3rd Flr.
> > New York, NY 10017
> > (212) 210-7327
> > This transmission is confidential and intended solely for the person
> > or organization to whom it is addressed. It may contain privileged

\>