To:                 "Courtney Nieman" <courtneyni@baytsp.com>
From:             "micahs@google.com" <micahs@google.com>
Cc:
Bcc:
Received Date:     2007-02-22 20:20:59 GMT
Subject:           Re: Today's follow-up

Hi Courtney,

We received your bestweekevertv retractions and did apply it to the entire account. I'm sorry if the "retracted" and "not retracted" column on the list I sent over was confusing. It was just generated based on URLs in retraction emails. To the extent that retractions are retroactive in nature, everything is clear. But as we receive takedown requests for content that has had previous retractions, it is important for you to reiterate these retractions, rather than us proactively re-applying previous retractions.

Am I reading your email correctly that it is your intent to reiterate the previous retractions for the videos in the list with respect to the takedown notices delivered on and before February 15?

The three videos you reference from bestweekevertv were not removed as part of the spreadsheet you sent us. They were removed on February 20, in response to BayTSP notice 158-20807. The account was terminated automatically in accordance with our repeat infringer policy and all of the videos were disabled.


On 2/22/07, Courtney Nieman <courtneyni@baytsp.com> wrote:
> Micah,
>
> Clear letter, I would like to talk to you about parts of it. As to the
> spreadsheet, I sent a retraction notice on the URLS that were down due
> to a notice for "bestweekevertv". However, we did send a retraction
> notice back on 2/9/07 with the following text:
>
> "We recently became aware that a takedown notice was sent in error and
> hereby withdraw the takedown of this URLs:
> http://www.youtube.com/watch?v=v9elaXF7ykg
> http://www.youtube.com/watch?v=PWA19O5hoNY
> http://www.youtube.com/watch?v=NUi5VmEXDIs.  These links and all others
> that were or are posted by username: bestweekevertv should be restored
> as soon as possible."
>
> Note the last sentence, requesting that any posted by username:
> bestweekevertv should be restored.  If I over reached in my recall
> request, I apologize.  After the "big notice" we were both doing some
> catch up work.  Sorry if there was any confusion.
>
> The rest of the sheet is up and doesn't require any action that I can
> see.  Please let me know if there is anything else I need to do.
>
>
> Courtney Nieman
>
> -----Original Message-----
> From: micahs@google.com [mailto:micahs@google.com] On Behalf Of Micah
> Schaffer
> Sent: Wednesday, February 21, 2007 8:48 PM
> To: Courtney Nieman
> Subject: Re: Today's follow-up

```
>
> Hi Courtney,
>
> I've had some time to research some of the issues that have arisen in
> the past weeks. Please find a letter attached to this email along with a
> list of videos described there in.
>
> Best,
>
> Micah
>
> On 2/16/07, Courtney Nieman <courtneyni@baytsp.com> wrote:
> > Micah,
> >
> > The idea is that your people could send email back and forth with
> > Viacom's people without revealing any internal names/email addresses.
> > This could be a box we can communicate with, build an "anonymous"
> > strong tie between all three parties.
> >
> > The goal is to have a guarded yet open communication point for
> > everyone in the project.
> >
> > BTW - this idea came from my mind when I had a 102 degree temperature.
> >
> > Have a great weekend.
> >
> > Courtney Nieman
> >
> > -----Original Message-----
> > From: micahs@google.com [mailto:micahs@google.com] On Behalf Of Micah
> > Schaffer
> > Sent: Thursday, February 15, 2007 7:48 PM
> > To: Courtney Nieman
> > Subject: Today's follow-up
> >
> > Hey Courtney,
> >
> > I've processed though most of the issues raised this morning. I'm
> > still waiting on a report from engineering, I think we may have a few
> > ways we can improve the process together to avoid problems in the
> future.
> >
> > Your idea for an anonymized "baby relinquishing" email drop for
> > communicating between Viacom and YouTube sounded interesting. I'm not
> > sure if I really understood it though, what exactly would it be for?
> > Let me know and I'll see if our engineers can hook something like that
>
> > up for us.
> >
> > Cheers,
> >
> > Micah
> >
> >
>
>
```