| | |
|---|---|
| To: | |
| From: | 'Micah Schaffer' <micah@youtube.com> |
| Cc: | Chris Maxcy <chris@youtube.com> |
| Bcc: | |
| Received Date: | 2007-03-07 01:02:00 CST |
| Subject: | Another Viacom mistake |

Hey Micah,

Just got a call from Sanctuary Records who controls Drivethru Records. Apparently Viacom issued an erroneous takedown against the Drivethru account for a track titled "Here in Your Arms" by HelloGoodbye. Any chance we can get the folks at BayTSP to issue a retraction?

Thanks,

Chris