**Westlaw.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NewsRoom**

12/9/06 ONLINEREPUS 15

Page 1

12/9/06 Online Rep. (U.S.) 15
2006 WLNR 22833611

Online Reporter (USA)
Copyright © 2003 The Gale Group. All rights reserved. Copyright 2006 Rider Research

**December 9, 2006**

Issue 520

VH1 debuts mobile series 'Celebhead'.
VH1 Mobile

VH1 Mobile has come out with a made-for-mobile series that, it says, transports viewers into the minds of celebrities.

Dubbed "Celebhead," the parody show is said to bring fans into "an US Weekly meets 'Being John Malkovich' world." It uses the technique of first-person camera to capture a celebrity's point of view, essentially putting viewers inside the celeb's head.

Each episode will feature a star's likeness and will parody the daily lives of today's most talked about actors, artists and politicians.

"Celebhead" will be available on VH1 Mobile's video services through most wireless operators as well as at http://celebhead.vh1.com. VH1 is also making it available on its VSpot syndicated player, which lets users and Web publishers snag the player and content for their own sites.

Before giving "Celebhead" the green light for production, **VH1** posted the pilot episode on several video **upload** sites over the summer to get a feel for audience interest. In its first week on YouTube, the episode garnered nearly 250,000 views and was the twelfth most-watch video on the site that week.

---- INDEX REFERENCES ----

INDUSTRY: (I.T. (1IT96); Networking (1NE45); Next Generation Wireless Technology (1NE48); Wireless Networking (1WI62))

Language: EN

OTHER INDEXING: (Dubbed; John Malkovich) (All product and service information; Product introduction)

COMPANY TERMS: MTV NETWORKS INC VH1 COM

PRODUCT: Cable television (CATV) networks and channels; Cable television (CATV) systems operators; Interactive cable television (CATV)484014; 484020; 484028

Word Count: 218
12/9/06 ONLINEREPUS 15
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.