**CHAMBER'S COPY**

1　BRANDON BAUM, State Bar No. 121318
　MAYER BROWN LLP
2　Two Palo Alto Square
　3000 El Camino Real
3　Palo Alto, California 94306
　Email: bbaum@mayerbrown.com
4　Telephone:　(650) 331-2080
　Facsimile:　(650) 331-4580
5

6　DAVID H. KRAMER, State Bar No. 168452, *dkramer@wsgr.com*
　CAROLINE E. WILSON, State Bar No. 241031, *cwilson@wsgr.com*
7　WILSON SONSINI GOODRICH & ROSATI
　Professional Corporation
8　650 Page Mill Road
　Palo Alto, CA 94304-1050
　Telephone:　(650) 493-9300
9　Facsimile:　(650) 565-5100

10　Attorneys for Defendants
　YOUTUBE, INC., YOUTUBE, LLC, and
11　GOOGLE INC.

*E-filing*

RECEIVED 2008 OCT 20 AM 11:43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV08-80211 MISC. JF PVT

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YOUTUBE, INC., ET AL. ) <br> ) <br> Defendants. ) | CASE NO. MISC.: <br><br> [Case No. 07-cv-02103 (LLS) in the U.S.D.C., S.D.N.Y] <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA *DUCES TECUM* TO BAYTSP.COM, INC.** |
| THE FOOTBALL ASSOCATION PREMIER LEAGUE LIMITED, ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> YOUTUBE, INC., ET AL. ) <br> ) <br> Defendants. ) | [Case No. 07-cv-03532 (LLS) in the U.S.D.C., S.D.N.Y.] <br><br> Date:　November 24, 2008 <br> Time:　9:00 a.m. <br> Courtroom: Eight <br> Judge:　James Ware |

[PROPOSED] ORDER
GRANTING DEFENDANTS' MOTION TO COMPEL
CASE NO. MISC.:

3503887_1.DOC

Dockets.Justia.com

1   Defendants YouTube, Inc., YouTube, LLC, and Google, Inc. ("Defendants") have moved
2   this Court for an order compelling BayTSP.com, Inc. ("BayTSP") to comply with the subpoena
3   *duces tecum* issued out of this Court on September 27, 2007, pursuant to Rule 45 of the Federal
4   Rules of Civil Procedure (the "Subpoena").

5   This Court, having considered the briefs and other documents in support of and in
6   opposition to the motion, having heard the arguments of counsel and being fully advised in this
7   matter finds as follows:

8   IT IS HEREBY ORDERED that Defendants' Motion to Compel is GRANTED, and
9   BayTSP is ORDERED to provide documents responsive to the Subpoena and a privilege log to
10  Defendants by _____, 2008.

11
12  IT IS SO ORDERED.
13
14
15  DATED: _____, 2008
16                                          _____
                                            THE HONORABLE JAMES WARE
                                            United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER                              -1-
GRANTING DEFENDANTS' MOTION TO COMPEL
CASE NO. MISC.: