ORIGINAL

BRANDON BAUM, State Bar No. 121318
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Email: bbaum@mayerbrown.com
Telephone:  (650) 331-2080
Facsimile:  (650) 331-4580

DAVID H. KRAMER, State Bar No. 168452, dkramer@wsgr.com
CAROLINE E. WILSON, State Bar No. 241031, cwilson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100

Attorneys for Defendants
YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

FILED
2008 OCT 20  A 11: 43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 08 - 80211 MISC JF PVT

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., ET AL.<br><br>Defendants. | CASE NO. MISC.:<br><br>[Case No. 07-cv-02103 (LLS) in U.S.D.C., S.D.N.Y]<br><br>**CERTIFICATE OF SERVICE** |
| THE FOOTBALL ASSOCATION PREMIER LEAGUE LIMITED, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., ET AL.<br><br>Defendants. | [Case No. 07-cv-03532 (LLS) in the U.S.D.C., S.D.N.Y.] |

-1-

CERTIFICATE OF SERVICE
CASE NO. MISC.:

3504357_1.DOC

# CERTIFICATE OF SERVICE

I, Purita B. Marquez, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050. On this date I served:

1) **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM TO BAYTSP.COM, INC.; MEMORANDUM OF POINTS AND AUTHORITIES**

2) **DECLARATION OF BRANDON BAUM IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM TO BAYTSP.COM, INC.**

3) **DECLARATION OF CAROLINE E. WILSON IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM TO BAYTSP.COM, INC**

4) **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA *DUCES TECUM* TO BAYSP.COM, INC.**

☒ By consigning the document(s) to a messenger for guaranteed hand delivery on this date to the following person(s):

Steven D. Hemminger
AKIN GUMP STRAUSS HAUER & FELD LLP
3000 El Camino Real, Building Two, Suite 400
Palo Alto, CA 94306-2121
Attorneys for Third Party BayTSP

☒ By electronic transmission on this date to each person and email address listed below. The electronic transmission was reported as complete and without error.

Susan Kohlmann
JENNER & BLOCK, LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Email: skohlmann@jenner.com

Donald B. Verrilli, Jr.
JENNER & BLOCK, LLP
1099 New York Avenue, NW

CERTIFICATE OF SERVICE
CASE NO. MISC.:

3504357_1.DOC

Suite 900
Washington, DC 20001-4412
Email: dverrilli@jenner.com

Stuart Jay Baskin
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Email: sbaskin@shearman.com

Stephen D. Hibbard
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
shibbard@shearman.com

Louis M. Solomon
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
lsolomon@proskauer.com

Max W. Berger
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
MWB@blbglaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on October 20, 2008.

Purita B. Marquez

CERTIFICATE OF SERVICE
CASE NO. MISC.:

-3-

3504357_1.DOC