| | |
|---|---|
| 1 | BRANDON BAUM, State Bar No. 121318 |
| | MAYER BROWN LLP |
| 2 | Two Palo Alto Square |
| | 3000 El Camino Real |
| 3 | Palo Alto, California 94306 |
| | Email: bbaum@mayerbrown.com |
| 4 | Telephone:   (650) 331-2080 |
| | Facsimile:   (650) 331-4580 |
| 5 | |
| | DAVID H. KRAMER, State Bar No. 168452, *dkramer@wsgr.com* |
| 6 | CAROLINE E. WILSON, State Bar No. 241031, *cwilson@wsgr.com* |
| | WILSON SONSINI GOODRICH & ROSATI |
| 7 | Professional Corporation |
| | 650 Page Mill Road |
| 8 | Palo Alto, CA 94304-1050 |
| | Telephone:   (650) 493-9300 |
| 9 | Facsimile:   (650) 565-5100 |
| 10 | Attorneys for Defendants |
| | YOUTUBE, INC., YOUTUBE, LLC, and |
| 11 | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL. | **CASE NO.: CV08-80211 MISC JF** |
| Plaintiffs, | [Case No. 07-cv-02103 (LLS) in the U.S.D.C., S.D.N.Y] |
| v. | **CORRECTED CERTIFICATE OF SERVICE** |
| YOUTUBE, INC., ET AL. | |
| Defendants. | |
| THE FOOTBALL ASSOCATION PREMIER LEAGUE LIMITED, ET AL., | [Case No. 07-cv-03532 (LLS) in the U.S.D.C., S.D.N.Y.] |
| Plaintiffs, | |
| v. | |
| YOUTUBE, INC., ET AL. | |
| Defendants. | |

-1-

Certificate Of Service
Case No. CV08-80211 MISC JF

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I, Purita B. Marquez, declare:

I am employed in Santa Clara County. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050. I served:

1) **NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM TO BAYTSP.COM, INC.; MEMORANDUM OF POINTS AND AUTHORITIES**

2) **DECLARATION OF BRANDON BAUM IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM TO BAYTSP.COM, INC.**

3) **DECLARATION OF CAROLINE E. WILSON IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM TO BAYTSP.COM, INC**

4) **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA *DUCES TECUM* TO BAYSP.COM, INC.**

☒ By consigning the document(s) to a messenger for guaranteed hand delivery on October 20, 2008 to the following person(s):

Maria Ellinikos
AKIN GUMP STRAUSS HAUER &
  FELD LLP
580 California Street
San Francisco, CA 94104

Steven D. Hemminger
ALSTON AND BIRD
3000 El Camino Real
2 Palo Alto Square, Suite 400
Palo Alto, CA 94306

3504357_1.DOC

CERTIFICATE OF SERVICE
CASE NO. CV08-80211 MISC JF

| | |
|---|---|
| 1 | ☒ By electronic transmission on October 20, 2008 to each person and email address listed below. The electronic transmission was reported as complete and without error. |
| 2 | |

Susan Kohlmann
JENNER & BLOCK, LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Email: skohlmann@jenner.com

Donald B. Verrilli, Jr.
JENNER & BLOCK, LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Email: dverrilli@jenner.com

Stuart Jay Baskin
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Email: sbaskin@shearman.com

Stephen D. Hibbard
SHEARMAN & STERLING LLP
525 Market Street, Suite 1500
San Francisco, CA 94105
shibbard@shearman.com

Louis M. Solomon
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
lsolomon@proskauer.com

Max W. Berger
BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
1285 Avenue of the Americas
New York, NY 10019
MWB@blbglaw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on October 21, 2008.

Purita B. Marquez

CERTIFICATE OF SERVICE
CASE NO. CV08-80211 MISC JF