BRANDON BAUM, State Bar No. 121318
  bbaum@mayerbrown.com
ERIC B. Evans, State Bar No. 232476
  eevans@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 331-2080
Facsimile:    (650) 331-4580

DAVID H. KRAMER, State Bar No. 168452, *dkramer@wsgr.com*
CAROLINE E. WILSON, State Bar No. 241031, *cwilson@wsgr.com*
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants
YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC., ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., ET AL. <br><br> Defendants. | **CASE NO. 08-MC-80211 JF (PVTx)** <br><br> [Case No. 07-cv-02103 (LLS) in the U.S.D.C., S.D.N.Y] <br><br> **RENOTICE OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM TO BAYTSP.COM, INC** |
| THE FOOTBALL ASSOCATION PREMIER LEAGUE LIMITED, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC., ET AL. <br><br> Defendants. | [Case No. 07-cv-03532 (LLS) in the U.S.D.C., S.D.N.Y.] <br><br> Date: December 2, 2008 <br> Time: 10:00 a.m. <br> Courtroom: 5, 4th Floor <br> Judge: Patricia V. Trumbull |

| | |
|---|---|
| 1 | **RENOTICE OF MOTION AND MOTION** |
| 2 | TO THE COURT, BAYTSP.COM, INC., AND PARTIES AND COUNSEL OF RECORD |
| 3 | IN THE UNDERLYING ACTION, VIACOM INTERNATIONAL INC. v. YOUTUBE, INC., |
| 4 | S.D.N.Y. CASE NO. 1:07-CV-02103 (LLS): |

PLEASE TAKE NOTICE THAT Defendants YouTube, Inc., YouTube, LLC, and Google Inc. (collectively, "YouTube"), hereby move the court for an order compelling BayTSP.com, Inc. ("BayTSP") to comply with the subpoena *duces tecum* ("Subpoena") issued out of this court on September 27, 2007, pursuant to Rule 45 of the Federal Rules of Civil Procedure. Baum Decl., Ex. A, Subpoena, Sept. 27, 2007.

The hearing has been reset for December 2, 2008 at 10:00 a.m. before the Honorable Judge Patricia V. Trumbull, Courtroom 5, 4th Floor, in the United States District for the Northern District of California, 280 South First Street, San Jose, California, or as soon thereafter as the parties may be heard.

October 28, 2008

Respectfully submitted,
MAYER BROWN LLP

By: ___/s/ Brandon Baum___
Brandon Baum
Attorneys for Defendants
YOUTUBE, INC., YOUTUBE, LLC,
and GOOGLE INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatory's concurrence in the filing of this document has been obtained.*