| | |
|---|---|
| 1 | BRANDON BAUM, State Bar No. 121318 |
| |   bbaum@mayerbrown.com |
| 2 | ERIC B. Evans, State Bar No. 232476 |
| |   eevans@mayerbrown.com |
| 3 | MAYER BROWN LLP |
| | Two Palo Alto Square |
| 4 | 3000 El Camino Real |
| | Palo Alto, California 94306 |
| 5 | Telephone: (650) 331-2080 |
| | Facsimile:    (650) 331-4580 |
| 6 | |
| | DAVID H. KRAMER, State Bar No. 168452, *dkramer@wsgr.com* |
| 7 | CAROLINE E. WILSON, State Bar No. 241031, *cwilson@wsgr.com* |
| | WILSON SONSINI GOODRICH & ROSATI |
| 8 | Professional Corporation |
| | 650 Page Mill Road |
| 9 | Palo Alto, CA 94304-1050 |
| | Telephone:   (650) 493-9300 |
| 10 | Facsimile:    (650) 565-5100 |
| | |
| 11 | Attorneys for Defendants |
| | YOUTUBE, INC., YOUTUBE, LLC, and |
| 12 | GOOGLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC., ET AL. | ) | **CASE NO. 08-MC-80211 JF (PVTx)** |
| | ) | |
| Plaintiffs, | ) | [Case No. 07-cv-02103 (LLS) in the |
| | ) | U.S.D.C., S.D.N.Y] |
| v. | ) | |
| | ) | **SECOND RENOTICE OF MOTION** |
| YOUTUBE, INC., ET AL. | ) | **TO COMPEL PRODUCTION OF** |
| | ) | **DOCUMENTS PURSUANT TO** |
| Defendants. | ) | **SUBPOENA DUCES TECUM TO** |
| | ) | **BAYTSP.COM, INC** |
| | ) | |
| THE FOOTBALL ASSOCATION PREMIER | ) | [Case No. 07-cv-03532 (LLS) in the |
| LEAGUE LIMITED, ET AL., | ) | U.S.D.C., S.D.N.Y.] |
| | ) | |
| Plaintiffs, | ) | Date:      December 9, 2008 |
| | ) | Time:      10:00 a.m. |
| v. | ) | Courtroom: 5, 4th Floor |
| | ) | Judge:     Patricia V. Trumbull |
| YOUTUBE, INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

SECOND RENOTICE OF MOTION AND MOTION TO
COMPEL PRODUCTION OF DOCUMENTS
CASE NO. 08-MC-80211 JF (PVTX)

| | |
|---|---|
| 1 | **SECOND RENOTICE OF MOTION AND MOTION** |
| 2 | TO THE COURT, BAYTSP.COM, INC., AND PARTIES AND COUNSEL OF RECORD |
| 3 | IN THE UNDERLYING ACTION, VIACOM INTERNATIONAL INC. v. YOUTUBE, INC., |
| 4 | S.D.N.Y. CASE NO. 1:07-CV-02103 (LLS): |
| 5 | PLEASE TAKE NOTICE THAT Defendants YouTube, Inc., YouTube, LLC, and Google |
| 6 | Inc. (collectively, "YouTube"), hereby move the court for an order compelling BayTSP.com, Inc. |
| 7 | ("BayTSP") to comply with the subpoena *duces tecum* ("Subpoena") issued out of this court on |
| 8 | September 27, 2007, pursuant to Rule 45 of the Federal Rules of Civil Procedure. Baum Decl., |
| 9 | Ex. A, Subpoena, Sept. 27, 2007. |
| 10 | The hearing has been reset for December 9, 2008 at 10:00 a.m. before the Honorable Judge |
| 11 | Patricia V. Trumbull, Courtroom 5, 4th Floor, in the United States District for the Northern |
| 12 | District of California, 280 South First Street, San Jose, California, or as soon thereafter as the |
| 13 | parties may be heard. |

November 4, 2008

Respectfully submitted,
MAYER BROWN LLP

By:   /s/ Brandon Baum
     Brandon Baum
     Attorneys for Defendants
     YOUTUBE, INC., YOUTUBE, LLC,
     and GOOGLE INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatory's concurrence in the filing of this document has been obtained.*