# CORRECTED
# EXHIBIT C

Dockets.Justia.com

**From:** Cook, Shayna [shayna.cook@bartlit-beck.com]
**Sent:** Monday, December 10, 2007 5:46 AM
**To:** Hemminger, Steve; Ellinikos, Maria
**Subject:** RE: List of Viacom subsidiaries

Dear Steve,

That time works for me. Thanks very much.

Shayna


Shayna S. Cook
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
312-494-4465

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

---

**From:** Hemminger, Steve [mailto:shemminger@akingump.com]
**Sent:** Friday, December 07, 2007 12:15 PM
**To:** shayna.cook@bartlit-beck.com; Ellinikos, Maria
**Subject:** RE: List of Viacom subsidiaries

Hi Shayna,

Thank you for the listing. The CEO has been out on Vacation and I have not been able to discuss the matters we discussed with him. He is anticipated back on Monday and I expect to speak with him on Tuesday. I will be at a Bankruptcy hearing from Wednesday until Friday in Los Angeles. Are you available on December 17th at 11:00 PST? I am hopeful we can come to resolution of the issues at that time.


Best regards,

Steven D. Hemminger


Akin Gump Strauss Hauer & Feld LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306
Office Phone: 650.838.2000
Facsimile: 650.838.2001
E-mail: shemminger@akingump.com

---

**From:** Cook, Shayna [mailto:shayna.cook@bartlit-beck.com]

**Sent:** Wednesday, December 05, 2007 12:52 PM
**To:** Hemminger, Steve; Ellinikos, Maria
**Subject:** List of Viacom subsidiaries

Steve and Maria,

Here is the list of Viacom subsidiaries I referred to during our phone conversation.

Please let me know if 1 pm PST on Monday works for you.

Thanks very much.

Shayna

Shayna S. Cook
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard, Suite 300
Chicago, IL 60610
312-494-4465

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Bartlit Beck Herman Palenchar & Scott LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited.

IRS Circular 230 Notice Requirement: This communication is not given in the form of

The information contained in this e-mail message is intended only for the personal a

EX-21.1 2 dex211.htm SUBSIDIARIES OF VIACOM INC.

Exhibit 21.1

## Subsidiaries of Viacom Inc.
### (as of January 31, 2007)

### Domestic

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| $600/Hour Productions LLC | Delaware |
| 365Gay LLC | Delaware |
| 37th Floor Productions Inc. | Delaware |
| 38th Floor Productions Inc. | Delaware |
| 5555 Communications Inc. | Delaware |
| Aardvark Productions, Inc. | Delaware |
| Acoustic Music, Inc. | Delaware |
| Adoy LLC | Tennessee |
| After School Productions Inc. | Delaware |
| AfterL.com LLC | Delaware |
| Air Realty Corporation | Delaware |
| Air Realty LLC | Delaware |
| All About Productions LLC | Delaware |
| Animated Productions Inc. | Delaware |
| Antics G.P. Inc. | Delaware |
| Artcraft Productions Inc. | Delaware |
| Atom Entertainment, Inc. | Delaware |
| Bardwire Inc. | Delaware |
| Benjamin Button Productions LLC | Delaware |
| BET Acquisition Corp. | Louisiana |
| BET Animations, LLC | Delaware |
| BET Arabesque, LLC | Delaware |
| BET Comic View II, LLC | Delaware |
| BET Creations, Inc. | Delaware |
| BET Development Company | Delaware |
| BET Documentaries, LLC. | Delaware |
| BET Event Productions, LLC | Delaware |
| BET Grilled, LLC | Delaware |
| BET Holdings LLC | Delaware |
| BET Innovations Publishing, Inc. | Delaware |
| BET Interactive, LLC | Delaware |
| BET International, Inc. | Delaware |
| BET Live From LA, LLC | Delaware |
| BET Live Production, LLC | Delaware |
| BET Music Soundz, Inc. | Delaware |
| BET Oh Drama!, LLC | Delaware |
| BET Pictures II Development & Production, Inc. | Delaware |
| BET Pictures II Distribution, Inc. | Delaware |

