BRANDON BAUM, SBN 121318
  bbaum@mayerbrown.com
ERIC B. EVANS, SBN 232476
  eevans@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone:   (650) 331-2080
Facsimile:   (650) 331-4580

DAVID H. KRAMER, SBN 168452
  dkramer@wsgr.com
CAROLINE E. WILSON, SBN 241031
  cwilson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Attorneys for Defendants
YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

FILED

2008 DEC -4 A 10: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC. et al., <br><br> Defendants. | CASE NO. 08-MC-80211 JF (PVTx) <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, A. John P. Mancini, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing YouTube, Inc., YouTube, LLC, and Google, Inc. in the above-entitled action.

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. 08-MC-80211 JF (PVTx)

Dockets.Justia.com

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court for the Southern District of New York and of the highest court of the State of New York;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and

3. My partner, Brandon Baum, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, has been designated as co-counsel in the above-entitled action. Mr. Baum's complete address and telephone number is as follows:

>   Brandon Baum (SBN 121318)
>   Mayer Brown LLP
>   Two Palo Alto Square, Suite 300
>   3000 El Camino Real
>   Palo Alto, CA 94306
>   Telephone: (650) 331-2080

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 3, 2008

_____
A. JOHN P. MANCINI

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611004310
Cashier ID: harwellt
Transaction Date: 12/04/2008
Payer Name: Mayer Brown LLP

PRO HAC VICE
 For: A. John P. Mancini
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:       $210.00

CHECK
 Check/Money Order Num: 2679
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-mc-80211 JF


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```