BRANDON BAUM, SBN 121318
bbaum@mayerbrown.com
ERIC B. EVANS, SBN 232476
eevans@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 331-2080
Facsimile: (650) 331-4580

DAVID H. KRAMER, SBN 168452
dkramer@wsgr.com
CAROLINE E. WILSON, SBN 241031
cwilson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Attorneys for Defendants
YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

RECEIVED 2008 DEC -4 AM 10: 54 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA. S.J.

**CHAMBER'S COPY**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC. et al., <br><br>Plaintiffs, <br><br>v. <br><br>YOUTUBE, INC. et al., <br><br>Defendants. | CASE NO. 08-MC-80211 JF (PVTx) <br><br>[PROPOSED] <br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

A. John P. Mancini, an active member in good standing of the bar of the State of New York, whose business address and telephone number is:

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820
Phone Number: +1 212 506 2295

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing YouTube, Inc., YouTube, LLC, and Google, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, Electronic Case Filing.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE
HONORABLE JEREMY FOGEL