BRANDON BAUM, SBN 121318
bbaum@mayerbrown.com
ERIC B. EVANS, SBN 232476
eevans@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 331-2080
Facsimile: (650) 331-4580

DAVID H. KRAMER, SBN 168452
dkramer@wsgr.com
CAROLINE E. WILSON, SBN 241031
cwilson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
YOUTUBE, INC., YOUTUBE, LLC, and
GOOGLE INC.

FILED

2008 DEC -4 A 10: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ORIGINAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC. et al., <br><br> Defendants. | CASE NO. 08-MC-80211 JF (PVTx) <br><br> **PROOF OF SERVICE** |

44051325

PROOF OF SERVICE
CASE NO. 08-MC-80211 JF (PVTx)

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306-2112. On December 4, 2008, I served the document described and captioned as:

**(1) APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; AND (2) [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

on each interested party, as follows:

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

**X**    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Susan Kohlmann<br>Jenner & Block, LLP<br>919 Third Avenue, 37th Floor<br>New York, NY 10022 | Donald B. Verrilli, Jr.<br>Jenner & Block LLC<br>1099 New York Avenue, NW, Ste 900<br>Washington, DC 20001-4412 |
| Louis M. Solomon<br>Proslauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299 | Max W. Berger<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas 33rd Floor<br>New York, NY 10019 |
| Stephen D. Hibbard<br>Stuart Jay Baskin<br>Shearman & Sterling LLP<br>525 Market Street, Suite 1500<br>San Francisco, CA 94105-2723 | Steven Daniel Hemminger<br>Alston & Bird LLP<br>Two Palo Alto Square<br>3000 El Camino Real Ste 400<br>Palo Alto, CA 94306-2112 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2008

_____
Cindy Pohorski

1