```
 1  BRANDON BAUM, SBN 121318
     bbaum@mayerbrown.com
 2  ERIC B. EVANS, SBN 232476
     eevans@mayerbrown.com
 3  MAYER BROWN LLP
    Two Palo Alto Square
 4  3000 El Camino Real
    Palo Alto, California 94306
 5  Telephone:   (650) 331-2080
    Facsimile:   (650) 331-4580
 6
 7  DAVID H. KRAMER, SBN 168452
     dkramer@wsgr.com
 8  CAROLINE E. WILSON, SBN 241031
     cwilson@wsgr.com
 9  WILSON SONSINI GOODRICH & ROSATI
    PROFESSIONAL CORPORATION
10  650 Page Mill Road
    Palo Alto, California 94304-1050
11  Telephone:   (650) 493-9300
    Facsimile:   (650) 565-5100
12  Attorneys for Defendants
13  YOUTUBE, INC., YOUTUBE, LLC, and
    GOOGLE INC.
```

RECEIVED 2008 DEC -4 AM 10: 54
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**CHAMBER'S COPY**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, INC. et al., <br><br> Defendants. | CASE NO. 08-MC-80211 JF (PVTx) <br><br> [IXXXXXXXXXXXXX] <br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  A. John P. Mancini, an active member in good standing of the bar of the State of New
2  York, whose business address and telephone number is:

Mayer Brown LLP
1675 Broadway
New York, New York 10019-5820
Phone Number: +1 212 506 2295

having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing YouTube, Inc., YouTube, LLC, and Google, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, Electronic Case Filing.

Dated:   December 5, 2008

*Patricia V. Trumbull*
UNITED STATES DISTRICT JUDGE
HONORABLE JEREMY FOGEL