UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTE ORDER</u>

MAGISTRATE  PATRICIA V. TRUMBULL

Date: 12/908

Court Reporter: Jana Ridenour       Clerk: C. Lew

Case No:C 08-80211 JF (PVT)       Case Title: Viacom International, Inc., et al., v.  Youtube, Inc., et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Stephen Hibbard<br>Steven Hemminger (3rd Party) | John Mancini<br>David Kramer<br>Brandon Baum |

**PROCEEDINGS**

<u>Pretrial Conferences:</u>     [ ] Initial        [ ] Status     [ ] Discovery

                          [ ] Settlement     [ ] Final

                          [ ] Other

| Pltf. | Deft. | **MOTIONS** | |
|---|---|---|---|
| [ ] | [X ] | 1.  Motion to Compel Production of Documents of Third Party BayTSP.com, Inc. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

**DISPOSITION**

[ ] Granted           [X ] Submitted         [ ] Settled

[ ] Denied            [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

**ORDER TO BE PREPARED BY**

[ ] Plaintiff       [ ] Defendant         [ X] Court          [ ] Court w/opinion