| | |
|---|---|
| 1 | Steven D. Hemminger (State Bar No. 110665) |
| 2 | ALSTON & BIRD LLP |
|   | Two Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 400 |
|   | Palo Alto, CA 94306-2112 |
| 4 | Tel.: (650) 838-2000 |
| 5 | Fax: (650) 838-2001 |
|   | Email: Steve.Hemminger@alston.com |
| 6 | |
| 7 | Attorney for Nonparty |
|   | BayTSP, Inc. |
| 8 | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Viacom International Inc., *et al.*, | Miscellaneous Action |
|  | Case No. 08-MC-80211-JF-PVT |
| Plaintiffs, | |
| v. | **DECLARATION OF C. AUGUSTINE RAKOW IN SUPPORT OF BAYTSP'S OBJECTION TO JANUARY 14, 2009 ORDER RE YOUTUBE SUBPOENA** |
| YouTube, Inc. *et al.*, | |
| Defendants. | |
| The Football Association Premier League Limited, *et al.*, | |
| Plaintiffs, | |
| v. | |
| YouTube, Inc. *et al.*, | |
| Defendants. | |

DECLARATION OF C. AUGUSTINE RAKOW ISO BAYTSP'S
OBJECTION TO JANUARY 14, 2009 ORDER RE YOUTUBE SUBPOENA
CASE NO. 08-MC-80211 JF (PVTx)

DECLARATION OF C. AUGUSTINE RAKOW

I, C. AUGUSTINE RAKOW, declare:

1. I am an associate at Alston & Bird, LLP, counsel for nonparty BayTSP.com, Inc., and I make this declaration based on information known to me in that capacity. Unless indicated otherwise, I have personal knowledge of the facts contained in this declaration, and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Honorable Patricia V. Trumbull's 1/14/2009 Order Granting YouTube's Motion to Compel.

3. Attached hereto as **Exhibit B** is a true and correct copy of the official reporter's Transcript of Proceedings Before the Honorable Patricia V. Trumbull on December 9, 2008.

4. Attached hereto as **Exhibit C** is a true and correct copy of 17 U.S.C. § 512(c) of the Digital Millennium Copyright Act.

5. Attached hereto as **Exhibit D** is a true and correct copy of Exhibits D-F to the 10/16/08 Declaration of Brandon Baum In Support of Motion to Compel.

6. Attached hereto as **Exhibit E** is a true and correct copy of an email exchange between Steven Hemminger, counsel for BayTSP, and John Mancini, counsel for YouTube.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Palo Alto, California.

Dated: January 29, 2009

                                                                 /s/
                                                C. Augustine Rakow