Viacom International Inc. et al v. YouTube, Inc. et al                                                                 Doc. 22

**E-Filed 2/9/09**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VIACOM INTERNATIONAL, INC., et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>YOUTUBE, INC., et al.,<br><br>  Defendants. | Case Number C 08-MC-80211 JF (PVT)<br><br>**ORDER[1] REQUESTING ADDITIONAL BRIEFING RE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** |

BayTSP.com, Inc. ("BayTSP"), a non-party to the above-captioned action, objects to certain aspects of the Magistrate Judge's January 14, 2009 order requiring production of records held by BayTSP's clients. The Court will request YouTube, Inc. ("YouTube"), which sought production of the documents, to file an opposition to BayTSP's objections not later than February 20, 2009. BayTSP may file a reply not later than February 27, 2009, at which point the matter will be deemed submitted on the papers.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 08-MC-80211 JF (PVT)
ORDER REQUESTING ADDITIONAL BRIEFING RE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER
(JFLC3)

Dockets.Justia.com

**IT IS SO ORDERED.**

DATED: 2/9/09

_____
JEREMY FOGEL
United States District Judge

This Order has been served electronically upon the following persons:

Brandon D. Baum     bbaum@mayerbrown.com

Caroline Elizabeth Wilson     cwilson@wsgr.com

Christopher Augustine Rakow     augie.rakow@alston.com, lauren.gray@alston.com, robin.ramirez@alston.com

David H. Kramer     dkramer@wsgr.com, dgrubbs@wsgr.com

Donald B. Verrilli , Jr     dverrilli@jenner.com

Eric Evans     eevans@mayerbrown.com, cpohorski@mayerbrown.com

Louis M. Solomon     lsolomon@proskauer.com

Stephen D. Hibbard     shibbard@shearman.com, rcheatham@shearman.com

Steven Daniel Hemminger     steve.hemminger@alston.com, debra.conyers@alston.com, julie.rowinski@alston.com, robin.ramirez@alston.com, sissel.browder@alston.com

Stuart Jay Baskin     sbaskin@shearman.com

Susan Kohlmann     skohlmann@jenner.com

Notice of this Order has been delivered by other means to:

John P. Mancini
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Max W. Berger
Bernstein Litowitz Berger & Grossman
1285 Avenue of the AMericas
33rd Floor
New York, NY 10019