| | |
|---|---|
| 1 | Steven D. Hemminger (State Bar No. 110665) |
| 2 | ALSTON & BIRD LLP |
|   | Two Palo Alto Square |
| 3 | 3000 El Camino Real, Suite 400 |
|   | Palo Alto, CA 94306-2112 |
| 4 | Tel.: (650) 838-2000 |
| 5 | Fax: (650) 838-2001 |
| 6 | Email: Steve.Hemminger@alston.com |
| 7 | Attorney for Nonparty |
| 8 | BayTSP, Inc. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| Viacom International Inc., *et al.*, | Miscellaneous Action |
| Plaintiffs, | Case No. 08-MC-80211-JF-PVT |
| v. | **DECLARATION OF C. AUGUSTINE RAKOW IN SUPPORT OF BAYTSP'S REPLY BRIEF** |
| YouTube, Inc. *et al.*, | |
| Defendants. | |
| The Football Assoc. Premier League Ltd., *et al.*, | |
| Plaintiffs, | |
| v. | |
| YouTube, Inc. *et al.*, | |
| Defendants. | |

DECLARATION OF C. AUGUSTINE RAKOW
IN SUPPORT OF BAYTSP'S REPLY
CASE NO. 08-MC-80211 JF (PVTx)

DECLARATION OF C. AUGUSTINE RAKOW

I, C. AUGUSTINE RAKOW, declare:

1. I am an associate at Alston & Bird, LLP, counsel for nonparty BayTSP.com, Inc., and I make this declaration based on information known to me in that capacity. I have personal knowledge of the facts contained in this declaration, and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Exhibit 9 to the Declaration of Caroline Wilson ("Wilson Decl.") accompanying YouTube's Motion to Compel Production of Documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Palo Alto, California.

Dated: February 27, 2009

/s/
C. Augustine Rakow