1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall, State Bar No. 90072
2  Philip M. Kelly, State Bar No. 212174
   10100 Santa Monica Boulevard, Suite 1725
3  Los Angeles, California 90067
   Tel.: (310) 556-2700
4  Fax: (310) 556-2705
   Email: rkendall@kbkfirm.com
5  Email: pkelly@kbkfirm.com

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | Viacom International Inc., *et al*.,    ) Miscellaneous Action
                                             ) Case No. 08-MC-80211-JF-PVT
13 |          Plaintiffs,                    )
                                             ) NOTICE OF SUBSTITUTION OF
14 |    vs.                                  ) COUNSEL FOR NON-PARTY
                                             ) BAYTSP, INC.
15 | YouTube, Inc., *et al*.,                )
                                             ) [PROPOSED] ORDER
16 |          Defendants.                    )
                                             )
17                                           )

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     Please take notice that non-party BayTSP, Inc. hereby substitutes Kendall
3 | Brill & Klieger LLP in place of Alston & Bird LLP as its counsel of record in this
4 | action. The contact information for new counsel is as follows:

    Richard B. Kendall (rkendall@kbkfirm.com)
    Philip M. Kelly (pkelly@kbkfirm.com)
    KENDALL BRILL & KLIEGER LLP
    10100 Santa Monica Boulevard, Suite 1725
    Los Angeles, California 90067
    Telephone: (310) 556-2700
    Facsimile: (310) 556-2705

Dated: May 14, 2009          KENDALL BRILL & KLIEGER LLP

By: /s/ Richard B. Kendall
      Richard B. Kendall
      Attorneys for Non-Party BayTSP, Inc.

## CONSENT TO SUBSTITUTION

Alston & Bird LLP hereby consents to this substitution.

Dated: May 14, 2009

ALSTON & BIRD LLP

By: _____
Steven D. Hemminger
Alston & Bird LLP

**IT IS SO ORDERED.**

Dated: _____       _____
Honorable Jeremy Fogel
United States District Judge