1  KENDALL BRILL & KLIEGER LLP
   Richard B. Kendall, State Bar No. 90072
2  Philip M. Kelly, State Bar No. 212174
   10100 Santa Monica Boulevard, Suite 1725
3  Los Angeles, California 90067
   Tel.: (310) 556-2700
4  Fax: (310) 556-2705
   Email: rkendall@kbkfirm.com
5  Email: pkelly@kbkfirm.com

8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10                  SAN JOSE DIVISION

12 | Viacom International Inc., *et al*.,       ) Miscellaneous Action
                                                ) Case No. 08-MC-80211-JF-PVT
13 |           Plaintiffs,                      )
                                                ) NOTICE OF SUBSTITUTION OF
14 |      vs.                                   ) COUNSEL FOR NON-PARTY
                                                ) BAYTSP, INC.
15 | YouTube, Inc., *et al*.,                   )
                                                ) [PROPOSED] ORDER
16 |           Defendants.                      )
                                                )
17 |                                            )

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     Please take notice that non-party BayTSP, Inc. hereby substitutes Kendall Brill & Klieger LLP in place of Alston & Bird LLP as its counsel of record in this action. The contact information for new counsel is as follows:

>  Richard B. Kendall (rkendall@kbkfirm.com)
>  Philip M. Kelly (pkelly@kbkfirm.com)
>  KENDALL BRILL & KLIEGER LLP
>  10100 Santa Monica Boulevard, Suite 1725
>  Los Angeles, California  90067
>  Telephone:  (310) 556-2700
>  Facsimile:   (310) 556-2705

Dated: May 14, 2009        KENDALL BRILL & KLIEGER LLP

        By:  /s/ Richard B. Kendall
             Richard B. Kendall
             Attorneys for Non-Party BayTSP, Inc.

## CONSENT TO SUBSTITUTION

Alston & Bird LLP hereby consents to this substitution.

Dated: May 14, 2009

ALSTON & BIRD LLP

By: _____
Steven D. Hemminger
Alston & Bird LLP

**IT IS SO ORDERED.**

Dated: 6/19/09

_____
Honorable Jeremy Fogel
United States District Judge

---

NOTICE OF SUBSTITUTION OF COUNSEL FOR NON-PARTY BAYTSP, INC.
CASE NO. 08-MC-80211-JF-PVT

1993263.1