A. JOHN P. MANCINI (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone:    (212) 506-2500
Facsimile:    (212) 262-1910
Email:  jmancini@mayerbrown.com

DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:    (650) 493-9300
Facsimile:    (650) 565-5100
Email:  dkramer@wsgr.com
Email:  mrubin@wsgr.com

RICHARD B. KENDALL, State Bar No. 90072
PHILIP M. KELLY, State Bar No. 212174
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067
Tel.: (310) 556-2700
Fax: (310) 556-2705
Email: rkendall@kbkfirm.com
Email: pkelly@kbkfirm.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE SUBPOENA TO BayTSP, INC.<br><br>VIACOM INTERNATIONAL INC., *et al.*,<br>         Plaintiffs,<br>   v.<br>YOUTUBE, INC., *et al.*,<br>   Defendants.<br><br>THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, *et al.*,<br>         Plaintiffs,<br>   v.<br>YOUTUBE, INC. *et al.*,<br>   Defendants. | **CASE NO.: 08-MC-80211 JF (PVTx)**<br><br>**STIPULATION AND [** xxxxxxxxxxx **ORDER EXTENDING TIME TO PRODUCE DOCUMENTS**<br><br>(S.D.N.Y. CASE NOS. I :07-cv-021 03 (LLS) (FM); I :07-cv-3582 (LLS) (FM))<br>Judge: Honorable Jeremy Fogel |

1    WHEREAS on September 27, 2007, YouTube, Inc., YouTube, LLC and Google Inc.,
2  (collectively, "YouTube" or "Defendants") issued a non-party subpoena ("Subpoena") from this
3  Court to BayTSP, Inc. ("BayTSP") in connection with civil actions filed by Viacom
4  International, Inc. *et al*. and The Football Association Premier League, *et al*. against YouTube,
5  Inc. *et al*. in the United States District Court for the Southern District of New York, Case Nos. I
6  :07-cv-021 03 (LLS) (FM) and I :07-cv-3582 (LLS) (FM), respectively (collectively, "SDNY
7  Actions").  The Subpoena sought documents relating to BayTSP's clients, including Viacom-
8  related clients and non-Viacom-related clients.

9    WHEREAS BayTSP objected to the Subpoena on various grounds and YouTube moved
10 to compel BayTSP's compliance with the Subpoena.  United States Magistrate Judge Patricia
11 Trumbull granted YouTube's motion to compel and ordered that BayTSP produce "documents
12 related to the Viacom-related entities no later than March 6, 2009" and "documents related to the
13 non-Viacom related entities no later than July 15, 2009";

14   WHEREAS BayTSP objected to the Magistrate Judge's order and the District Court, and
15 Honorable Jeremy Fogel, overruled BayTSP's objection on April 24, 2009;

16   WHEREAS BayTSP and YouTube have been working with an electronic discovery
17 vendor to finalize an appropriate search term list to target responsive non-Viacom related
18 documents and prepare a database for reviewing and producing the documents.  However, the
19 parties have been informed by the electronic discovery vendor that, due to the large quantity of
20 source data (over 5 terabytes) from which responsive documents must be extracted, it will take a
21 substantial length of time (potentially up to two months) to process the responsive documents
22 and load them into a database.  Once the database has been created, the documents must
23 thereafter be reviewed for privilege and responsiveness before production; therefore

24   IT IS HEREBY AGREED THAT:

25   1.    The deadline by which BayTSP must produce documents and a privilege log
26 related to the non-Viacom entities is hereby extended from July 15, 2009 to September 15, 2009,
27 provided that BayTSP produces responsive documents on a rolling basis as they become
28 available.

2. The parties will negotiate further extensions of this deadline in good faith, if necessary

3. Once the document database is created, BayTSP will provide YouTube with periodic status updates on the quantity of documents BayTSP has reviewed and produced and the quantity of unreviewed documents remaining.

| | |
|---|---|
| AGREED and STIPULATED<br>July 9, 2009 | *Attorneys for YouTube, Inc., YouTube, LLC and Google Inc.*<br><br>By: /s/ A. John P. Mancini<br>A. John P. Mancini (*pro hac vice*)<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019<br>Telephone:   (212) 506-2500<br>Facsimile:    (212) 262-1910<br><br>David H. Kramer<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:   (650) 493-9300<br>Facsimile:    (650) 565-5100 |
| AGREED and STIPULATED<br>July 9, 2009 | *Attorneys for BayTSP, Inc.*<br><br>By: /s/ Philip M. Kelly<br><br>Richard B. Kendall<br>Philip M. Kelly<br>KENDALL BRILL & KLIEGER LLP<br>10100 Santa Monica Boulevard, Suite 1725<br>Los Angeles, California 90067<br>Telephone: (310) 556-2700<br>Facsimile: (310) 556-2705 |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _July 9, 2009_

*Patricia V. Trumbull* (signature)

Honorable Patricia V. Trumbull
United States Magistrate Judge

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE DOCUMENTS
CASE NO. 08-MC-80211 JF (PVTx)