A. JOHN P. MANCINI (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone:   (212) 506-2500
Facsimile:   (212) 262-1910
Email:  jmancini@mayerbrown.com

DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:   (650) 493-9300
Facsimile:   (650) 565-5100
Email:  dkramer@wsgr.com
Email:  mrubin@wsgr.com

RICHARD B. KENDALL, State Bar No. 90072
PHILIP M. KELLY, State Bar No. 212174
KENDALL BRILL & KLIEGER LLP
10100 Santa Monica Boulevard, Suite 1725
Los Angeles, California 90067
Tel.: (310) 556-2700
Fax: (310) 556-2705
Email: rkendall@kbkfirm.com
Email: pkelly@kbkfirm.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE SUBPOENA TO BayTSP, INC.<br><br>VIACOM INTERNATIONAL INC., *et al.*,<br>    Plaintiffs,<br>    v.<br>YOUTUBE, INC., *et al.*,<br>    Defendants.<br><br>THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, *et al*.,<br>    Plaintiffs,<br>    v.<br>YOUTUBE, INC. *et al*.,<br>    Defendants. | **CASE NO.:  08-MC-80211 JF (PVTx)**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE DOCUMENTS**<br><br>(S.D.N.Y. CASE NOS. I :07-cv-021 03 (LLS) (FM); I :07-cv-3582 (LLS) (FM))<br>Judge: Honorable Jeremy Fogel |

1   WHEREAS on September 27, 2007, YouTube, Inc., YouTube, LLC and Google Inc.,
2   (collectively, "YouTube" or "Defendants") issued a non-party subpoena ("Subpoena") from this
3   Court to BayTSP, Inc. ("BayTSP") in connection with civil actions filed by Viacom
4   International, Inc. *et al*. and The Football Association Premier League, *et al*. against YouTube,
5   Inc. *et al*. in the United States District Court for the Southern District of New York, Case Nos. I
6   :07-cv-021 03 (LLS) (FM) and I :07-cv-3582 (LLS) (FM), respectively (collectively, "SDNY
7   Actions").  The Subpoena sought documents relating to BayTSP's clients, including Viacom-
8   related clients and non-Viacom-related clients;

9   WHEREAS BayTSP objected to the Subpoena on various grounds and YouTube moved
10  to compel BayTSP's compliance with the Subpoena.  United States Magistrate Judge Patricia
11  Trumbull granted YouTube's motion to compel and ordered that BayTSP produce "documents
12  related to the Viacom-related entities no later than March 6, 2009" and "documents related to the
13  non-Viacom related entities no later than July 15, 2009";

14  WHEREAS BayTSP objected to the Magistrate Judge's order and the District Court, and
15  Honorable Jeremy Fogel, overruled BayTSP's objection on April 24, 2009;

16  WHEREAS BayTSP has largely completed production of documents related to the
17  Viacom-related entities and will make a supplemental production on or about September 15,
18  2009;

19  WHEREAS BayTSP and YouTube previously stipulated to extending the deadline for
20  BayTSP to produce documents related to the non-Viacom related entities from July 15, 2009 to
21  September 15, 2009;

22  WHEREAS the parties retained an electronic discovery vendor to collect and process for
23  review the BayTSP source data;

24  WHEREAS BayTSP and YouTube reached agreement on the final search term list on
25  September 11, 2009 to target responsive non-Viacom related documents, and the electronic
26  discovery vendor is processing responsive documents to create a database for reviewing the
27  documents;

28  WHEREAS the electronic discovery vendor expects to complete the processing on a

rolling basis in no more than 45 days, and the documents will thereafter be reviewed by BayTSP and its customers for privilege and responsiveness, and thereafter produced as appropriate; therefore

IT IS HEREBY AGREED THAT:

1. The deadline by which BayTSP must produce documents and a privilege log related to the non-Viacom entities is hereby extended from September 15, 2009 to October 15, 2009, provided that BayTSP produces responsive documents on a rolling basis as they become available.

2. The parties will negotiate further extensions of this deadline in good faith, if necessary.

3. BayTSP will provide YouTube with periodic status updates on the quantity of documents BayTSP has reviewed and produced and the quantity of unreviewed documents remaining.

AGREED and STIPULATED

September 14, 2009

*Attorneys for YouTube, Inc., YouTube, LLC and Google Inc.*

By: /s/ A. John P. Mancini
A. John P. Mancini (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone:  (212) 506-2500
Facsimile:   (212) 262-1910

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

-3-

| | | |
|---|---|---|
| 1 | | |
| 2 | AGREED and STIPULATED | *Attorneys for BayTSP, Inc.* |
| 3 | September 14, 2009 | |
| 4 | | By: /s/ Philip M. Kelly |
| 5 | | Richard B. Kendall<br>Philip M. Kelly |
| 6 | | KENDALL BRILL & KLIEGER LLP<br>10100 Santa Monica Boulevard, Suite 1725 |
| 7 | | Los Angeles, California 90067<br>Telephone: (310) 556-2700 |
| 8 | | Facsimile: (310) 556-2705 |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Honorable Patricia V. Trumbull
United States Magistrate Judge