1  A. JOHN P. MANCINI (*pro hac vice*)
   MAYER BROWN LLP
2  1675 Broadway
   New York, NY 10019
3  Telephone:   (212) 506-2500
   Facsimile:   (212) 262-1910
4  Email: jmancini@mayerbrown.com

5  DAVID H. KRAMER, State Bar No. 168452
   WILSON SONSINI GOODRICH & ROSATI
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:   (650) 493-9300
   Facsimile:   (650) 565-5100
8  Email: dkramer@wsgr.com
   Email: mrubin@wsgr.com
9
   RICHARD B. KENDALL, State Bar No. 90072
10 PHILIP M. KELLY, State Bar No. 212174
   KENDALL BRILL & KLIEGER LLP
11 10100 Santa Monica Boulevard, Suite 1725
   Los Angeles, California 90067
12 Tel.: (310) 556-2700
   Fax: (310) 556-2705
13 Email: rkendall@kbkfirm.com
   Email: pkelly@kbkfirm.com
14

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE SUBPOENA TO BayTSP, INC. | **CASE NO.: 08-MC-80211 JF (PVTx)** |
| VIACOM INTERNATIONAL INC., *et al.*, | **STIPULATION AND [** xxxxxxxxxxxxx **ORDER EXTENDING TIME TO PRODUCE DOCUMENTS** |
| Plaintiffs, | |
| v. | (S.D.N.Y. CASE NOS. I :07-cv-021 03 (LLS) (FM); I :07-cv-3582 (LLS) (FM)) |
| YOUTUBE, INC., *et al.*, | Judge: Honorable Jeremy Fogel |
| Defendants. | |
| THE FOOTBALL ASSOCIATION PREMIER LEAGUE LIMITED, *et al*., | |
| Plaintiffs, | |
| v. | |
| YOUTUBE, INC. *et al*., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO PRODUCE DOCUMENTS
CASE NO. 08-MC-80211 JF (PVTx)

44054768

1  WHEREAS on September 27, 2007, YouTube, Inc., YouTube, LLC and Google Inc.,
2  (collectively, "YouTube" or "Defendants") issued a non-party subpoena ("Subpoena") from this
3  Court to BayTSP, Inc. ("BayTSP") in connection with civil actions filed by Viacom
4  International, Inc. *et al.* and The Football Association Premier League, *et al.* against YouTube,
5  Inc. *et al.* in the United States District Court for the Southern District of New York, Case Nos. I
6  :07-cv-021 03 (LLS) (FM) and I :07-cv-3582 (LLS) (FM), respectively (collectively, "SDNY
7  Actions"). The Subpoena sought documents relating to BayTSP's clients, including Viacom-
8  related clients and non-Viacom-related clients;

9  WHEREAS BayTSP objected to the Subpoena on various grounds and YouTube moved
10 to compel BayTSP's compliance with the Subpoena. United States Magistrate Judge Patricia
11 Trumbull granted YouTube's motion to compel and ordered that BayTSP produce "documents
12 related to the Viacom-related entities no later than March 6, 2009" and "documents related to the
13 non-Viacom related entities no later than July 15, 2009";

14 WHEREAS BayTSP objected to the Magistrate Judge's order and the District Court, and
15 Honorable Jeremy Fogel, overruled BayTSP's objection on April 24, 2009;

16 WHEREAS BayTSP has largely completed production of documents related to the
17 Viacom-related entities and will make a supplemental production on or about September 15,
18 2009;

19 WHEREAS BayTSP and YouTube previously stipulated to extending the deadline for
20 BayTSP to produce documents related to the non-Viacom related entities from July 15, 2009 to
21 September 15, 2009;

22 WHEREAS the parties retained an electronic discovery vendor to collect and process for
23 review the BayTSP source data;

24 WHEREAS BayTSP and YouTube reached agreement on the final search term list on
25 September 11, 2009 to target responsive non-Viacom related documents, and the electronic
26 discovery vendor is processing responsive documents to create a database for reviewing the
27 documents;

28 WHEREAS the electronic discovery vendor expects to complete the processing on a

-1-

1 | rolling basis in no more than 45 days, and the documents will thereafter be reviewed by BayTSP
2 | and its customers for privilege and responsiveness, and thereafter produced as appropriate;
3 | therefore
4 |     IT IS HEREBY AGREED THAT:
5 |     1.    The deadline by which BayTSP must produce documents and a privilege log
6 | related to the non-Viacom entities is hereby extended from September 15, 2009 to October 15,
7 | 2009, provided that BayTSP produces responsive documents on a rolling basis as they become
8 | available.
9 |     2.    The parties will negotiate further extensions of this deadline in good faith, if
10 | necessary.
11 |     3.    BayTSP will provide YouTube with periodic status updates on the quantity of
12 | documents BayTSP has reviewed and produced and the quantity of unreviewed documents
13 | remaining.

AGREED and STIPULATED

September 14, 2009

*Attorneys for YouTube, Inc., YouTube, LLC and Google Inc.*

By: /s/ A. John P. Mancini
A. John P. Mancini (*pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2500
Facsimile: (212) 262-1910

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

| | |
|---|---|
| AGREED and STIPULATED | *Attorneys for BayTSP, Inc.* |
| September 14, 2009 | |
| | By: /s/ Philip M. Kelly |
| | Richard B. Kendall |
| | Philip M. Kelly |
| | KENDALL BRILL & KLIEGER LLP |
| | 10100 Santa Monica Boulevard, Suite 1725 |
| | Los Angeles, California 90067 |
| | Telephone: (310) 556-2700 |
| | Facsimile: (310) 556-2705 |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 28, 2009

_____
Honorable Patricia V. Trumbull
United States Magistrate Judge