1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA 94111
   Telephone:   (415) 984-8700
6  Facsimile:   (415) 984-8701

7  Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>　　　　　　Defendants. | Case No.  C 08-04052 JF<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' REQUESTS FOR JUDICIAL NOTICE**<br><br>Hearing Date: December 12, 2008<br>Time:　　　　9:00 a.m.<br>Judge:　　　Hon. Jeremy Fogel |

1  Upon consideration of the Requests for Judicial Notice submitted by Defendants Todd Dunning and Dunning Enterprise, Inc.; Thunderwood Holdings, Inc., Brian Dunning and BrianDunning.com; Shawn Hogan and Digital Point Solutions, Inc.; and Kessler's Flying Circus, and eBay's Oppositions thereto, the Court hereby DENIES Defendants' requests for Judicial Notice.

IT IS SO ORDERED.

Dated: _____

_____
Honorable Jeremy Fogel
United States District Judge

SF1:734760.1