| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | SHARON M. BUNZEL (S.B. #181609) |
| | sbunzel@omm.com |
| 3 | COLLEEN M. KENNEDY (S.B. #227107) |
| | ckennedy@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA  94111 |
| | Telephone:   (415) 984-8700 |
| 6 | Facsimile:    (415) 984-8701 |

Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | Case No.  C 08-04052 JF |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Hearing Date: December 12, 2008 |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | Time:          9:00 a.m. |
| | Judge:        Hon. Jeremy Fogel |
| Defendants. | |

SF1:734950.1

PROOF OF SERVICE
CASE NO. C 08-4052 JF

Dockets.Justia.com

## PROOF OF SERVICE

I, Delores Walker, declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within action. My business address is 2 Embarcadero Center, 28th Floor, California 94111. On November 21, 2008, the following documents were served via email by attorney Colleen Kennedy

1. **Opposition of eBay Inc. to Defendants' Request for Judicial Notice;**
2. **[Proposed] Order Denying Defendants' Request for Judicial Notice;**
3. **Opposition of eBay Inc. to Defendants Digital Point Solutions, Inc. and Shawn Hogan's partial Motion to Dismiss the First Amended Complaint;**
4. **Consolidated Opposition of eBay Inc. to the Motions to Dismiss the first Amended Complaint by Defendants Thunderwood Holdings, inc., Brian Dunning, BrianDunning.com, Todd Dunning, Dunning Enterprise, Inc. and Kessler's Flying Circus; and**
5. **[Proposed] Order Denying the Motions to Dismiss the First Amended Complaint by Defendants Digital Point Solutions, Inc. and Shawn Hogan; Thunderwood Holdings, Inc., Brian Dunning, and BrianDunning.com; Todd Dunning and Dunning Enterprise, Inc.; and Kessler's Flying Circus**

[x]   by transmitting in PDF format by electronic mail to the following person(s) at the email addresses set forth below.

SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 24 2008, at San Francisco, California.

*Delores Walker* (signature)
Delores Walker

SF1:734859.1

SF1:734950.1

2

[PROPOSED] ORDER DISMISSING DEFS.'
MOTIONS TO DISMISS EBAY'S FAC
CASE NO. C-08-4052 JF

# SERVICE LIST

## eBay Inc. v. Digital Point Solutions, et al.
### U.S.D.C. Case No. C08-04052 JF

| | |
|---|---|
| Seyamack Kouretchian<br>Coast Law Group, LLP<br>169 Saxony Road, Suite 204<br>Encinitas, CA  92024<br>T: (760) 942-8505 / F: (760) 942-8151<br>seyamak@coastlawgroup.com<br>*Attorneys for Defendant Digital Point and Defendant Shawn Hogan* | Leo J. Presiado<br>Rus, Miliband & Smith, APC<br>2211 Michelson Drive, 7th Floor<br>Irvine, CA  92612<br>T: (949) 752-7100 / F: (949) 252-1514<br>lpresiado@rusmiliband.com<br>*Attorneys for Defendant Thunderwood Holdings, Inc.; Brian Dunning; and BrianDunning.com* |
| Law Offices of Patrick K. McClellan<br>2211 Michelson Drive, Suite 700<br>Irvine, CA  92612<br>T: (949) 261-7615 / F: (949) 851-2772<br>pkellymc@pacbell.net<br>*Attorneys for Defendant Kessler's Flying Circus* | Stewart H. Foreman<br>Freeland Cooper & foreman LLP<br>150 Spear Street, Suite 17800<br>San Francisco, CA  94105<br>T: (415) 541-0200 / F: (415) 495-4332<br>foreman@freelandlaw.com<br>*Attorneys for Defendant Todd Dunning* |