| | |
|---|---|
| 1 | RONALD RUS, #67369 |
| | rrus@rusmiliband.com |
| 2 | LEO J. PRESIADO, #166721 |
| | lpresiado@rusmiliband.com |
| 3 | RUS, MILIBAND & SMITH |
| | A Professional Corporation |
| 4 | Seventh Floor |
| | 2211 Michelson Drive |
| 5 | Irvine, California 92612 |
| | Telephone: (949) 752-7100 |
| 6 | Facsimile: (949) 252-1514 |
| 7 | |
| | Attorneys for Defendants |
| 8 | THUNDERWOOD HOLDINGS, INC., |
| | BRIAN DUNNING, and BRIANDUNNING.COM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | CASE NO. C 08-4052 |
| Plaintiff, | |
| | **REPLY BY DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING AND BRIANDUNNING.COM TO EBAY'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE** |
| vs. | |
| DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, | |
| | DATE: December 12, 2008 |
| | TIME: 9:00 a.m. |
| | CTRM: 3 |
| Defendants. | Hon. Jeremy Fogel presiding |

1

Defendants Brian Dunning ("B. Dunning"), Thunderwood Holdings, Inc. ("Thunderwood") and Briandunning.com (collectively, "Defendants") reply to the Opposition to Request for Judicial Notice filed by Plaintiff eBay, Inc. ("Plaintiff" and/or "eBay") as follows:

1. <u>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IS PROPER</u>

eBay is correct that Federal Rule of Evidence 201 allows for judicial notice of adjudicative facts not subject to reasonable dispute. As such, judicial notice can be taken of the following facts apparent from the Complaint attached to Defendants' Compendium of Exhibits as Exhibit "1" (the "Complaint"):

(1) Commission Junction, Inc. ("CJ") commenced an action in Orange County Superior Court against Defendants Thunderwood and B. Dunning, among others, alleging causes of action for, *inter alia*, breach of contract and unfair competition;

(2) In the Complaint CJ states that it, on the one hand, and Thunderwood, B. Dunning and other defendants named in this action, on the other hand, entered into the Publisher Service Agreement ("PSA") attached to the Complaint as Exhibit "A;"

(3) The PSA contains the following forum selection clause at Paragraph 9(d):

"This Agreement is governed by the laws of the State of California (USA), except for its conflict of law provisions. The exclusive forum for any actions related to this Agreement shall be in the state courts, and, to the extent that federal courts have exclusive jurisdiction, in Los Angeles, California. The parties consent to such venue and jurisdiction and waive any right to a trial by jury[;]" and

(4) The Complaint, at Paragraph 16, states that Thunderwood and B. Dunning breached the PSA by, inter alia, "providing links and widgets to wrongfully promote and/or force traffic to ebay.com[;]"

The purpose of Defendants' request for judicial notice of the above is not to establish the truth of CJ's allegations, but rather their existence. The existence of the Complaint, the PSA and the allegations of the Complaint support the ***presumed validity*** of the

2

350997v1 dd 11/26/08 20 (2785-0002)

REPLY TO OBJECTION TO REQUEST
FOR JUDICIAL NOTICE- CASE NO. C 08-4052

forum selection clause contained in the PSA (*See, M/S Breman v. Zapata Off-Shore Co.*, 407 U.S. 1, 15 (1972); *Manetti-Farrow, Inc. v. Gucci America, Inc.*, 858 F.2d 509, 512 (9th Cir. 1988)), and that eBay is bound by the same.

Taken with the allegations made by eBay in this action, there can be no question that eBay is "so closely related" to the PSA such that eBay "should benefit from or be subject to" the clause. *(See, TAAG Linhas Aereas de Angola v. Transamerica Airlines, Inc.*, 915 F. 2d 1351, 1354 (9th Cir. 1990)). Indeed, in the Complaint eBay admits that "eBay used the services of CJ, a subsidiary of ValueClick, Inc., in administering the Affiliate Marketing Program."(Complaint at ¶ 20). In addition, eBay admits that on its behalf "CJ was responsible for, among other things, recruiting affiliates, tracking affiliate traffic, monitoring compliance with affiliates, preventing and detecting fraudulent activity, and paying affiliates using funds remitted by eBay." (Complaint at ¶ 20). Moreover, every aspect of eBay's claims against Defendants arise from Defendants' participation in eBay's Affiliate Marketing Program. (Complaint at ¶¶ 19 to 32). Indeed, only because Defendants were "affiliates" in eBay's "Affiliate Marketing Program" pursuant to the PSA were Defendants able to receive monies from eBay for "Revenue Actions," which eBay alleges Defendants fraudulently manipulated. (Complaint at ¶ 19). Simply put, without Defendants' participation as an affiliate in eBay's Affiliate Marketing Program via the PSA, the claims alleged by eBay in the Complaint would not exist – *there would have been no basis for eBay to make the very payments to Defendants now seeks to disgorge from Defendants by this action.*

