CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

REPLY BY DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING AND BRIANDUNNING.COM TO OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT and REPLY BY DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING AND BRIANDUNNING.COM TO EBAY'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE were filed with the Court's Electronic Filing System on November 26, 2008 and may be accessed electronically.

s/ Leo J. Presiado
Leo J. Presiado
Rus, Miliband & Smith, APC
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com