# CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen and not a party to the within action; my business address is 150 Spear Street, Suite 1800, San Francisco, California 94105.

On November 26, 2008, I served the foregoing document described as follows:

**1. REPLY BY DEFENDANTS TODD DUNNING AND DUNNING ENTERPRISE, INC. TO EBAY'S OBJECTION TO REQUEST FOR JUDICIAL NOTICE**

by placing a true and correct copy thereof enclosed in a sealed envelope addressed to the party(ies) of record whose name(s) and address(es) appear below:

## SEE ATTACHED SERVICE LIST

_X_ [BY MAIL - CCP § 1013a] I caused such sealed envelope with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, for collection and mailing to the office of addressee(s) on the date shown herein following ordinary business practice.

___ [HAND-DELIVERY/Personal/Messenger - CCP § 1011] I caused such envelope to be hand-delivered by a courier, who personally delivered such envelope to the office of the addressee(s) on the date herein.

___ [BY FACSIMILE - CCP § 1013(e)] - I caused such document(s) to be transmitted via facsimile electronic equipment transmission on the party(ies), whose name(s), address(es) and fax number(s) are listed above, on the date stated herein and at the time set forth on the attached transmission reported indicating that the facsimile transmission was complete and without error.

___ [BY FEDEX (Overnight Delivery) - CCP § 1013(c)] I caused such envelope to be delivered to the Federal Express Office in San Francisco, California, with whom we have a direct billing account, to be delivered on the next business day.

___ [BY E-MAIL or ELECTRONIC TRANSMISSION] . Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed above. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

___ [STATE] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ [FEDERAL] Service was made under the direction of a member of the bar of this Court who is admitted to practice and is not a party to this cause.

Executed on November 26, 2008, at San Francisco, California.

/s/
Joyce E. Johnson

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

**CERTIFICATE OF SERVICE, CASE NO. 08-4052 (JF)**
{00122060-1}

1

1

**ATTACHED SERVICE LIST**

2

Leo Presiado                                    Seyamack Kouretchian
3
RUS, MILIBAND & SMITH                          COAST LAW GROUP
Citicorp Plaza                                  169 Saxony Road, Suite 204
4
2600 Michelson Drive, 7th Floor                 Encinitas, CA  92024
Irvine, CA  92612                               Attorneys for Defendants Shawn Hogan and
5
Attorneys for Defendants Brian Dunning and      Digital Point Solutions, Inc.
Thunderwood Holdings, Inc.

6

David Eberhart                                  Patrick K. McClellan
7
O'MELVENY & MYERS LLP                           Von Karman Towers
Embarcadero Center West                         2211 Michelson Drive, 7th Floor
8
2 Embarcadero Center, 28th Floor                Irvine, CA  92612
San Francisco, CA  94111                        Attorney for Kessler's Flying Circus
9
Attorneys for Plaintiff eBay, Inc.
Telephone: 415-984-8700
10
Facsimile:  415-984-8701

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105

2

**CERTIFICATE OF SERVICE, CASE NO. 08-4052 (JF)**

{00122060-1}