# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing DEFENDANTS DIGITAL POINT SOLUTIONS, INC AND SHAWN HOGAN'S REPLY BRIEF IN SUPPORT OF PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP RULE 12(b)(6)] was filed with the Court's Electronic Filing System on November 26, 2008 and may be accessed electronically.

<u>s/Seyamack Kouretchian</u>
Seyamack Kouretchian
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Telephone: (760)942-8505
Fax: (760) 942-8515
E-mail: <u>Seyamack@coastlawgroup.com</u>
Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.

---

PAGE 1 OF 1
CERTIFICATE OF SERVICE
CASE NO. 08 CV 04052 JF PVT