LAW OFFICES OF PATRICK K. McCLELLAN
Patrick K. McClellan #077352
pkellymc@pacbell.net
2211 Michelson Drive, Suite 700
Irvine, CA 92612
Telephone (949)261-7615
Facsimile (949)851-2772
Attorney for Defendant KESSLER'S FLYING CIRCUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL POINTS SOLUTIONS, INC., SHAWN HOGAN; KESSLER'S FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, <br><br> Defendants. | Case No. 08-4052 <br><br> KESSLER'S FLYING CIRCUS' JOINDER IN THE REPLY BRIEF OF TODD DUNNING AND DUNNING ENTERPRISES, INC., AND THE REPLY OF THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING AND BRIANDUNNING.COM IN OPPOSITION TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT <br><br> Date: December 12, 2008 <br> Time: 9:00 a.m. <br> Ctrm: 3 - Hon. Jeremy Fogel presiding |

**TO THE HONORABLE JEREMY FOGEL, UNITED STATES DISTRICT JUDGE AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Kessler's Flying Circus ("KFC") does hereby join with and adopt the arguments set forth in the Reply Brief of Todd Dunning and Dunning Enterprises, Inc, and the Reply by Defendants

///

///

1       KESSLER'S FLYING CIRCUS' JOINDER

Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com to Motion to Dismiss Plaintiff's First Amended Complaint filed herein.

DATED: NOVEMBER 26, 2008  LAW OFFICE OF PATRICK K. McCLELLAN

BY: /s/ PATRICK K. McCLELLAN
PATRICK K. Mc CLELLAN
Attorney for Defendant
Kessler's Flying Circus