| | |
|---|---|
| 1 | LAW OFFICES OF PATRICK K. McCLELLAN |
| 2 | Patrick K. McClellan #077352 |
|   | pkellymc@pacbell.net |
| 3 | 2211 Michelson Drive, Suite 700 |
|   | Irvine, CA 92612 |
| 4 | Telephone (949)261-7615 |
|   | Facsimile (949)851-2772 |
| 5 | Attorney for Defendant KESSLER'S FLYING CIRCUS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EBAY INC., | ) | Case No. 08-4052 |
|  | ) |  |
| Plaintiff, | ) | [Proposed] |
|  | ) | ORDER DISMISSING FIRST AMENDED |
| vs. | ) | COMPLAINT OF EBAY, INC. |
|  | ) |  |
| DIGITAL POINTS SOLUTIONS, INC., | ) |  |
| SHAWN HOGAN; KESSLER'S FLYING | ) |  |
| CIRCUS; THUNDERWOOD HOLDINGS, | ) |  |
| INC.; TODD DUNNING; DUNNING | ) |  |
| ENTERPRISES, INC.; BRIAN DUNNING; | ) |  |
| BRIANDUNNING.COM; and DOES 1-20, | ) | Date: December 12, 2008 |
|  | ) | Time: 9:00 a.m. |
| Defendants. | ) | Ctrm: 3 - Hon. Jeremy Fogel presiding |
|  | ) |  |

The Motions of Defendant Kessler's Flying Circus, Todd Dunning, Dunning Enterprises, Inc., Brian Dunning, Thunderwood Holdings, Inc. and BrianDunning.com, to Dismiss Plaintiff's First Amended Complaint, came on for hearing on December 12, 2008. The parties

///

///

///

///

appeared through their respective attorneys of record.  The Court read and considered the papers on file and considered the arguments of counsel and on good cause appearing therefore,

IT IS HEREBY ORDERED that the Motions are GRANTED.

IT IS FURTHER ORDRED that the First Amended Complaint is hereby dismissed.

Dated: _____

Jeremy Fogel
United States District Judge