# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

## CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, December 10, 2008   Time (mins): 42
**Case Number:** CV-08-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**     **EBAY V. DIGITAL POINT SOLUTIONS, ET AL**

|  PLAINTIFF  |  DEFENDANT  |
|---|---|
| **Attorneys Present:** David Eberhart, Sharon Bunzel, Adam Sand | **Attorneys Present:** Ross Campbell for Digital and Hogan, Stewart Foreman for T. Dunning, Leo Presiado for Thunderwood and B. Dunning, Patrick McClellan for Kessler's |

PROCEEDINGS:

    Hearing on Motions to Dismiss held. Parties are present. The motions are taken under submission.