UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EBAY, INC.

            Plaintiff(s),

v.

DIGITAL POINT SOLUTIONS, et al.

            Defendant(s).
_____/

Case No. CV 08-4052 JF/PVT

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 12/23/2008

Dated: _____

Defendants
Thunderwood Holdings, Inc.,
Brian Dunning and briandunning.com
_____
[Party]
RUS, MILBAND & SMITH, APC
_____
[Counsel] Leo J. Presiado

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."