**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing ADR CERTIFICATION BY PARTIES AND COUNSEL was filed with the Court's Electronic Filing System on January 9, 2009 and may be accessed electronically.

s/Seyamack Kouretchian
Seyamack Kouretchian
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Telephone: (760)942-8505
Fax: (760) 942-8515
E-mail: Seyamack@coastlawgroup.com
Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.

_____

PAGE 1 OF 1
CERTIFICATE OF SERVICE
CASE NO. 08 CV 04052 JF PVT

Dockets.Justia.com