\*\*E-Filed 1/13/09\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| eBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., ET AL., <br><br> Defendants. | Case Number C 08-4052 JF (PVT) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set for January 16, 2009 is CONTINUED to March 20, 2009 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED: 1/13/09

For the Court
Richard W. Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk