RONALD RUS, #67369
rrus@rusmiliband.com
LEO J. PRESIADO, #166721
lpresiado@rusmiliband.com
RUS, MILIBAND & SMITH
A Professional Corporation
Seventh Floor
2211 Michelson Drive
Irvine, California 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

Attorneys for Defendants
THUNDERWOOD HOLDINGS, INC.,
BRIAN DUNNING, and BRIANDUNNING.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, <br><br> Defendants. | CASE NO. C 08-4052 <br><br> **NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> DATE: March 20, 2009 <br> TIME: 10:30 a.m. <br> CTRM: 3 <br><br> Hon. Jeremy Fogel presiding |

///
///
///
///
///
///

1

1 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2 |     **PLEASE TAKE NOTICE THAT** counsel for Defendants Thunderwood

3 | Holdings, Inc., Brian Dunning and BrianDunning.com, Leo J. Presiado of Rus, Miliband &

4 | Smith, APC, will appear telephonically at the Initial Case Management Conference set for

5 | March 20, 2009 at 10:30 a.m. in Department 3 of the above-captioned Court.

DATED: March 11, 2009

RUS, MILIBAND & SMITH
A Professional Corporation

By: _____
LEO J. PRESIADO
Attorneys for Defendants
Thunderwood Holdings, Inc., Brian Dunning
and BrianDunning.com

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | The undersigned hereby certifies that the foregoing: |
| 3 | **NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT** |
| 4 | **CONFERENCE** was filed with the Court's Electronic Filing System on March 11, 2009 and |
| 5 | may be accessed electronically. |

s/ Leo J. Presiado
Leo J. Presiado
Rus, Miliband & Smith, APC
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings,
Inc., Brian Dunning and Briandunning.com