# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing

- NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE

was filed with the Court's Electronic Filing System on March 12, 2009 and may be accessed electronically.

                                                   s/Seyamack Kouretchian
                                                 Seyamack Kouretchian
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Telephone: (760)942-8505
Fax: (760) 942-8515
E-mail: Seyamack@coastlawgroup.com
Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.

---

PAGE 1 OF 1
CERTIFICATE OF SERVICE
CASE NO. 08 CV 04052 JF PVT