UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY,<br>    Plaintiff,<br>V.<br>DIGITAL POINT SOLUTIONS,<br>    Defendant. | Case Number CV-08-4052-JF<br><br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Case Management Conference set on March 20, 2009 is continued to March 23, 2009 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

March 6, 2009          For the Court
                  Richard W. Wieking, Clerk

                  By: /s/
                  Diana Munz
                  Courtroom Deputy Clerk