1  RONALD RUS, #67369
   rrus@rusmiliband.com
2  LEO J. PRESIADO, #166721
   lpresiado@rusmiliband.com
3  RUS, MILIBAND & SMITH
   A Professional Corporation
4  Seventh Floor
   2211 Michelson Drive
5  Irvine, California 92612
   Telephone: (949) 752-7100
6  Facsimile: (949) 252-1514

7  Attorneys for Defendants
   THUNDERWOOD HOLDINGS, INC.,
8  BRIAN DUNNING, and BRIANDUNNING.COM

**E-Filed 3/18/09**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, <br><br> Defendants. | CASE NO. CV 08-4052 JF (PVT) <br><br> **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON** <br><br> Honorable Jeremy Fogel, Judge presiding |

TO THE HONORABLE JEREMY FOGEL, JUDGE OF THE UNITED STATES DISTRICT COURT:

The parties to this action, by and through their attorneys of record, hereby agree and stipulate based on the following recitals:

/ / /

/ / /

/ / /

1

## RECITALS

A. Plaintiff EBAY INC. commenced this action on August 25, 2008.

B. The Initial Case Management Conference is currently set for March 23, 2009 at 10:30 a.m.

C. All Defendants to the action filed Motions to Dismiss the Complaint. Defendants' Motions were heard on December 12, 2008.

D. Defendants' Motions to Dismiss were granted with leave to amend and/or granted in part with leave to amend, such that Plaintiff has until March 26, 2009 to file an amended complaint.

E. Plaintiff intends to file an amended complaint on or before March 26, 2009. It is anticipated that one or more of the Defendants will challenge the amended complaint.

F. The parties agree that the Initial Case Management Conference will be more productive if it is continued to enable resolution of the pleadings.

**WHEREFORE**, the Parties agree as follows:

1. The Initial Case Management Conference presently set for March 23, 2008 at 10:30 a.m. is continued to May 15, 2009 at 10:30 a.m.

2. The Stipulation may be executed in one or more counterparts.

DATED: March 17, 2009          O'MELVENY & MYERS

                               By: _____
                               David R. Eberhart
                               Sharon Bunzel
                               Attorneys for Plaintiff eBay, Inc.

DATED: March 17, 2009          RUS, MILIBAND & SMITH
                               A Professional Corporation

                               By: _____
                               Leo J. Presiado
                               Attorneys for Defendants Thunderwood Holdings,
                               Inc., Brian Dunning and BrianDunning.com

2

| | | |
|---|---|---|
| 1 | DATED: March 17, 2009. | FREELAND, COOPER & FOREMAN, LLP |
| 2 | | |
| 3 | | By: /s/ Stewart Foreman |
| 4 | | Stewart H. Foreman<br>Attorneys for Defendants Todd Dunning and |
| 5 | | Dunning Enterprises, Inc. |
| 6 | | |
| 7 | DATED: March __, 2009 | COAST LAW GROUP. LLP |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Seyamack Kouretchian<br>Ross Campbell |
| 11 | | Attorneys for Digital Point Solutions, Inc. and<br>Shawn Hogan |
| 12 | | |
| 13 | DATED: March __, 2009 | LAW OFFICES OF PATRICK K. MCCLELLAN |
| 14 | | |
| 15 | | By:_____ |
| 16 | | Patrick K. McClellan<br>Attorney for Kessler's Flying Circus |
| 17 | | |
| 18 | IT IS SO ORDERED. | |

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 1 | DATED: March __, 2009. | FREELAND, COOPER & FOREMAN, LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Stewart H. Foreman<br>Attorneys for Defendants Todd Dunning and<br>Dunning Enterprises, Inc. |
| 5 | | |
| 6 | | |
| 7 | DATED: March 17, 2009 | COAST LAW GROUP, LLP |
| 8 | | |
| 9 | | By: _/s/_____ |
| 10 | | Seyamack Kouretchian<br>Ross Campbell |
| 11 | | Attorneys for Digital Point Solutions, Inc. and<br>Shawn Hogan |
| 12 | | |
| 13 | DATED: March __, 2009 | LAW OFFICES OF PATRICK K. MCCLELLAN |
| 14 | | |
| 15 | | By:_____ |
| 16 | | Patrick K. McClellan<br>Attorney for Kessler's Flying Circus |

IT IS SO ORDERED.

_____
HONORABLE JEREMY FOGEL
JUDGE OF THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| 1 | DATED: March __, 2009. | FREELAND, COOPER & FOREMAN, LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Stewart H. Foreman<br>Attorneys for Defendants Todd Dunning and |
| 5 | | Dunning Enterprises, Inc. |
| 6 | | |
| 7 | DATED: March __, 2009 | COAST LAW GROUP. LLP |
| 8 | | |
| 9 | | By:_____ |
| 10 | | Seyamack Kouretchian<br>Ross Campbell |
| 11 | | Attorneys for Digital Point Solutions, Inc. and<br>Shawn Hogan |
| 12 | | |
| 13 | DATED: March 17, 2009 | LAW OFFICES OF PATRICK K. MCCLELLAN |
| 14 | | |
| 15 | | By: /s/ Patrick McClellan |
| 16 | | Patrick K. McClellan<br>Attorney for Kessler's Flying Circus |
| 17 | | |
| 18 | IT IS SO ORDERED. | |
| 19 | | |
| 20 | 3/18/09 | /s/ Jeremy Fogel |
| 21 | | HONORABLE JEREMY FOGEL<br>JUDGE OF THE UNITED STATES DISTRICT COURT |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing: **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER THEREON** was filed with the Court's Electronic Filing System on March 17, 2009 and may be accessed electronically.

<u>s/ Leo J. Presiado</u><br>
Leo J. Presiado<br>
Rus, Miliband & Smith, APC<br>
2211 Michelson Drive, Seventh Floor<br>
Irvine, California 92612<br>
Tel: (949) 752-7100<br>
Fax: (949) 252-1514<br>
Email: lpresiado@rusmiliband.com<br>
Attorneys for Defendants Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com