UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br>     Plaintiff, <br><br> vs. <br><br> DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, <br><br>     Defendants. | CASE NO. C 08-4052 <br><br> **[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING AND BRIANDUNNING.COM'S TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

    The motion of Defendants KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING and BRIANDUNNING.COM for dismissal of Plaintiff eBAY, INC.'s Second Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(3) and/or 12(b)(6) came on regularly for hearing before this Court on June 26, 2009. The parties were represented by their respective counsel of record. Having fully considered the briefs, oral argument of counsel, and all other matters presented to the Court,

1 | IT IS HEREBY ORDERED THAT Defendants KESSLER'S FLYING CIRCUS,
2 | THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING and BRIANDUNNING.COM'S
3 | motion to dismiss is GRANTED and Plaintiff's Second Amended Complaint is dismissed as
4 | against them without leave to amend.

Dated: _____          _____
                                                Honorable Jeremy Fogel
                                                United States District Court Judge