# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC. BRIAN DUNNING AND BRIANDUNNING.COM; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF LEO J. PRESIADO; COMPENDIUM OF EXHIBITS IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT BY DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING, AND BRIANDUNNING.COM; and [PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., BRIAN DUNNING AND BRIAN DUNNING.COM'S TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT were filed with the Court's Electronic Filing System on April 27, 2009 and may be accessed electronically.

s/ Leo J. Presiado
Leo J. Presiado
Rus, Miliband & Smith, APC
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com