Seyamack Kouretchian (State Bar No. 171741)
Seyamack@CoastLawGroup.com
Ross Campbell (State Bar No. 234827)
Rcampbell@Coast LawGroup.com
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515

Attorneys for Defendants, SHAWN HOGAN
and DIGITAL POINT SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, <br><br> Defendants. | Case No. CV 08-04052 JF PVT <br><br> **DECLARATION OF ROSS M. CAMPBELL IN SUPPORT OF DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM; [FRCP RULE 12(b)(6)]** <br><br> Date: June 26, 2009 <br> Time: 9:00 a.m. <br> Dept.: Courtroom 3 |

I, Ross M. Campbell, declare:

1. I am an attorney at law duly authorized to practice law before the United States District Court for the Northern District of California and am an attorney with Coast Law Group, LLP, attorneys of record for Defendants DIGITAL POINT SOLUTIONS, INC. and SHAWN HOGAN (the "DPS Defendants"). If called upon as a witness I could and would competently testify to the following facts based upon my own personal knowledge, except as to those matters set forth on information and belief.

/././

---

Declaration of Ross M. Campbell in Support of     1     Case No. CV 08-04052 JF PVT
Defendants' Motion to Dismiss Plaintiff's SAC

Dockets.Justia.com

2. Attached as Exhibit "1" hereto is a true and correct copy of the "Commission Junction Publisher Service Agreement" previously filed in conjunction with the defendants' Motions to Dismiss Plaintiff's First Amended Complaint.

3. Attached as Exhibit "2" hereto is a true and correct copy of the "Special Terms & Conditions >> eBay Affiliate Global Ts&Cs Oct.1, 2005 / eBay Affiliate Program - Supplemental Terms and Conditions" previously filed in conjunction with the defendants' Motions to Dismiss Plaintiff's First Amended Complaint.

4. The foregoing documents are submitted for consideration in conjunction with the DPS Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint pursuant to the authorities set forth in Section III of the accompanying Memorandum of Points & Authorities, as Plaintiff's Second Amended Complaint expressly refers to both documents and their validity was not challenged with respect to the prior Motions to Dismiss.

5. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

DATED: April 27, 2009

s/Ross M. Campbell
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Telephone: (760) 942-8505
FAX: (760) 942-8515
E-mail: Seyamack@coastlawgroup.com
Attorney for Defendants, Shawn Hogan
and Digital Point Solutions, Inc.