# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., | Case No. CV 08-04052 JF PVT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, | |
| Defendants. | |

The motion of Defendants DIGITAL POINT SOLUTIONS, INC. and SHAWN HOGAN for dismissal of Plaintiff EBAY, INC.'s Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came on regularly for hearing before this Court on June 26, 2009. The parties were represented by their respective counsel of record.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT Defendants DIGITAL POINT SOLUTIONS,

INC. and SHAWN HOGAN's motion to dismiss for failure to state a claim is GRANTED and Plaintiff's Second Amended Complaint is hereby dismissed without leave to amend.

DATED: _____, 2009

                                                                                                _____
                                                                                                 HON. JEREMY FOGEL
                                                                                                 United States District Judge