**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing
- DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF [FRCP RULE 12(b)(6)]
- DECLARATION OF ROSS M. CAMPBELL IN SUPPORT OF DEFENDANT'S DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM; [FRCP RULE 12(b)(6)]
- EXHIBIT 1
- EXHIBIT 2
- [PROPOSED] ORDER GRANTING DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN 'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

were filed with the Court's Electronic Filing System on April 27, 2009 and may be accessed electronically.

s/Seyamack Kouretchian
Seyamack Kouretchian
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Telephone: (760)942-8505
Fax: (760) 942-8515
E-mail: Seyamack@coastlawgroup.com
Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.