**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing

- NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE

were filed with the Court's Electronic Filing System on May 4, 2009 and may be accessed electronically.

                     s/Seyamack Kouretchian
                     Seyamack Kouretchian
                     COAST LAW GROUP, LLP
                     169 Saxony Road, Suite 204
                     Encinitas, CA 92024
                     Telephone: (760)942-8505
                     Fax: (760) 942-8515
                     E-mail: Seyamack@coastlawgroup.com
                     Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.

_____