Stewart H. Foreman (CSB #61149)
Daniel T. Bernhard (CSB #104229)
FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 541-0200
Facsimile: (415) 495-4332
Email: foreman@freelandlaw.com
bernhard@freelandlaw.com

Attorneys for Defendants
Todd Dunning and Dunning Enterprises

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, <br><br> Defendants. | CASE NO.: CV-08-4052 JF <br><br> **NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date: May 15, 2009 <br> Time: 10:30 a.m. <br> Place: Dept. 3 <br><br> Hon. Jeremy Fogel presiding |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT counsel for defendants Todd Dunning and Dunning Enterprise, Inc. will appear telephonically at the Initial Case Management Conference set for May 15, 2009 at 10:30 a.m. in Department 3 of the above-captioned Court

Dated: May 4, 2009                FREELAND COOPER & FOREMAN LLP

By: _____/s/_____
DANIEL T. BERNHARD
Attorneys for Defendants
Todd Dunning and Dunning Enterprises

NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE
{00125876-1}

1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing

**NOTICE OF TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**

was filed with the Court's Electronic Filing System on May 4, 2009 and may be accessed electronically.

Dated: May 5, 2009						FREELAND COOPER & FOREMAN LLP


								By:	____/s/_____
									Joyce Johnson
									Attorneys for Defendants
									Todd Dunning and Dunning Enterprises

FREELAND COOPER & FOREMAN LLP
150 Spear Street, Suite 1800
San Francisco, California 94105