UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 15, 2009            Time: 3 mins
**Case Number:** CV-08-4052-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:          **EBAY V. DIGITAL POINT SOLUTIONS, ET AL**

**PLAINTIFF**                                        **DEFENDANT**

**Attorneys Present:** David Eberhart                **Attorneys Present:** Daniel Bernhard, Patrick McClellan
Colleen Kennedy                                      Seyamack Kouretchian, Leo Presiado

PROCEEDINGS:

Case management conference held. Parties are present. Continued to 8/14/09 at 10:30 a.m. for further case management conference.