**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EBAY, INC., | Case No. CV 08-04052 JF PVT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S MOTION TO TRANSFER TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, | |
| Defendants. | |

The motion of Defendants DIGITAL POINT SOLUTIONS, INC. and SHAWN HOGAN for transfer of this action to the United States District Court for the Central District of California pursuant to 28 U.S.C. §1404(a) came on regularly for hearing before this Court on June 26, 2009. The parties were represented by their respective counsel of record.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, the Court HEREBY GRANTS the motion to transfer and DIRECTS the Clerk to

transfer this action to the United States District Court for the Central District of California.

DATED: _____, 2009

_____
HON. JEREMY FOGEL
United States District Judge