# EXHIBIT A

Dockets.Justia.com

## Bunzel, Sharon M.

| From: | Bunzel, Sharon M. |
|---|---|
| Sent: | Wednesday, May 27, 2009 9:48 PM |
| To: | 'foreman@freelandlaw.com'; 'pkellymc@pacbell.net'; 'RCampbell@CoastLawGroup.com'; 'bernhard@freelandlaw.com'; 'seyamack@coastlawgroup.com'; 'LPresiado@rusmiliband.com' |
| Cc: | Eberhart, David; Kennedy, Colleen |
| Subject: | eBay v. DPS, et al. |
| Attachments: | #766735 v1 - Stipulation re page limit of Opp to MTD SAC.doc |

Counsel:

Attached is a proposed stipulation to extend the page limit for a consolidated opposition to the pending Motions to Dismiss and Motion to Transfer. Please let us know as soon as possible whether you will agree to the stipulation and whether we have your permission to sign the stipulation on your behalf. Given the significant commonality of issues raised by the various briefs, we trust you will agree that this request is reasonable and thereby obviate the need for a motion on this administrative issue.

Thank you in advance for your cooperation in this matter.

Sharon


**Sharon M. Bunzel**
**O'Melveny & Myers LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8939 (direct)
(415) 984-8701 (facsimile)
sbunzel@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
SHARON M. BUNZEL (S.B. #181609)
sbunzel@omm.com
COLLEEN M. KENNEDY (S.B. #227107)
ckennedy@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, <br><br> Defendants. | Case No. C 08-04052 JF <br><br> **STIPULATION TO EXTEND PAGE LIMIT FOR PLAINTIFF EBAY INC.'S CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT AND DEFENDANTS DIGITAL POINT SOLUTIONS, INC., AND SHAWN HOGAN'S MOTION TO TRANSFER** |

The parties hereto, Plaintiff eBay Inc., and Defendants Digital Point Solutions, Inc., Shawn Hogan, Thunderwood Holdings, Inc., Kessler's Flying Circus, Brian Dunning, Briandunning.com, Todd Dunning, and Dunning Enterprise, Inc., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Second Amended Complaint ("SAC") on March 26, 2009;

WHEREAS, Defendants moved to dismiss the SAC for failure to state a claim in three separate motions on April 27, 2009;

WHEREAS, Defendants' three separate Motions to Dismiss totaled approximately 58 pages and consisted of several similar legal and factual arguments;

WHEREAS, Defendants Digital Point Solutions, Inc., and Shawn Hogan filed a Motion to Transfer on May 22, 2009;

WHEREAS, the Motion to Transfer totaled 12 pages and consisted of several legal and factual arguments similar to those made in the Motions to Dismiss;

WHEREAS, rather than filing four separate oppositions to the pending motions, eBay may file a consolidated Opposition to Defendants' Motions to Dismiss and Motion to Transfer;

WHEREAS, under Civil L. R. 7-4(b) for the United States District Court for the Northern District of California, a memorandum of points of authorities may not exceed 25 pages of text, unless the Court orders otherwise;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for eBay and Defendants, subject to the approval of the Court, as follows:

Given the length and similarities of the three separate Motions to Dismiss and Motion to Transfer, plaintiff eBay shall have ten (10) additional pages for any consolidated memorandum of points and authorities in opposition to the three Motions to Dismiss the SAC and Motion to Transfer, thereby increasing the page limit to a total of thirty-five (35) pages.

| | | |
|---|---|---|
| DATED: May __, 2009 | | DAVID R. EBERHART<br>SHARON M. BUNZEL<br>COLLEEN M. KENNEDY<br>O'MELVENY & MYERS LLP |

By: /s/ David R. Eberhart
    DAVID R. EBERHART

*Attorneys for Plaintiff eBAY INC.*

DATED: May __, 2009

Seyamack Kouretchian
Coast Law Group, LLP

By: /s/ Seyamack Kouretchian
    SEYAMACK KOURETCHIAN

*Attorneys for Defendant Digital Point and Defendant Shawn Hogan*

DATED: May __, 2009

Leo J. Presiado
Rus, Miliband & Smith, APC

By: /s/ Leo J. Presiado
    LEO J. PRESIADO

*Attorneys for Defendant Thunderwood Holdings, Inc.; Brian Dunning; and BrianDunning.com*

| | | |
|---|---|---|
| 1 | DATED: May __, 2009 | Patrick Kelly McClellan |
| 2 | | Law Offices of Patrick K. McClellan |
| 3 | | |
| 4 | | By: /s/   Patrick Kelly McClellan |
| 5 | | PATRICK KELLY MCCLELLAN |
| 6 | | |
| 7 | | *Attorneys for Defendant Kessler's Flying Circus* |
| 8 | | |
| 9 | DATED: May __, 2009 | Stewart H. Foreman |
| | | Freeland Cooper & Foreman LLP |
| 12 | | By: /s/   Stewart H. Foreman |
| | | STEWART H. FOREMAN |
| 13 | | |
| 14 | | *Attorneys for Defendant Todd Dunning* |

SF1:766735.1