# EXHIBIT B

Dockets.Justia.com

## Bunzel, Sharon M.

**From:** Leo J. Presiado [LPresiado@rusmiliband.com]
**Sent:** Thursday, May 28, 2009 3:46 PM
**To:** Bunzel, Sharon M.
**Cc:** Stewart Foreman; Patrick K. McClellan; Ross Campbell; Ron Rus
**Subject:** RE: eBay v. DPS, et al.

Sharon,

My clients will not agree to an increase in page limits. I do not think a consolidated opposition is appropriate considering the various positions, arguments and authorities cited by the separate defendant groups. If your position is that the arguments are the same and a consolidated opposition is appropriate then there should be no need for an increase of the page limit. In addition, my clients were able to stay within the page limits in connection with their Motion. Increasing your client's page limits is not equitable and would put my clients at a disadvantage considering the short time period within which my clients are required to file their reply brief. Best regards,

Leo J. Presiado, Esq.
Rus, Miliband & Smith, APC
2211 Michelson Dr., Suite 700
Irvine, California 92612
(949) 752-7100
lpresiado@rusmiliband.com

Confidentiality Note: This e-mail and any attached documents contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to Rus, Miliband & Smith immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (949-752-7100) immediately. Please delete the e-mail and all attachments and destroy all hard copies of same.

Thank you.

**From:** Bunzel, Sharon M. [mailto:sbunzel@omm.com]
**Sent:** Wednesday, May 27, 2009 9:48 PM
**To:** foreman@freelandlaw.com; pkellymc@pacbell.net; RCampbell@CoastLawGroup.com; bernhard@freelandlaw.com; seyamack@coastlawgroup.com; Leo J. Presiado
**Cc:** Eberhart, David; Kennedy, Colleen
**Subject:** eBay v. DPS, et al.

Counsel:

Attached is a proposed stipulation to extend the page limit for a consolidated opposition to the pending Motions to Dismiss and Motion to Transfer. Please let us know as soon as possible whether you will agree to the stipulation and whether we have your permission to sign the stipulation on your behalf. Given the significant commonality of issues raised by the various briefs, we trust you will agree that this request is reasonable and thereby obviate the need for a motion on this administrative issue.

Thank you in advance for your cooperation in this matter.

Sharon


**Sharon M. Bunzel**
**O'Melveny & Myers LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8939 (direct)
(415) 984-8701 (facsimile)
sbunzel@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

Thank you in advance for your cooperation in this matter.

Sharon


**Sharon M. Bunzel**
**O'Melveny & Myers LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8939 (direct)
(415) 984-8701 (facsimile)
sbunzel@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*