# EXHIBIT F

Dockets.Justia.com

## Bunzel, Sharon M.

| | |
|---|---|
| **From:** | Ross Campbell [RCampbell@CoastLawGroup.com] |
| **Sent:** | Friday, May 29, 2009 9:30 AM |
| **To:** | Bunzel, Sharon M.; LPresiado@rusmiliband.com |
| **Cc:** | foreman@freelandlaw.com; pkellymc@pacbell.net; RRus@rusmiliband.com; Seyamack Kouretchian |
| **Subject:** | RE: eBay v. DPS, et al. |

Sharon:

From our standpoint, a consolidated opposition as to all defendants is not necessary or appropriate because the defendants have made varying arguments with different emphasis and support. The Dunning and DPS defendants are distinct from one another. As was the case with the prior round of motions, Plaintiff's opposition papers should address each group of defendants separately.

Thank you,

Ross



Ross M. Campbell, Esq

www.coastlawgroup.com

The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and, as such, is PRIVILEGED & CONFIDENTIAL. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document (and any attachments) in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and deliver the original message.

To ensure compliance with requirements imposed by the IRS, we inform you that (a) any U.S. tax advice in this communication (including attachments) is limited to the one or more U.S. tax issues addressed herein; (b) additional issues may exist that could affect the U.S. tax treatment of the matter addressed below; (c) this advice does not consider or provide a conclusion with respect to any such additional issues, (d) any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of promoting, marketing or recommending to another party any transaction or matter addressed herein, and (e) with respect to any U.S. tax issues outside the limited scope of this advice, and U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal revenue Code.

**From:** Bunzel, Sharon M. [mailto:sbunzel@omm.com]
**Sent:** Thursday, May 28, 2009 11:20 PM
**To:** LPresiado@rusmiliband.com
**Cc:** foreman@freelandlaw.com; pkellymc@pacbell.net; Ross Campbell; RRus@rusmiliband.com
**Subject:** Re: eBay v. DPS, et al.

Counsel -

For those of you who have not responded, please let me know your position by noon on Friday 5/29 so that we can file an appropriate motion with the court.

Thank you.

Sharon

**From:** Leo J. Presiado <LPresiado@rusmiliband.com>
**To:** Bunzel, Sharon M.
**Cc:** Stewart Foreman <foreman@freelandlaw.com>; Patrick K. McClellan <pkellymc@pacbell.net>; Ross Campbell <RCampbell@CoastLawGroup.com>; Ron Rus <RRus@rusmiliband.com>
**Sent:** Thu May 28 15:46:28 2009
**Subject:** RE: eBay v. DPS, et al.

Sharon,

My clients will not agree to an increase in page limits. I do not think a consolidated opposition is appropriate considering the various positions, arguments and authorities cited by the separate defendant groups. If your position is that the arguments are the same and a consolidated opposition is appropriate then there should be no need for an increase of the page limit. In addition, my clients were able to stay within the page limits in connection with their Motion. Increasing your client's page limits is not equitable and would put my clients at a disadvantage considering the short time period within which my clients are required to file their reply brief.

Best regards,

Leo J. Presiado, Esq.
Rus, Miliband & Smith, APC
2211 Michelson Dr., Suite 700
Irvine, California 92612
(949) 752-7100
lpresiado@rusmiliband.com

Confidentiality Note: This e-mail and any attached documents contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this e-mail. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this e-mail information, is strictly prohibited and that the documents should be returned to Rus, Miliband & Smith immediately. In this regard, if you have received this e-mail in error, please notify us by return e-mail or telephone (949-752-7100) immediately. Please delete the e-mail and all attachments and destroy all hard copies of same.

Thank you.

**From:** Bunzel, Sharon M. [mailto:sbunzel@omm.com]
**Sent:** Wednesday, May 27, 2009 9:48 PM
**To:** foreman@freelandlaw.com; pkellymc@pacbell.net; RCampbell@CoastLawGroup.com; bernhard@freelandlaw.com; seyamack@coastlawgroup.com; Leo J. Presiado
**Cc:** Eberhart, David; Kennedy, Colleen
**Subject:** eBay v. DPS, et al.

Counsel:

Attached is a proposed stipulation to extend the page limit for a consolidated opposition to the pending Motions to Dismiss and Motion to Transfer. Please let us know as soon as possible whether you will agree to the stipulation and whether we have your permission to sign the stipulation on your behalf. Given the significant commonality of issues raised by the various briefs, we trust you will agree that this request is reasonable and thereby obviate the need for a motion on this administrative issue.

Thank you in advance for your cooperation in this matter.

5/29/2009

Sharon

**Sharon M. Bunzel**
**O'Melveny & Myers LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8939 (direct)
(415) 984-8701 (facsimile)
sbunzel@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*