| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | SHARON M. BUNZEL (S.B. #181609) |
| | sbunzel@omm.com |
| 3 | COLLEEN M. KENNEDY (S.B. #227107) |
| | ckennedy@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA 94111 |
| | Telephone: (415) 984-8700 |
| 6 | Facsimile: (415) 984-8701 |

Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

EBAY INC.,

    Plaintiff,

v.

DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,

    Defendants.

Case No. C 08-04052 JF

**[PROPOSED] ORDER GRANTING EBAY INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND/OR TRANSFER**

[N.D. CAL. L.R. 7-11]

    On May 29, 2009, Plaintiff eBay Inc. filed its Motion for leave to file its consolidated opposition brief to Defendants' four Motions to Dismiss and/or Transfer in excess of the 25 page limit imposed by Northern District Local Rule 7-4(b). eBay moved under Local Rule 7-11 to exceed the 25-page limit by ten pages, thus changing the maximum length of the brief to 35 pages (exclusive of exhibits, attachments, declarations, table of contents, table of authorities, and proof of service).

    Having considered Plaintiff's Motion and the papers in support thereof,

IT IS HEREBY ORDERED THAT eBay's Motion is GRANTED and eBay may file a 35-page Consolidated Opposition to Defendants' Motions to Dismiss and/or Transfer.

DATED: June _____, 2009

_____
Honorable Jeremy Fogel
United States District Judge