# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EBAY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and Does 1-20, <br><br> Defendants. | Case No. CV 08-04052 JF PVT <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND/OR TRANSFER** |

On May 29, 2009, Plaintiff eBay Inc. filed a Motion for leave to file a consolidated opposition brief as to all Defendants' with respect to the pending Motions to Dismiss and/or Transfer. On June 1, 2009, Defendants Shawn Hogan and Digital Point Solutions, Inc. opposed the motion. Having considered Plaintiff's Motion, the papers in support thereof, and the opposition thereto, Plaintiff's Motion IS HEREBY DENIED.

DATED: _____, 2009

                                                     _____
                                                   HON. JEREMY FOGEL
                                                   United States District Judge