# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing
- DEFENDANTS DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN'S OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR CONSOLIDATED OPPOSITION TO MOTIONS TO DISMISS AND/OR TRANSFER
- [PROPOSED] ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND/OR TRANSFER

were filed with the Court's Electronic Filing System on June 1, 2009 and may be accessed electronically.

s/Ross Campbell
Ross Campbe;;
COAST LAW GROUP, LLP
169 Saxony Road, Suite 204
Encinitas, CA 92024
Telephone: (760)942-8505
Fax: (760) 942-8515
E-mail: rcampbell@coastlawgroup.com
Attorney for Defendants, Shawn Hogan and Digital Point Solutions, Inc.

_____
PAGE 1 OF 1
CERTIFICATE OF SERVICE
CASE NO. 08 CV 04052 JF PVT