UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., <br><br> Plaintiff, <br><br> vs. <br><br> DIGITAL POINT SOLUTIONS, INC.; SHAWN HOGAN; KESSLER's FLYING CIRCUS; THUNDERWOOD HOLDINGS, INC.; TODD DUNNING; DUNNING ENTERPRISES, INC.; BRIAN DUNNING; BRIANDUNNING.COM; and DOES 1-20, <br><br> Defendants. | CASE NO. C 08-4052 <br><br> **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |

On May 29, 2009, Plaintiff eBay, Inc. Filed a Motion for Leave to Exceed the Page Limit to file its consolidated opposition as to all Defendants' with respect to the pending Motions to Dismiss and/or Transfer. Having considered Plaintiff's Motion, the papers in support thereof, and the opposition thereto, Plaintiff's Motion is HEREBY DENIED.

Dated: _____     _____

Honorable Jeremy Fogel

United States District Court Judge