# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing:

1. **OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR CONSOLIDATED OPPOSITION**

2. **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

was filed with the Court's Electronic Filing System on June 1, 2009 and may be accessed electronically.

<u>s/ Leo J. Presiado</u>
Leo J. Presiado
Rus, Miliband & Smith, APC
2211 Michelson Drive, Seventh Floor
Irvine, California 92612
Tel: (949) 752-7100
Fax: (949) 252-1514
Email: lpresiado@rusmiliband.com
Attorneys for Defendants Thunderwood Holdings, Inc., Brian Dunning and Briandunning.com

1

Dockets.Justia.com