1  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
2  SHARON M. BUNZEL (S.B. #181609)
   sbunzel@omm.com
3  COLLEEN M. KENNEDY (S.B. #227107)
   ckennedy@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA 94111
   Telephone:  (415) 984-8700
6  Facsimile:  (415) 984-8701

7  Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,<br><br>　　　　　Defendants. | Case No. C 08-04052 JF PVT<br><br>**[PROPOSED] ORDER GRANTING EBAY INC.'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSION**<br><br>Hearing Date: October 27, 2009<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Patricia V. Trumbull |

eBay's Motion to Compel Responses to Requests for Production, Interrogatories and Requests for Admission was heard by the Court on October 27, 2009. Upon consideration of the papers submitted and the arguments of counsel, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion and ORDERS:

1. that Defendant Kessler's Flying Circus's objections to eBay's Interrogatories on the grounds of the Fifth Amendment are stricken and Kessler's Flying Circus shall provide supplemental responses to those interrogatories within 15 days of this Order;
2. that Defendants Thunderwood Holdings, Inc.'s and BrianDunning.com's objections to eBay's Interrogatories and Requests for Admission on the grounds of the Fifth Amendment are stricken and those Defendants shall provide supplemental responses to those interrogatories and requests for admission within 15 days of this Order;
3. that, notwithstanding their continuing invocations of their Fifth Amendment rights, within 15 days of this Order Defendants Brian Dunning and Todd Dunning produce all documents responsive to eBay's First and Second Sets of Requests for Production that were previously obtained by the FBI; and
4. that Defendants Brian Dunning, Todd Dunning, Kessler's Flying Circus, Thunderwood Holdings, Inc., BrianDunning.com and Dunning Enterprise, Inc. exercise any and all rights that they may have to obtain documents from Rackspace US, Inc. that may be responsive to eBay's First and Second Sets of Requests for Production and, as otherwise compelled by this Order or as previously set forth in discovery responses or agreed by the parties, produce documents responsive to those requests for production within 15 days of this Order.

IT IS SO ORDERED.

DATED: _____

The Honorable Patricia V. Trumbull
United States Magistrate Judge