| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474) |
| | deberhart@omm.com |
| 2 | SHARON M. BUNZEL (S.B. #181609) |
| | sbunzel@omm.com |
| 3 | COLLEEN M. KENNEDY (S.B. #227107) |
| | ckennedy@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA 94111 |
| | Telephone: (415) 984-8700 |
| 6 | Facsimile: (415) 984-8701 |

Attorneys for Plaintiff eBay Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

EBAY INC.,

        Plaintiff,

v.

DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20,

        Defendants.

Case No. C 08-04052 JF PVT

**[PROPOSED] ORDER GRANTING EBAY INC.'S MOTION TO STRIKE THE ANSWER OF DEFENDANTS THUNDERWOOD HOLDINGS, INC., BRIANDUNNING.COM AND KESSLER'S FLYING CIRCUS**

Hearing Date: October 30, 2009
Time: 9:00 a.m.
Judge: Hon. Jeremy Fogel

eBay's Motion to Strike the Answer to eBay's Second Amended Complaint filed by Defendants Thunderwood Holdings, Inc., BrianDunning.com and Kessler's Flying Circus was heard by the Court on October 30, 2009. Upon consideration of the papers submitted and the arguments of counsel, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion and ORDERS those Defendants to file amended answers within 15 days of this Order that omit any objection based on the Fifth Amendment and provide substantive responses to eBay's Second Amended Complaint.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Jeremy Fogel
United States District Judge