| | |
|---|---|
| 1 | DAVID R. EBERHART (S.B. #195474)<br>deberhart@omm.com |
| 2 | SHARON M. BUNZEL (S.B. #181609)<br>sbunzel@omm.com |
| 3 | COLLEEN M. KENNEDY (S.B. #227107)<br>ckennedy@omm.com |
| 4 | O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA 94111<br>Telephone: (415) 984-8700 |
| 6 | Facsimile: (415) 984-8701 |
| 7 | Attorneys for Plaintiff eBay Inc. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | Case No. C 08-04052 JF PVT |
| Plaintiff, | **[PROPOSED] ORDER GRANTING EBAY INC.'S MOTION TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSION FROM DIGITAL POINT SOLUTIONS, INC. AND SHAWN HOGAN** |
| v. | |
| DIGITAL POINT SOLUTIONS, INC., SHAWN HOGAN, KESSLER'S FLYING CIRCUS, THUNDERWOOD HOLDINGS, INC., TODD DUNNING, DUNNING ENTERPRISE, INC., BRIAN DUNNING, BRIANDUNNING.COM, and DOES 1-20, | |
| Defendants. | Hearing Date: November 3, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Patricia V. Trumbull |

eBay's Motion to Compel Responses to Requests for Production, Interrogatories and Requests for Admission from Digital Point Solutions, Inc. and Shawn Hogan was heard by the Court on November 3, 2009. Upon consideration of the papers submitted and the arguments of counsel, and for good cause shown, the Court hereby GRANTS Plaintiff's Motion and ORDERS:

1. that, notwithstanding his continuing invocations of his Fifth Amendment rights, within 15 days of this Order Defendant Shawn Hogan produce all documents responsive to eBay's First and Second Sets of Requests for Production that were previously obtained by the FBI, including but not limited to any such documents that may be within his control at third party NetHere, Inc.;

2. that Defendant Digital Point Solutions, Inc. conduct a diligent search for and produce all documents responsive to eBay's First and Second Set of Requests for Production within 15 days of this Order, including by exercising any and all rights that it may have to obtain documents from third party NetHere, Inc.; and

3. that Defendant Digital Point Solutions, Inc.'s objections to eBay's Interrogatories No. 1-2, Requests for Admission No. 1-23 and Requests for Production No. 1-8, 13-14 and 23 on the grounds that the definition of "DPS" is overbroad, unduly burdensome and oppressive are stricken and Digital Point Solutions, Inc. shall provide supplemental responses to those requests, including information regarding "DPS" as defined by eBay, within 15 days of this Order.

IT IS SO ORDERED.

DATED: _____

_____
The Honorable Patricia V. Trumbull
United States Magistrate Judge