1

| | |
|---|---|
| BET Pictures II, LLC | Delaware |
| BET Prime and Mike, LLC | Delaware |
| BET Productions II, Inc. | Delaware |
| BET Productions III, LLC | Delaware |
| BET Productions IV, LLC | Delaware |
| BET Publications, LLC | Delaware |
| BET Radio, L.L.C. | Delaware |
| BET Satellite Services, Inc. | Delaware |
| BET Services, Inc. | Delaware |
| BET Sheryl & Friends, LLC | Delaware |
| BET Television Productions, LLC | Delaware |
| BET The Way We Do It, LLC | Delaware |
| Beta Theatres Inc. | Delaware |
| Big Shows Inc. | Delaware |
| Black Entertainment Television LLC | District of Columbia |
| Blackout Productions Inc. | Delaware |
| Bling Productions Inc. | Delaware |
| Blue Sea Productions, Inc. | Delaware |
| Blue/White Productions Inc. | Delaware |
| BN Productions Inc. | Delaware |
| Box Italy LLC, The | Delaware |
| Box Worldwide LLC, The | Delaware |
| Caballero Acquisition Inc. | Delaware |
| California Holdings LLC | Delaware |
| CBS Cable Networks, Inc. | Delaware |
| Central Productions LLC | Delaware |
| Cinamerica Service Corporation | Delaware |
| Cloverleaf Productions Inc. | Delaware |
| CMT Productions Inc. | Delaware |
| Cocktails @ 4 Productions LLC | Delaware |
| College Publishing Inc. | Delaware |
| Columbus Circle Films LLC | Delaware |
| Comedy Partners | New York |
| Country Entertainment, Inc. | Delaware |
| Country Music Television, Inc. | Tennessee |
| Country Network Enterprises, Inc. | Delaware |
| Country Services Inc. | Delaware |
| country.com, Inc. | Delaware |
| Cradle of Life Productions LLC | Delaware |
| Creative Mix Inc. | Delaware |
| Danielle Productions LLC | Delaware |
| Daza Productions Inc. | Delaware |
| Delaware Blue Steel Inc. | New York |
| DIGICO Inc. | Delaware |

Direct Court Productions, Inc.                                          Delaware
DreamWorks Distribution LLC                                             Delaware

2

| | |
|---|---|
| DreamWorks Dramatic TV LLC | Delaware |
| DreamWorks Films LLC | Delaware |
| DreamWorks Finance LLC | Delaware |
| DreamWorks International Distribution LLC | Delaware |
| DreamWorks International Productions LLC | Delaware |
| DreamWorks Internet LLC | Delaware |
| DreamWorks L.L.C. | Delaware |
| DreamWorks Music Publishing LLC | Delaware |
| DreamWorks Music Publishing Nashville LLC | Delaware |
| DreamWorks Productions LLC | Delaware |
| DreamWorks Project Development LLC | Delaware |
| DreamWorks SKG TV LLC | Delaware |
| DreamWorks Television Animation LLC | Delaware |
| DreamWorks Television LLC | Delaware |
| DTE Films LLC | Delaware |
| DW Holdco LLC | Delaware |
| DW One Corp. | Delaware |
| DW Two Corp. | Delaware |
| DWTV Finance I LLC | Delaware |
| Eighth Century Corporation | Delaware |
| Emily Productions LLC | Delaware |
| Extreme Group Holdings Inc. | Delaware |
| Failure to Launch Productions LLC | Louisiana |
| Famous Music LLC | Delaware |
| Famous Orange Productions Inc. | Delaware |
| Festival Inc. | Delaware |
| Filmcraft Productions Inc. | Delaware |
| Future General Corporation | Delaware |
| Games Animation Inc. | Delaware |
| Games Productions Inc. | Delaware |
| GameTrailers Corp. | Delaware |
| GC Productions Inc. | Delaware |
| Gladiator Productions LLC | Delaware |
| Grace Productions LLC | Delaware |
| Gramps Company, Inc., The | Delaware |
| Hard Caliche LLC | New Mexico |
| Harmonix Music System, Inc. | Delaware |
| Hey Yeah Productions Inc. | Delaware |
| House of Yes Productions Inc. | Delaware |
| IFILM Corp. | Delaware |
| Imagine Radio, Inc. | California |
| International Overseas Film Services, Inc. | Delaware |
| International Overseas Productions, Inc. | California |
| Joseph Productions Inc. | Delaware |