Having fortified the presumed validity of the forum selection clause contained in the PSA (and its application to eBay) by the Request for Judicial Notice and eBay's own allegations, the burden is on eBay to overcome the presumption by submission of competent evidence.(*See, Da Cruz v. Princess Cruise Lines, Inc.*, 2000 WL 1585695, fn. 2 (N.D. Cal. 2000) (Plaintiff bears burden of establishing that venue is proper in the forum in which the case is filed), *citing, Ariola v. King*, 505 F.Supp. 30, 31 (D.Az. 1980); *see also, Hope v. Otis Elevator Co.*, 389 F. Supp. 2d 1235, 1243 (E.D. Cal. 2005)).

As set forth in detail in Defendants' Opposition, eBay fails to meet its burden.

3

350997v1 dd 11/26/08 20 (2785-0002)

REPLY TO OBJECTION TO REQUEST
FOR JUDICIAL NOTICE- CASE NO. C 08-4052

2. **CONCLUSION**

  Defendants respectfully request that the Court grant their request for judicial notice in its entirety.

DATED: November 26, 2008    Respectfully submitted,

              RUS, MILIBAND & SMITH
              A Professional Corporation

              By: _____
                 LEO J. PRESIADO
                 Attorneys for Defendants
                 Thunderwood Holdings, Inc., Brian Dunning
                 and BrianDunning.com

| | PROOF OF SERVICE |
|---|---|
| 1 | *eBay, Inc. v. Digital Point Solutions, Inc., et al.* |
| 2 | *Northern District of California, San Jose Division* |
| 3 | *Case No. C 08-4052* |

1
2
3
4  STATE OF CALIFORNIA  )
                       ) ss.
5  COUNTY OF ORANGE    )

6   I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2211 Michelson Drive, Seventh Floor, Irvine, California 92612.

   On **November 26, 2008**, I served the foregoing documents described as **REPLY BY DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING AND BRIANDUNNING.COM TO EBAY'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE** on the interested parties in this action by placing a copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

✓   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   (By E-Mail) As follows: I caused the above-referenced document(s) to be transmitted to the above-named persons.

___   (By Facsimile) As follows: I caused the above-referenced document(s) to be transmitted to the above-named persons by facsimile.

___   (By Hand Delivery) As follows: I caused the above-referenced document(s) to be hand delivered to the above-named persons.

___   (By Overnight Delivery) As follows: By overnight delivery via Overnite Express and/or Federal Express to the office of the addressee noted on the attached service list.

Executed on **November 26, 2008**, at Irvine, California.

✓   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Rhonda Radford*
RHONDA RADFORD

1

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | *eBay, Inc. v. Digital Point Solutions, Inc., et al.* |
|   | *Northern District of California, San Jose Division* |
| 3 | *Case No. C 08-4052* |

1
2
3
4  David R. Eberhart
   Sharon M. Bunzel
5  Colleen M. Kennedy
   O'Melveny & Myers
6  Two Embarcadero, 20th Floor
   San Francisco, CA 94111
7  Tel: (949) 984-8700
   Fax: (949) 984-8701
8  *Attorneys for Plaintiff eBay, Inc.*

9
   Stewart H. Foreman
10 Freeland, Cooper & Foreman, LLP
   150 Spear Street, Suite 1800
11 San Francisco, CA 94105
   Tel: (949) 541-0200
12 Fax: (949) 495-4332
   *Attorneys for Defendants Todd Dunning and Dunning Enterprises, Inc.*
13
   Seyamack Kouretchian
14 Coast Law Group. LLP
   169 Saxony Road
15 Suite 204
   Encinitas, CA 92024
16 Tel: (760) 942-8505
   Fax: (760) 942-8515
17 *Attorneys for Digital Point Solutions, Inc. and Shawn Hogan*

18
19
20
21
22
23
24
25
26
27
28