Ladies Man Productions USA Inc.                                    Delaware
Last Holiday Productions LLC                                       Louisiana

3

| | |
|---|---|
| Little Boston Company Inc. | Delaware |
| Long Road Productions | Illinois |
| Longest Yard Productions Inc. | Delaware |
| Mad Production Trucking Company | Delaware |
| Magical Motion Pictures Inc. | Delaware |
| Magicam, Inc. | Delaware |
| Marathon Holdings Inc. | Delaware |
| Meadowlands Parkway Associates | New Jersey |
| Melange Pictures LLC | Delaware |
| Michaela Productions Inc. | Delaware |
| Mischief New Media Inc. | New York |
| MoonMan Productions Inc. | Delaware |
| MTV Animation Inc. | Delaware |
| MTV Asia Development Company Inc. | Delaware |
| MTV Australia Inc. | Delaware |
| MTV DMS Inc. | Delaware |
| MTV Networks Europe | Delaware |
| MTV India Development Company Inc. | Delaware |
| MTV Networks Enterprises Inc. | Delaware |
| MTV Networks Europe Inc. | Delaware |
| MTV Networks Global Services Inc. | Delaware |
| MTV Networks Latin America Inc. | Delaware |
| MTV Networks on Campus Inc. | Delaware |
| MTV Networks Shopping Inc. | Delaware |
| MTV Networks South Africa Inc. | Delaware |
| MTV Russia Holdings Inc. | Delaware |
| MTV Songs Inc. | Delaware |
| MTVBVI Inc. | Delaware |
| MTVi Group, Inc., The | Delaware |
| MTVi Group, L.P., The | Delaware |
| MTVN Direct Inc. | Delaware |
| MTVN Online Inc. | Delaware |
| MTVN Online Partner I Inc. | Delaware |
| MTVN Online Partner I LLC | Delaware |
| MTVN Shopping Inc. | Delaware |
| MTVN Video Hits Inc. | Delaware |
| Music By Nickelodeon Inc. | Delaware |
| Music By Video Inc. | Delaware |
| NeoPets, Inc. | Delaware |
| Netherlands Overseas Inc. | Delaware |
| Network Enterprises, Inc. | Delaware |
| Neutronium Inc. | Delaware |
| Newdon Productions | Delaware |
| Nick At Nite's TV Land Retromercials Inc. | Delaware |

Nickelodeon Animation Studios Inc.                                          Delaware
Nickelodeon Australia Inc.                                                  Delaware

| | |
|---|---|
| Nickelodeon Brasil Inc. | Delaware |
| Nickelodeon Direct Inc. | Delaware |
| Nickelodeon Global Network Ventures Inc. | Delaware |
| Nickelodeon Magazines Inc. | Delaware |
| Nickelodeon Movies Inc. | Delaware |
| Nickelodeon Notes Inc. | Delaware |
| Nickelodeon Online Inc. | Delaware |
| Night Falls Productions Inc. | Delaware |
| NM Classics Inc. | Delaware |
| Noggin LLC | Delaware |
| Not Before 10am Productions Inc. | Delaware |
| NP Domains, Inc. | Delaware |
| NV International, Inc. | Georgia |
| O & W Corporation | Tennessee |
| One & Only Joint Venture, The | New York |
| On-Site Productions, Inc. | Delaware |
| Open Door Productions Inc. | Delaware |
| Outdoor Entertainment, Inc. | Tennessee |
| Pacific Productions LLC | Delaware |
| Paramount Canadian Productions, Inc. | Delaware |
| Paramount Digital Entertainment Inc. | Delaware |
| Paramount Films of Australia Inc. | Delaware |
| Paramount Films of China, Inc. | Delaware |
| Paramount Films of Egypt, Inc. | Delaware |
| Paramount Films of India, Ltd. | Delaware |
| Paramount Films of Italy, Inc. | Delaware |
| Paramount Films of Lebanon, Inc. | Delaware |
| Paramount Films of Pakistan Ltd. | Delaware |
| Paramount Films of Southeast Asia Inc. | Delaware |
| Paramount Home Entertainment Inc. | Delaware |
| Paramount Images Inc. | Delaware |
| Paramount LAPTV Inc. | Delaware |
| Paramount Licensing Inc. | Delaware |
| Paramount Overseas Productions, Inc. | Delaware |
| Paramount Pictures Corporation | Delaware |
| Paramount Pictures Louisiana Production Investments II LLC | Louisiana |
| Paramount Pictures Louisiana Production Investments III LLC | Louisiana |
| Paramount Pictures Louisiana Production Investments LLC | Louisiana |
| Paramount Production Support Inc. | Delaware |
| Paramount Productions Service Corporation | Delaware |
| Paramount Worldwide Productions Inc. | Delaware |
| Park Court Productions, Inc. | Delaware |
| Peanut Worm Productions Inc. | Delaware |
| Peppercorn Productions, Inc. | Tennessee |

Perfect Score Films Inc.                                                    Delaware

| | |
|---|---|
| Pet II Productions Inc. | Delaware |
| Pop Channel Productions Inc. | Delaware |
| Pop Culture Productions Inc. | Delaware |
| Pop Toons Inc. | Delaware |
| Premiere House, Inc. | Delaware |
| Prime Directive Productions Inc. | Delaware |
| PT Productions Inc. | Delaware |
| RateMyProfessors.com Inc. | Delaware |
| RateMyProfessors.com International Inc. | Delaware |
| Remote Productions Inc. | Delaware |
| Sammarnick Insurance Corporation | New York |
| Scarab Publishing Corporation | Delaware |
| SFI Song Company | Florida |
| Shirley Valentine Company Joint Venture, The | Delaware |
| SKG Louisiana LLC | Louisiana |
| SKG Music LLC | Delaware |
| SKG Music Nashville Inc. | Delaware |
| SKG Music Publishing LLC | Delaware |
| SKG Productions LLC | Louisiana |
| SonicNet L.L.C. | Delaware |
| Spelling Films Inc. | Delaware |
| Spelling Films Music Inc. | Delaware |
| Spelling Pictures Inc. | Delaware |
| State of Mind Inc. | Delaware |
| Stepdude Productions LLC | Louisiana |
| Superstar Productions USA Inc. | Delaware |
| Talent Court Productions, Inc. | Delaware |
| TC Productions Inc. | Delaware |
| Thinner Productions, Inc. | Delaware |
| Timeline Films Inc. | Delaware |
| TNN Classic Sessions, Inc. | Delaware |
| TNN Productions, Inc. | Delaware |
| TV Land Canada Holding Inc. | Delaware |
| Tunes By Nickelodeon Inc. | Delaware |
| UGJ Productions Inc. | Delaware |
| Untitled Productions II LLC | Delaware |
| Urge Prepaid Cards Inc. | Virginia |
| Uptown Productions Inc. | Delaware |
| Viacom Animation of Korea Inc. | Delaware |
| Viacom Asia Inc. | Delaware |
| Viacom Camden Lock Inc. | Delaware |
| Viacom Global Services Inc. | Delaware |
| Viacom Hearty HA! HA! LLC | Delaware |
| Viacom Holdings Germany LLC | Delaware |

Viacom Inc.     Delaware
Viacom International Inc. Political Action Committee Corporation     Delaware

6

| | |
|---|---|
| Viacom International Inc. | Delaware |
| Viacom International Services Inc. | Delaware |
| Viacom Netherlands Management LLC | Delaware |
| Viacom Networks Europe Inc. | Delaware |
| Viacom Notes Inc. | Delaware |
| Viacom Realty Corporation | Delaware |
| Viacom Receivables Funding I Corporation | Delaware |
| Viacom Receivables Funding V Corporation | Delaware |
| Viacom Songs Inc. | Delaware |
| Viacom Subsidiary Management Corp. | Delaware |
| Viacom Telecommunications (D.C.) Inc. | Delaware |
| Viacom Tunes Inc. | Delaware |
| WF Cinema Holdings, L.P. | Delaware |
| Wilshire Court Productions, LLC | Delaware |
| World Sports Enterprises | Tennessee |
| Worldwide Productions, Inc. | Delaware |
| Wuthering Heights, CA Productions Inc. | Delaware |
| Xfire, Inc. | Delaware |
| Zoo Films LLC | Delaware |

## International

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| 24th Floor Inc. | Canada (Ontario) |
| On Second Thought Productions Inc. | Canada (British Columbia) |
| 3085284 Nova Scotia Limited | Canada (Nova Scotia) |
| ATR Films Inc. | Canada (Ontario) |
| Bad Boys Production Music B.V. | Netherlands |
| Belhaven Limited | Bahamas |
| Biscondi Sdn Bld (in liquidation) | Malaysia |
| Blind Eye Productions Inc. | Canada (British Columbia) |
| Bronson Gate Film Management GmbH | Germany |
| Capital Equipment Leasing Limited | United Kingdom |
| Cent Productions Inc. | Canada (Ontario) |
| CIC Home Video GmbH (in liquidation) | Switzerland |
| CIC Video (Pty) Limited | South Africa |
| Cinematic Arts B.V.B.V. | Netherlands |
| CVV (Japan) B.V. | Netherlands |
| Dallington TV Limited | United Kingdom |
| Director's Cuts Production Music Limited | United Kingdom |
| DreamWorks Distribution Canada Co. | Canada (Nova Scotia) |
| DTV Productions Inc. | Canada (Ontario) |
| DW (Netherlands) BV | Netherlands |
| DW Productions UK Limited | United Kingdom |

8

| | |
|---|---|
| e-tv Produktions-und Vermarktungs GmbH | Germany |
| Extreme Australia Pty Limited | Australia |
| Extreme Music Limited | United Kingdom |
| Extreme Music RMF Limited | United Kingdom |
| Extreme Musik GmbH | Germany |
| Famous Music Publishing France SARL | France |
| Famous Music Publishing Germany GmbH & Co KG | Germany |
| Famous Music Publishing Limited | United Kingdom |
| Famous Players International B.V. | Netherlands |
| Films Paramount S.A. | Netherlands |
| Four Brothers Films Inc. | Canada (Ontario) |
| Futa B.V. | Netherlands |
| Game One SAS | France |
| Global Film Distributors B.V. | Netherlands |
| Golden UIP Film Distributors Limited BV (in liquidation) | Netherlands |
| Greenland Place Music Limited | United Kingdom |
| Haverstraw Insurance Corporation Limited | Bermuda |
| High Command Productions Limited | United Kingdom |
| HTL Productions Inc. | Canada (Ontario) |
| PPG Holding 5 BV | Netherlands |
| Invisions Holding B.V. | Netherlands |
| Kindernet C.V. | Netherlands |
| Lisarb Holding B.V. | Netherlands |
| Maximum Attitude Musique SARL | France |
| MTV Asia LDC | Cayman Islands |
| MTV Asia Ownership One LDC | Cayman Islands |
| MTV Asia Ownership Two LDC | Cayman Islands |
| MTV Asia Ventures (India) Pte. Ltd | Mauritius |
| MTV Asia Ventures Co. | Cayman Islands |
| MTV Channel Espana SL | Spain |
| MTV Extra SAS | France |
| MTV Group Japan KK | Japan |
| MTV Hong Kong Limited | Hong Kong |
| MTVi Group Japan KK | Japan |
| MTV IMP Japan Inc. | Japan |
| MTV India LDC | Cayman Islands |
| MTV Japan KK | Japan |
| MTV Networks AB | Sweden |
| MTV Networks Africa (Proprietary) Limited | South Africa |
| MTV Networks Argentina SRL | Argentina |
| MTV Networks Australia Pty Limited | Australia |
| MTV Networks B.V. | Netherlands |
| MTV Networks Belgium BVBA | Belgium |
| MTV Networks de Mexico S. de R.L. de C.V. | Mexico |

MTV Networks India Private Limited                                      India
MTV Networks Japan B.V.                                            Netherlands

| | |
|---|---|
| MTV Networks Ltda (Portugal) | Portugal |
| MTV Networks New Zealand Ltd. | New Zealand |
| MTV Networks Polska B.V. | Netherlands |
| MTV Networks Polska Limited | United Kingdom |
| MTV Networks Polska Sp. zo.o | Poland |
| MTV Networks Polska VOF | Netherlands |
| MTV Networks Productions B.V. | Netherlands |
| MTV Networks SARL | France |
| MTV Radio Productions Limited | United Kingdom |
| MTV SA LDC | Cayman Islands |
| MTV Taiwan LDC | Cayman Islands |
| NeoPets Asia Pte. Ltd. | Singapore |
| Nickelodeon (Deutschland) GmbH & Co KG | Germany |
| Nickelodeon (Deutschland) Verwaltung GmbH | Germany |
| Nickelodeon Asia Holdings Pte. Limited | Singapore |
| Nickelodeon France S.A.S. | France |
| Nickelodeon Huggings U.K. Limited | United Kingdom |
| Nickelodeon India Pvt Ltd | India |
| Nickelodeon International Limited | United Kingdom |
| Nickelodeon Management Holdings Pte Ltd | Singapore |
| Nickelodeon Mauritius Ltd | Mauritius |
| Nickelodeon U.K. Limited | United Kingdom |
| N.V. Broadcasting (Canada) Inc. | Canada (Federal) |
| On Music Network Co Ltd. | Korea |
| Paramount British Pictures Limited | United Kingdom |
| Paramount Comedy Channel Espana SL | Spain |
| Paramount Home Entertainment (Australasia) Pty Limited | Australia |
| Paramount Home Entertainment (Brazil) Ltda | Brazil |
| Paramount Home Entertainment (Denmark) I/S | Denmark |
| Paramount Home Entertainment (Finland) Oy | Finland |
| Paramount Home Entertainment (France) S.A.S | France |
| Paramount Home Entertainment (Germany) GmbH | Germany |
| Paramount Home Entertainment (Italy) SRL | Italy |
| Paramount Home Entertainment (Japan) Ltd. | Japan |
| Paramount Home Entertainment (Korea) Ltd. | Korea |
| Paramount Home Entertainment (Mexico) S. de R.L. de C.V. | Mexico |
| Paramount Home Entertainment (Mexico) Services S. de R.L. de C.V. | Mexico |
| Paramount Home Entertainment (New Zealand) Ltd. | New Zealand |
| Paramount Home Entertainment (Norway) ANS | Norway |
| Paramount Home Entertainment (Spain) S.L. | Spain |
| Paramount Home Entertainment (Sweden) AB | Sweden |
| Paramount Home Entertainment (UK) | United Kingdom |
| Paramount Home Entertainment B.V. | Netherlands |
| Paramount Home Entertainment International (Holdings) B.V. | Netherlands |

Paramount Home Entertainment International B.V.                    Netherlands

| | |
|---|---|
| Paramount Home Entertainment International Limited | United Kingdom |
| Paramount International (Netherlands) B.V. | Netherlands |
| Paramount Latin America SRL | Argentina |
| Paramount Pictures Australia Pty. Limited | Australia |
| Paramount Pictures International Limited | United Kingdom |
| Paramount Pictures Corporation (Canada) Inc. | Canada (Ontario) |
| Paramount Pictures Entertainment Canada Inc. | Canada (Ontario) |
| Paramount Pictures International Limited (formerly Paramount Pay TV Limited) | United Kingdom |
| Paramount Pictures Louisiana Production Investments LLC | United Kingdom |
| Paramount Pictures International Limited | United Kingdom |
| Paramount Pictures Productions Australia Pty. Limited | Australia |
| Paramount UK Partnership (Paramount Comedy Channel UK) | United Kingdom |
| Perfect Score Films Inc. | Canada (British Columbia) |
| PF Films Inc. | Canada (Ontario) |
| PPC Film Management GmbH | Germany |
| Preview Investments BV | Netherlands |
| PT MTV Indonesia | Indonesia |
| Regional Asia Investment Venture Pte Ltd. | Mauritius |
| RR Films Inc. | Canada (Alberta) |
| S Media Vision AG | Switzerland |
| Servicios Para Empresas de Entretenimiento S de RL de CV | Mexico |
| Shockwave.com SarL | Switzerland |
| SKG Studios Canada Inc. | Canada (Ontario) |
| Smoker Films Inc. | Canada (Ontario) |
| The Box Holland BV | Netherlands |
| The Extreme Music Library (Ireland) Limited | Ireland |
| The Extreme Music Library Limited | United Kingdom |
| The Music Source Inc. (MTV Philippines) | Philippines |
| Timeline Films Inc. | Canada (Ontario) |
| TV on tour Veranstaltungs GmbH | Germany |
| TV Total Print Verlags GmbH | Germany |
| Paramount Picture Service (UK) | United Kingdom |
| PPG Holding 95 BV | Netherlands |
| Paramount Pictures UK | United Kingdom |
| Paramount Pictures (NZ) | New Zealand |
| Paramount Pictures Brasil Distribuidora de Filmes Ltda | Brazil |
| Paramount Pictures Australia Pty. | Australia |
| Paramount Pictures Mexico S de RL | Mexico |
| Paramount Pictures France Sarl | France |
| Viacom (Deutschland) Beteiligungen GmbH | Germany |
| Viacom Acquisition KK | Japan |
| Viacom Brand Solutions Limited | United Kingdom |
| Viacom Canadian Holdings Inc. | Canada (Ontario) |
| Viacom Canadian Productions Holdings Inc. | Canada (Ontatio) |

Viacom Global (Netherlands) B.V.                                        Netherlands

11

| | |
|---|---|
| Viacom Global Limited | United Kingdom |
| Viacom Holdings Brasil Ltda | Brazil |
| Viacom International Japan KK | Japan |
| Viacom Limited | United Kingdom |
| Viacom Networks Brasil Ltda. (formerly known as Nickelodeon Brazil Ltda) | Brazil |
| Viacom Networks Italia Limited | United Kingdom |
| Viacom Overseas Holdings C.V. | Netherland Antilles |
| Viacom VHENO GmbH | Germany |
| Visionair Television B.V. | Netherlands |
| VIVA-connect GmbH | Germany |
| VIVA Fernsehen GmbH | Germany |
| VIVA Media Enterprises GmbH | Germany |
| VIVA Media GmbH | Germany |
| Viva Plus Fernsehen GmbH | Germany |
| VIVA TV Productions Sp.z.o.o. | Poland |
| VIVA Production SRL | Italy |
| VIVA Radio Beteiligungs GmbH | Germany |
| Wayfarer Media Limited | Cyprus |
| Westka Interactive GmbH i.L | Germany |
| Widow's Broom Films Inc. | Canada (Ontario) |
| Worldwide MSP Limited | United Kingdom |
| Yalian Online Network Limited Company | China |
| Z+ Broadcasting Company Ltd | Hungary |
| Zarina 99 Vermöegensver-waltungsgesellschaft GmbH | Germany |

12